1          IN THE UNITED STATES DISTRICT COURT
            FOR THE DISTRICT OF COLUMBIA
2

3    UNITED STATES OF AMERICA,
                                    Criminal Action
4              Plaintiff,          No. 1:21-cr-0188

5         vs.                       Washington, DC
                                    July 19, 2021
6    PAUL ALLARD HODGKINS,
                                    10:13 a.m.
7              Defendant.
     _____/
8

9              TRANSCRIPT OF SENTENCING
         BEFORE THE HONORABLE RANDOLPH D. MOSS
10            UNITED STATES DISTRICT JUDGE

11

12

13   <u>APPEARANCES</u>:

14   For the Government:    **MONA SEDKY**
                            U.S. Department of Justice
15                          1400 New York Ave, Room 7113
                            Washington, DC 20530
16

17   For the Defendant:     **PATRICK LEDUC**
                            Law Offices of Patrick Leduc
18                          4809 E. Busch Blvd, Suite 204
                            Tampa, FL 33647
19

20

21

22

23   Court Reporter:        **JEFF M. HOOK**
                            Official Court Reporter
                            U.S. District & Bankruptcy Courts
24                          333 Constitution Avenue, NW
                            Room 4700-C
25                          Washington, DC 20001

1          **P R O C E E D I N G S**

2          **DEPUTY CLERK:**  This is criminal action 21-188, the

3     United States of America versus Paul Allard Hodgkins.

4     Appearing for the Government, Mona Sedky; appearing for

5     defendant, Patrick Leduc.  And appearing from probation,

6     Robert Walters.

7          **THE COURT:**  Good morning, everybody.  So just

8     before we get going, I just want to remind everybody that

9     under the Court's rules and the Chief Judge's standing

10    order, it's not permitted to record or to rebroadcast these

11    proceedings, and I will order that nobody do so.

12          We are here for the sentencing of the defendant,

13    Paul Hodgkins, who has pleaded guilty to one count of

14    obstruction of an official proceeding in violation of 18

15    U.S.C. section 1512(c)(2).  I have received and reviewed the

16    parties' plea agreement; the presentence report and

17    sentencing recommendation from the probation office; the

18    sentencing memoranda from the Government and Mr. Hodgkins as

19    well as the affidavits and exhibits that Mr. Hodgkins has

20    submitted to the Court.

21          Mr. Leduc, are there any other documents or

22    materials that you would request that the Court consider

23    today?  And you can come to this podium over here if you

24    like.  And I should say, everyone is welcome to take their

25    masks off if they like to when they're at the podium, but

1    you're also welcome to keep it on, whichever you prefer.

2           **MR. LEDUC:**  Thank you.  Your Honor, we have

3    nothing more to add other than that Mr. Hodgkins will make a

4    statement to you, and then I'll have a few things to say in

5    summary and conclusion.

6           **THE COURT:**  That's fine, I will welcome that.

7    Ms. Sedky, is there anything else from the Government?

8           **MS. SEDKY:**  Not from the Government, your Honor.

9           **THE COURT:**  So Mr. Hodgkins, the sentencing today

10   is going to proceed in four steps.  Some of those may seem a

11   bit mechanical to you, and I know that you will be anxious

12   to get to the bottom line today.  But I need to go through

13   those steps to make sure that there's agreement regarding

14   the facts and the law and the guidelines as they apply in

15   your case.  And if there's not agreement, I need to resolve

16   any disputes before I turn to making my decision.

17          The first step in today's hearing is for me to

18   determine whether you've reviewed the presentence report,

19   and whether there are any outstanding objections to the PSR.

20   The second step is for me to determine the statutory rules

21   that apply and what sentencing guidelines apply in your case

22   based on your criminal history, and considering any

23   mitigating or aggravating factors that may warrant a

24   departure under the sentencing guidelines manual.  The third

25   step is for the Court to hear from the Government, from your

1    counsel, from you and anyone else you want me to hear from.

2    And then the final step will be for the Court to fashion a

3    fair and just sentence in light of the factors that Congress

4    has specified in 18 U.S.C. section 3553(a).  And as part of

5    that last step, Mr. Hodgkins, the Court will actually impose

6    the sentence along with any other consequences.

7            So let's start with the presentence report.  The

8    final presentence report and sentencing recommendation were

9    filed in this matter on April 12th, 2012 (sic).

10           Ms. Sedky, does the Government have any objection

11   to any of the factual matters set forth in the presentence

12   report?

13           **MS. SEDKY:**  No, your Honor.

14           **THE COURT:**  And Mr. Leduc?

15           **MR. LEDUC:**  No, your Honor.

16           **THE COURT:**  And Mr. Leduc, you can come back up

17   again.  I apologize, because we should have a microphone

18   there.  Since there's not a microphone there, I need to hear

19   you here.

20           Have you and Mr. Hodgkins gone through the

21   presentence report together?

22           **MR. LEDUC:**  We have, your Honor.

23           **THE COURT:**  And is there anything in the

24   presentence report that raises any questions to your mind

25   factually?

1          **MR. LEDUC:**  Absolutely none, your Honor.  It was a

2    very well done report.

3          **THE COURT:**  And Mr. Hodgkins, you can come to this

4    podium here if you'd like.

5          Are you fully satisfied with the assistance of

6    your lawyer in this case?

7          **THE DEFENDANT:**  Yes, I am, your Honor.

8          **THE COURT:**  And do you feel as though you've had

9    enough time to talk to him about the probation office's

10   presentence report and the papers that the Government has

11   filed with regard to sentencing?

12         **THE DEFENDANT:**  Yes, I have, your Honor.

13         **THE COURT:**  Okay.  You can both be seated, thank

14   you.  The Court will accept the facts as stated in the

15   presentence report as my findings of fact for purposes of

16   today's sentencing along with the factual materials set

17   forth in the statement of offense.

18         On July 12th, 2021, the probation office submitted

19   a memorandum that describes the statutory provisions

20   relevant to sentencing and the advisory guidelines range

21   that apply in this case.  That description is the same as

22   what the parties agreed to in their plea agreement, but let

23   me summarize as follows.

24         First, with respect to the statute, Congress has

25   imposed a statutory maximum sentence for the offense to

1    which Mr. Hodgkins has pleaded guilty, which is obstruction

2    of an official proceeding in violation of 18 U.S.C. section

3    1512(c)(2), and the maximum statutory sentence is 20 years

4    imprisonment.

5            With respect to the guidelines, during the plea

6    hearing and in the plea agreement, the parties agreed that

7    under section 2J1.2 of the guidelines, the base offense

8    level for obstruction of an official proceeding in violation

9    of 18 U.S.C. section 1512(c)(2) is 14.  The PSR also

10   indicates that the base offense is 14.  The parties also

11   agreed that the offense to which Mr. Hodgkins pled guilty

12   resulted in substantial interference with the administration

13   of justice resulting in a three-level increase in the

14   offense level under the guidelines.

15           The Government has represented that Mr. Hodgkins

16   has demonstrated acceptance of responsibility in a manner

17   that entitles him to a two-level reduction under section

18   3E1.1A of the guidelines.  And the Government has further

19   represented that Mr. Hodgkins provided timely notice of his

20   intent to enter a plea of guilty entitling him to an

21   additional one-level reduction under section 3E1.1B.

22   Therefore, prior to consideration of any departures or

23   variances, Mr. Hodgkins' total offense level is 14.

24           Mr. Leduc, any objection to any of that?

25           **MR. LEDUC:**  No, your Honor, that's exactly

1    correct.

2         **THE COURT:**  And Ms. Sedky?

3         **MS. SEDKY:**  No, your Honor, no objections.

4         **THE COURT:**  And Mr. Leduc, before you sit back

5    down again, the defense argues in its sentencing memorandum

6    that the Court should adopt a variance under section 3B1.2

7    and 2D1.1B18 of the guidelines.  I think that the reference

8    to 2D1.1B18 may have been just a typographical error.

9         **MR. LEDUC:**  I concur, your Honor.  My family was

10   on a little vacation before I deployed, so I had about two

11   days to try and get Ms. Sedky a product.  There were some

12   typos, and that's why I kind of amended it, because I wanted

13   to make sure it was clarified.  And you're correct, your

14   Honor, that is a typo.

15        **THE COURT:**  But the reference to 3B1.2 deals with

16   a minimal and minor participant in the offense, and that

17   does arguably apply here.  But the question I have for you

18   is are you seeking an adjustment under the guidelines or are

19   you seeking a variance?  Because if there's an adjustment

20   you're seeking, then the Court has to make a finding as to

21   whether an adjustment is appropriate.  If you're only

22   seeking a variance, then I can deal with that later in

23   today's proceeding.

24        **MR. LEDUC:**  And that's what happened, I originally

25   filed the sentencing memorandum and had a conversation about

1    that.  And that's why I filed the amended one, to make it

2    very explicitly clear that we were seeking it as a variance.

3    And we're only using that in the form of -- for you to

4    consider as a variance in the form of what we were

5    recommending as some guidance for this Court to consider.

6         Our position is that we believe his role would be

7    defined as minimal, and we think that under 3553 the Court

8    could vary if the Court so determined that his actions and

9    given what occurred would have met that definition.  And

10   then under -- what we would suggest is that the Court could

11   then use that as a vehicle to vary downward.

12        **THE COURT:**  Okay, thank you.  You can be seated

13   again.  So the Court does then understand that the defense

14   is not requesting an adjustment, it only raises this in

15   essence by analogy for purposes of arguing for a variance.

16   And I see Mr. Leduc is nodding his head yes to that.  To the

17   extent the Court, nonetheless, has its own obligation to

18   consider the guidelines and whether an adjustment is

19   appropriate under the guidelines, the Court concludes that

20   with respect to at least an adjustment, 3B1.2 does not apply

21   here.  That provision provides that based on the defendant's

22   role in the offense, the Court should decrease the offense

23   level as follows.  If the Court was a minimal -- if the

24   defendant was a minimal participant in any criminal

25   activity, the Court should decrease by four levels.  If the

1    defendant was a minor participant in any criminal activity,

2    decrease by two levels.  And in cases falling between A and

3    B, decrease by three levels.

4            When the sentencing commission amended the

5    guidelines in 2015, it made clear that the Court must

6    consider the defendant's culpability only by reference to

7    his or her co-conspirators in the case at hand.  I'm not

8    supposed to look at the universe of persons participating in

9    similar crimes.  Although some of the arguments the defense

10   raised may bear on a variance as Mr. Leduc has indicated --

11   and I'll consider that in that context, I'm unpersuaded that

12   an adjustment is appropriate.

13           A minimal participant is someone who was plainly

14   among the least culpable of those involved in the conduct of

15   a group.  It applies, for example, when a defendant in a

16   drug distribution case stored some of the drugs for a short

17   time, but lacked knowledge or understanding of the scope and

18   structure of the enterprise and of the activities of others.

19   This isn't such a case.  Mr. Hodgkins was on the floor of

20   the Senate.  He saw what was happening, and he's admitted

21   that he acted with the intent to corruptly obstruct or

22   impede Congress in performing its constitutional duty to

23   certify the election.  It is a slightly closer question of

24   whether Mr. Hodgkins would qualify as a minor participant if

25   the defense were seeking that adjustment.  That adjustment

1    applies to a defendant who is less culpable than most other

2    participants in the criminal activity.

3            The application note provides a list of non

4    exclusive factors for the Court to consider in deciding

5    whether the defendant's role in the offense was minimal or

6    minor.  I've considered those factors.  Undoubtedly, there

7    were people who participated in the attack on the Capitol

8    who are more culpable than Mr. Hodgkins.  But he understood

9    what he was doing, he made his own decisions, and he was one

10   of a number of small people who made their way to the Senate

11   floor.  The fact that others may face significant

12   enhancements for engaging in threatening, violent or

13   destructive behavior doesn't mean that his role and the

14   offense to which he has pleaded guilty was minor.  So the

15   Court concludes that the mitigating role adjustment does not

16   apply here.  But as I said, I will consider the arguments

17   that Mr. Leduc has made in the context of deciding whether a

18   variance would be appropriate.

19           Turning to Mr. Hodgkins' applicable criminal

20   history category, the presentence report notes that he has

21   no prior convictions.  So he has no criminal history points

22   which places him in criminal history category one.  And so

23   given an offense level of 14 and a criminal history category

24   of one, the guidelines range is between 15 and 21 months.

25           Ms. Sedky, any objections or clarifications to any

1    of that?

2              **MS. SEDKY:**  No, your Honor.

3              **THE COURT:**  And Mr. Leduc?

4              **MR. LEDUC:**  No, your Honor.

5              **THE COURT:**  So I also want to talk about just some

6    of the other provisions that apply here.  Under 18 U.S.C.

7    section 3583(b)(2), the Court may impose a term of

8    supervised release of not more than three years.  And under

9    section 3D1.2A2 of the guidelines, the recommended term of

10   supervised release is between one year and three years.

11   Under 18 U.S.C. section 3561(c)(1), the defendant is

12   eligible for between one year and five years of probation

13   because the offense is a class C felony.  But under section

14   5B1.1 at common note two of the guidelines, Mr. Hodgkins is

15   ineligible for probation since the applicable guidelines

16   range is in zone D of the sentencing table.  But the

17   guidelines are of course advisory and not binding on the

18   Court.  The maximum fine for the offense is $250,000 under

19   section 3571(b).  Under the guidelines, the recommended fine

20   is between $7,500 and $75,000.

21              As we discussed at the plea hearing, I think there

22   was a mistake in the plea agreement itself when it had

23   listed the fine range as between $4,000 and $40,000.  But I

24   think we reached agreement at the time before Mr. Hodgkins

25   entered his plea that the correct calculation was between

1    $7,500 and $75,000, so I don't think that's an issue.

2              As a term of the plea agreement, Mr. Hodgkins has

3    agreed to pay $2,000 in restitution to the Department of

4    Treasury to cover a small portion of the damage that was

5    caused to the Capitol on January 6th, 2021.  There's a

6    mandatory special assessment of $100.

7              Ms. Sedky, anything else you would add?

8              **MS. SEDKY:**  Nothing, your Honor.

9              **THE COURT:**  And Mr. Leduc?

10             **MR. LEDUC:**  No, your Honor.

11             **THE COURT:**  So pursuant to the plea agreement,

12   neither Mr. Hodgkins nor the Government may seek a departure

13   which would increase or decrease the guidelines range.  I'm

14   unaware of any basis for a departure, so I'm not going to

15   depart from the guidelines.  As I said, we'll discuss

16   variances later.

17             Before I discuss any other of the sentencing

18   factors, I did want to put on the record the probation

19   office's recommendation, which is that I impose a sentence

20   of 15 months imprisonment -- which is at the bottom end of

21   the guidelines range; two years of supervised release;

22   $2,000 in restitution; no fine; and a special assessment of

23   $100.  And that recommendation is not based on any facts or

24   circumstances that have not already been revealed to the

25   parties in the presentence report.

1          So I now need to consider the relevant factors

2     that Congress has set out in 18 U.S.C. section 3553(a).  And

3     I must ensure that I impose a sentence that is sufficient,

4     but not greater than necessary, to comply with the purposes

5     of sentencing.  Those purposes include the need for the

6     sentence imposed to reflect the seriousness of the offense,

7     to promote respect for the law and to provide just

8     punishment for the offense.  The sentence should also afford

9     adequate deterrence to criminal conduct, protect the public

10    from future crimes of the defendant and promote

11    rehabilitation.  In addition to the guidelines and policy

12    statements, I must consider the nature and circumstances of

13    the offense; the history and characteristics of the

14    defendant; the need for the sentence imposed; the guidelines

15    range; the need to avoid unwarranted sentencing disparities

16    among defendants with similar records who have been found

17    guilty of similar conduct; and the types of sentences

18    available.

19         Ms. Sedky, would you like to address the section

20    3553(a) factors and anything else you'd like to address?

21         **MS. SEDKY:**  Yes, I would.  Thank you, your Honor.

22    The Government's recommendation, as set forth in our

23    sentencing memo, is a midpoint guidelines range of 18 months

24    in custody followed by three years of supervised release.

25    We are waiving the fine in light of Mr. Hodgkins' financial

1    situation.  And as the Court just noted, we are seeking, per

2    the agreement, $2,000 in restitution.

3            So as to the 3553 factors, starting with the

4    nature and circumstances of the offense, there are three

5    particularly disturbing aspects of the offense conduct here.

6    One is the intended goal, which quite bluntly was to subvert

7    the election and disrupt the peaceful transfer of power.

8    Two are the methods deployed by the rioters to achieve those

9    goals.  And those included intimidation, force, violence and

10   destruction.

11           THE COURT:  Can I ask you about that second

12   factor?

13           MS. SEDKY:  Sure.

14           THE COURT:  The Government does acknowledge that

15   that's not Mr. Hodgkins' case, and I need to make sure that

16   I am sentencing Mr. Hodgkins based on the facts of his case

17   and not on the facts of anyone else's case.  And as to him,

18   the Government correctly acknowledges that he did not engage

19   in any violence, did not destroy any property, did not

20   threaten anybody in any way.

21           So why is that other conduct relevant to the

22   sentencing of him?

23           MS. SEDKY:  The first adjective was intimidation.

24   And I would pose to the Court that although we agree that

25   Mr. Hodgkins did not engage in violence or destruction, his

1    presence on the -- at the well of the Senate holding his big

2    flag with his backpack and his goggles and his rope and his

3    gloves would amount to intimidation.  But we're mindful of

4    the fact that the injuries writ large are significant

5    primarily in terms of general deterrence and what we need to

6    be thinking about in terms of the future.

7           So we are mindful of the fact that although

8    Mr. Hodgkins himself didn't engage in property destruction

9    or violence -- and in fact, that's why we're not seeking the

10   plus eight enhancement under 2J1.2 for him.  He's already

11   getting the benefit of the fact that he himself -- that was

12   not within the contours of his personal conduct.  So we're

13   mindful of that.

14          However, when the Court is looking at the nature

15   and circumstances of the offense and Mr. Hodgkins' personal

16   role that day, it's important to view the context of what

17   was unfolding around him and what he was willingly making

18   himself part of.  And that's why we were drawing the Court's

19   attention to things like the violence and destruction that

20   was all around him.  And he -- as we pointed out in our

21   brief, time and time again he had these warning signs and

22   chose to press forward.

23          So in terms of the January 6th attack writ large,

24   the reason that we're focusing on the larger context here is

25   truly to give background to the nature and circumstances of

1    the offense; but primarily in the context of general

2    deterrence, and why that plays a very significant role in

3    what we do to Mr. Hodgkins and the message that we send not

4    only to him, but to other people who might be contemplating

5    a second act, for lack of a better word.

6         So the details of that day are quite harrowing and

7    set forth in the PSR and in the statement of offense that

8    Mr. Hodgkins has incorporated into his plea agreement.  And

9    in short, at approximately 2:00 o'clock in the afternoon,

10   for the next six hours there was a violent and destructive

11   mob of several hundred people, Hodgkins among them, who

12   attacked the People's House -- and in some cases the people

13   inside that house, for the goal -- the shared goal to thwart

14   the vote count and to essentially stop the democratic

15   process.

16         The rioters caused four different kinds of

17   injuries.  And we agree that Mr. Hodgkins himself didn't

18   personally cause each of these types of injuries, but he

19   certainly was critically involved in the first type of

20   injury, which is imperiling democracy.  And in fact, his

21   participation that day down at the Senate well was part and

22   parcel of what caused the evacuation of the offices of

23   the -- of all of the offices, including the conduct that was

24   going on not 40 minutes beforehand in the Senate well

25   itself, in the Senate chamber.

1          They were evacuated -- for approximately six

2    hours, members of Congress and their staff were evacuated.

3    The vote count was shut down until -- it restarted at

4    8:00 a.m., I think it resumed at -- it finalized at 3:00

5    o'clock in the morning.  So there was a very meaningful

6    impact to democracy here.

7          **THE COURT:**  And just for clarification, with

8    respect to the evacuation, am I correct in understanding

9    that by the time Mr. Hodgkins entered the Capitol and went

10   to the Senate floor, that by that point in time the chambers

11   and I assume perhaps the offices had been evacuated; and

12   your point really is the evacuation had to be maintained as

13   long as the Capitol Police didn't have control of the

14   Capitol building, and he was contributing to that?

15          **MS. SEDKY:**  That's correct.

16          **THE COURT:**  Okay.

17          **MS. SEDKY:**  That's correct.  So in addition to the

18   threat and actual imperilment to democracy, hundreds of law

19   enforcement officers were injured.  And that was happening

20   all around Mr. Hodgkins.  Some suffered serious injuries.

21   There was hours-long hand-to-hand combat.  There were

22   rioters wearing their tactical gear carrying dangerous

23   weapons and spraying chemical irritants.  Mr. Hodgkins was

24   very much a part of that surrounding.  Although as the Court

25   correctly pointed out, he himself was not wielding weapons,

1    chemical irritants and the like.

2            The third injury that I think is often underlooked

3    but really important to underscore are the emotional

4    injuries quite frankly.  The staff members who were -- who

5    couldn't evacuate the building and were left cowering in

6    their offices barricaded for six hours were terrified.  As

7    were many of the law enforcement officers who were subjected

8    to this hand-to-hand combat.  Many of those individuals on

9    scene that day will bear emotional scars for many years, if

10   not forever.  And those injuries are part and parcel of

11   Mr. Hodgkins' conduct taken into account with the other

12   attackers.

13           The last is the damage to property and basically

14   the ransacking of the People's House.  There was extensive

15   damage, theft and vandalizing to furniture, artifacts,

16   artwork, over a million-four worth of property damage just

17   to the Architect of the Capitol alone.  And there was

18   unquantifiable damage to artifacts and other artwork that

19   can never be repaired.

20           So as to Hodgkins' role in this mayhem, Hodgkins,

21   for his part, he was a part of that mob.  He illegally

22   entered the U.S. Capitol building with several hundred other

23   rioters, and he spent 30 minutes inside the building.  He

24   made it all the way down to the well of the Senate chamber,

25   and he stood feet away from -- and holding his flag

1    saluting, others standing up on the raised platform with

2    their bullhorn cheering and ranting and jeering, standing,

3    hovering over Vice President Mike Pence's desk where not 40

4    minutes earlier, the Vice President himself had been sitting

5    and the Senators had been surrounded in the Senate chamber.

6          Mr. Hodgkins came prepared for confrontation.  He

7    was -- he had donned his protective eye goggles before he

8    walked into the Senate chamber.  He had a backpack that had

9    rubber gloves, rope to be ready for conflict.  He donned --

10   he proudly posed for selfies and texted those to his

11   friends.  He made himself part of the action.  And he did

12   so, as he has pleaded guilty, with the corrupt intent to

13   obstruct an official proceeding.

14      What Mr. Hodgkins' conduct is not is it is not a

15   15-minute walk with a crowd through the U.S. Capitol

16   building.  Mr. Hodgkins faced multiple key decision points

17   well before he walked into the Senate well.  And I think

18   it's significant when we're evaluating Mr. Hodgkins' role in

19   the offense to start back at the beginning in Tampa.  He

20   made a decision in Tampa that there might be some kind of

21   armed conflict in D.C., and so he better be ready.

22          So he packed his backpack with the protective eye

23   goggles, the latex gloves and the rope.  And then he got on

24   the bus and he came to D.C., and his next key decision point

25   is after the rally.  He has two -- almost two long miles to

1    walk to the Senate grounds -- to the congressional grounds,

2    and he has time to see what's unfolding around him and see

3    his fellow travelers and this mob starting to assemble.  He

4    keeps going the two long miles as he's walking, and he sees

5    this conduct unfolding, this plan unfolding, and he doesn't

6    turn back.

7        And then he gets to the barricades in front of the

8    grounds, and he decides to push through.  They were probably

9    toppled over by then.  But by then, you would have seen all

10   around you -- you would have been smelling the tear gas.

11   You would have been seeing the smoke.  You would have seen

12   the injuries.  You would have seen -- he has admitted that

13   he was seeing property destruction and physical injuries.

14   And he made a key decision to press forward.

15       The next key decision point was what he did when he was

16   standing at the doors of the U.S. Capitol building.  He had

17   a really important decision to make.  By then, he's seeing

18   all of this destruction and violence around him.  And what

19   does he do?  He walks toward it; he doesn't turn away.  And

20   he walks in that building, and he has another decision to

21   make, which is do I take a peek and walk out or do I get to

22   the core, the heart of the Senate where all of the work to

23   certify the election was taking place.  And he made the

24   decision to walk to the Senate chamber.

25       Does he peek in the window and walk away?  No.  He

1  opens the door, he walks through and he goes down to the

2  Senate well with his goggles on, taking his selfies, with

3  his flag saluting the people who are standing up at the

4  platform.

5          **THE COURT:**  Approximately how many people ended up

6  on the Senate floor?

7          **MS. SEDKY:**  So I'm not positive.  I can say that

8  from the CCTV footage that I have viewed during the

9  timeframe that Paul Hodgkins was there -- we have our case

10  agent in the audience, he may know better than I do.  I

11  would say there were roughly I want to say 30 people or so.

12  That would be a rough estimate based on my viewing of the

13  CCTV footage from approximately 2:50 p.m. to let's say 3:15.

14          And mind you, so what are they doing while

15  Mr. Hodgkins is there looking around, taking selfies, waving

16  his flag?  Many of them are removing records from Senators'

17  desks.  They're pillaging.  They're taking photographs of

18  papers, documents sitting on the Senators' desks.  And he

19  sees all this.  In fact, as he will tell you -- as he

20  stated, he saw an injured rioter who he thought had been

21  hurt by a rubber bullet.  And he decides, to his credit, to

22  go render aid to this injured person.  But nevertheless,

23  these are all these warning signs going around him left,

24  right and center for a half an hour while he's in the

25  building alone.  He has so many opportunities to turn around

1    and go back, and he doesn't.  And time and time again, he

2    willingly joined the fray, and he steadfastly remained part

3    of it.  And that's why we're seeking -- that's in large part

4    why we're seeking a midrange sentence here.

5         And admittedly, he did not destroy property and he

6    did not injure anyone, and that's why we didn't seek the

7    eight-level enhancement quite frankly.  But he was

8    surrounded by, and he benefitted from, people who had

9    engaged in both of those things.  That's how he got into the

10   Senate well, and that's how he was able to continue the

11   disruption and to -- as the Court pointed out, to continue

12   and prolong the evacuation.

13        And so honestly, in the weeks leading up to this

14   sentencing hearing, your Honor, I've been really just

15   personally struggling with what catch phrase do I use to try

16   to encapsulate this horrific event.  And I've spent hours

17   trying to come up with a meaningful pithy phrase that I

18   could present to the Court that might resonate.  Honestly, I

19   didn't come up with anything, but the D.C. Circuit did and

20   you did in your earlier ruling.  And I do believe that at

21   its core, this was a grave danger to our democracy.  Yes,

22   Mr. Hodgkins did not participate in the physical violence or

23   the destruction, but he surely participated in the grave

24   danger to our democracy.  So the nature and circumstances of

25   the offense, the Government would submit, supports the

1    18-month recommended sentence.

2              As far as the next 3553 factor, turning to the

3    defendant's characteristics, we've conceded that the

4    defendant has no criminal history category -- he has no

5    criminal history, he's a category one.  He did give a timely

6    and very full confession when law enforcement agents first

7    approached him.  And when we were executing our search

8    warrants, he did provide his passwords to us.  And that's

9    why we gave him the minus three for substantial

10   assistance -- for substantial -- I'm using the wrong word.

11             **THE COURT:**  Acceptance of responsibility.

12             **MS. SEDKY:**  Acceptance of responsibility, not

13   substantial assistance.  So the third and key 3553 factor

14   here that's really generating the 18-month recommendation is

15   the need to promote respect for the law and general

16   deterrence.  And here, I have a hard time thinking of a

17   crime that at its core isn't the epitome of disrespecting

18   the law.  It's truly flouting lawmakers, the law enforcement

19   officers who were there to protect them, and the laws that

20   they were trying to enforce to basically transfer power from

21   one president to another president.  And so the need to

22   promote respect for the law is really at its pinnacle in a

23   crime like this as is the need for deterrence.

24             January 6th was an act of domestic terrorism.  And

25   we concede that Mr. Hodgkins himself is not under the legal

1    definition a domestic terrorist, we're not asserting that he

2    is.  But he was part and parcel of an act of domestic

3    terrorism that was going on around him, and that context is

4    relevant when the Court is deciding how to sentence him.

5          **THE COURT:**  So the Government argues in its

6    memorandum that there aren't any very good benchmarks here,

7    and thus the Court ought to just apply the guidelines;

8    that's the best I have and I ought to apply the guidelines.

9    But then the Government says -- you know, points to the

10   types of factors that would ordinarily I think suggest a low

11   end of the guidelines sentence.  In fact, there's a

12   sentence -- or a couple of sentences in the Government's

13   sentencing memorandum that read, at least in the normal

14   context, a little bit like a non sequitur.

15          So it says -- it describes what Mr. Hodgkins did,

16   and then it says, "The Government, nonetheless, recognizes

17   that he did not personally engage in or espouse violence or

18   property destruction.  He accepted responsibility early and

19   in a fulsome manner, and he has taken significant steps

20   toward his rehabilitation.  We therefore recommend a

21   midpoint sentence."  When I read that first sentence in most

22   sentencing cases, the next sentence from the Government is

23   that we therefore recommend either a downward variance or at

24   least the low end of the guidelines.

25          So it feels to me a little bit like the Government

1    is a little bit in conflict with its own position where it's

2    saying Judge, just apply the guidelines here and stick to

3    the guidelines -- which I think that would point towards a

4    low end of the guidelines sentence.  But at the same time,

5    you're saying it ought to be a midpoint sentence, because

6    this is such a horrible set of circumstances, which is in

7    essence saying don't really apply the guidelines.

8        **MS. SEDKY:**  Well, fair enough.  I think my

9    response would be that we are not seeking a high end

10    guidelines sentence here.  And as the Court noted, there are

11    some potential upward departures that might apply here.  And

12    we are not seeking the upward departure partly -- in large

13    part because we believe that a guidelines sentence here

14    accomplishes the goals of 3553 without the need to seek an

15    upward departure.  So I hear what the Court is saying, and

16    was sort of mindful of that myself, like are we speaking out

17    of both sides of our mouth here.

18        But I think that -- we're not seeking an upward

19    variance, we're not seeking an upward departure and we're

20    not seeking a high end guidelines sentence here.  When we

21    look at the 3553 factors in light of the fact that

22    Mr. Hodgkins has already gotten his benefit for minus three

23    for acceptance of responsibility, we are balancing those in

24    a way that to us ends up recommending an 18-month sentence

25    as fair here in balancing those things.

1          **THE COURT:**  On the acceptance of responsibility,

2    it seems to me that Mr. Hodgkins is arguably at least at the

3    very high end of those who are entitled to recognition in

4    that as I understand it, he was the second person out of

5    hundreds who agreed to enter a felony plea.

6          **MS. SEDKY:**  Well, your Honor, I'm not sure about

7    that quite frankly.  I know that he was the second among

8    hundreds to have his plea offer authorized and made and

9    accepted.

10         **THE COURT:**  I see.

11         **MS. SEDKY:**  I do not know -- in fact, I would be

12   surprised if he were the first or second defendant to

13   actually indicate an interest or willingness to plead

14   guilty.  But I have supervisors here in the audience who can

15   correct me if I'm wrong about that.

16         **THE COURT:**  I am curious -- I'll give you a chance

17   to get back up at the end, I am curious about that.  That's

18   relevant to my mind.

19         **MS. SEDKY:**  That said, he was early.  And I would

20   like to be candid with the Court and fair to him, that his

21   attorney from the very first conversation I had with him

22   said, "My guy wants to plead guilty, and he wants to get the

23   benefit of being one of the first ones."  And so I want to

24   give him credit for that, because that was certainly what he

25   was trying to accomplish.  Whether in fact he did, I'm not

1    sure.  I actually do think -- and I think I might have told

2    him that at the time, that I thought there were some other

3    negotiations that were going on, but nothing formalized.

4            THE COURT:  Okay, thank you.

5            MS. SEDKY:  So back to the need for deterrence and

6    why we're framing this in the context of domestic terrorism

7    is because the need to effectuate general deterrence is

8    really almost never higher.  It's especially, especially

9    strong in the context of cases involving domestic terrorism.

10   And the guidelines themselves recognize this need for sort

11   of enhanced care and enhanced punishment.  Even though we're

12   not seeking the departure under 3A1.4, note four, that's a

13   departure that applies to conduct that squarely fits

14   Mr. Hodgkins.  It does not require a finding of domestic

15   terrorism.  That note, that departure grounds is for conduct

16   that is calculated to influence or affect the conduct of

17   government by intimidation or coercion without respect to

18   whether it qualifies as an offense of domestic terrorism

19   under any of the statutes.

20           So to us, although we're not seeking the upward

21   departure, we do believe that it's important to focus the

22   Court's attention on the fact that the commission was

23   certainly interested in increasing penalties and attention

24   to this kind of conduct.

25           THE COURT:  Can you give me that citation again?

1      **MS. SEDKY:** Yes, it's 3A1.4, application note

2  four.  It makes it clear that -- it says, the first part --

3  so the context here is that these are victim-focused

4  enhancements.  So 3A1.4 generally is meant for victims of a

5  circumscribed crime called a federal crime of terrorism, and

6  that's not what we have here; that's clearly not what we

7  have.  Application note four says that even when this

8  enhancement -- it's a big enhancement, the 12-level

9  enhancement isn't going to apply, it says there may be cases

10 in which, A, the offense was calculated to influence or

11 affect the conduct of government by intimidation or

12 coercion, or B, blah, blah, blah where it would be --

13 essentially in such cases an upward departure would be

14 warranted.  And it makes it clear that this is sort of a

15 carve out.  You don't have to have -- although this

16 guideline only applies to federal crimes of terrorism, the

17 application note applies more broadly than that.

18     **THE COURT:** But isn't the application note simply

19 clarifying what the guideline is about?

20     **MS. SEDKY:** I think the -- I read the application

21 note -- the guideline is an enhancement, and the application

22 note to me is a suggestion for an upward departure.

23     **THE COURT:** I see your point.  So you're saying

24 that 3A1.4 doesn't literally apply, but the principles that

25 underlie it might justify a departure?

1      **MS. SEDKY:**  Well, actually I think I'm saying the

2    reverse.  I think that 3A1.4, note four -- yes, yes, your

3    Honor.  3A1.4, the adjustment I think does not apply.  I

4    think that the application note that cues an upward

5    departure would apply.  But I want to make it clear that

6    we're not seeking that upward departure here, in large part

7    because when we look at the nature and circumstances of

8    Mr. Hodgkins' -- the facts and circumstances of his offense

9    and his guidelines range, we believe that the 15 to 21 month

10    guideline range is sufficient here, and that's why we're not

11    seeking the upward departure.

12      **THE COURT:**  I see, okay.  I understand that, thank

13    you.

14      **MS. SEDKY:**  But we think it's just -- it's cuing

15    the courts, when they're considering how to sentence conduct

16    like this, that this is very serious conduct that

17    desperately needs to be deterred.  And the case law also

18    recognizes this, although more so in the context of a

19    specific deterrence.  They're essentially teeing up for

20    sentencing courts that we really, really need to generally

21    deter conduct associated with domestic terrorism.

22      And so here, imposing the 18-month recommended

23    sentence will be just punishment for Hodgkins; it will hold

24    him accountable for his serious criminal conduct.  And

25    equally as important, it will send a loud and clear message

1    to other would be rioters that if and when they're caught,

2    they will be held accountable; and that people who might be

3    contemplating a sequel to the January 6th attack will stand

4    down and there won't be a next time.  So that Hodgkins and

5    others -- other would be rioters will turn back instead of

6    again and again and again pressing ahead.

7            And so taking the 3553 factors, sort of looking at

8    the seriousness of the offense, promoting respect for the

9    law, the need for specific and general deterrence, we

10   believe an 18-month sentence is sufficient, but not greater

11   than necessary, to accomplish the sentencing goals.

12           **THE COURT:**  I understand and am sympathetic with

13   your arguments with respect to deterrence.  But I guess I

14   come back in my mind to the question of this case and how

15   this case fits into the larger puzzle.  I don't know what

16   the future holds.  I would not be at all surprised to see

17   cases in which people are convicted of engaging in some of

18   the type of conduct that you're talking about that involved

19   violence, threats, destruction of property in which they

20   will face very, very long sentences.  And I think there is

21   going to be across these series of cases, assuming that

22   there are convictions, a broad range of sentences.  And

23   there are going to be some that are towards the lower end,

24   and some that are going to be at the higher end.  And there

25   probably will be sentences anywhere from the period of no

1   incarceration all the way to the period of many years of

2   incarceration.

3           To the extent that you're concerned about the

4   deterrent value here, I suppose one question is whether you

5   look at the bigger picture and you look at each case on its

6   particular facts, but with sort of the confidence that the

7   bigger picture is going to emerge in a way in which a pretty

8   clear message is sent that anyone who would engage in

9   conduct like this in the future, that if you do so you're

10  going to face grave penalties.

11          **MS. SEDKY:**  I think that's right.  I think that if

12  the Court is struggling with how much to sort of weigh the

13  January 6th attack writ large, you know, the guidelines

14  themselves and the statute -- I think it's 3661, gives the

15  Court a really wide berth to consider many, many, many

16  factors that are specific to the defendant, his nature and

17  his characteristics, but also his conduct.  There's

18  precedent out there for other courts that have sentenced

19  individual criminals, and they've noted the context in which

20  the community around it is in need of deterrence or how that

21  factor would be a unique part of the nature and

22  circumstances of the offense.  So when they're looking at

23  sort of the surrounding environment, it's often in terms of

24  either weighing the nature and circumstances of the offense

25  under 3553 or looking at the need for general deterrence.

1          And so we believe that the Court is certainly able

2    to, if it's inclined to -- and we think it's appropriate, to

3    really weigh the January 6th attack writ large and how --

4    when it's fashioning Mr. Hodgkins' sentence.

5          THE COURT:  I think that's fair enough.  But I

6    guess the point I'm making is that I need to be careful also

7    in sentencing him that I'm sentencing him based on the facts

8    that apply to him and not others.

9          MS. SEDKY:  Agreed.

10         THE COURT:  And that to the extent the Government

11   is concerned about general deterrence and making sure that

12   people who engage in violence, destructive behavior,

13   threatening behavior are really, really deterred, there will

14   be cases likely in which the Government will have the

15   opportunity to make that point and courts will have an

16   opportunity to make that point.  And that what I need to

17   struggle to do is to make sure I'm deterring somebody from

18   joining an action like this, like what occurred, the events

19   that occurred, joining in, but joining in in a way that they

20   do not personally engage in any violence.

21         MS. SEDKY:  I understand.

22         THE COURT:  Anything further?

23         MS. SEDKY:  Nothing.

24         THE COURT:  Okay, thank you.  I'll give you a

25   chance to come back up.  Particularly, I would be interested

1    in your answer to the question about --

2            MS. SEDKY:  How many people were on the floor of

3    the Senate?

4            THE COURT:  Yes, exactly.  Well, that, and also

5    the question about --

6            MS. SEDKY:  Other plea offers?

7            THE COURT:  Other plea offers, yes, thank you.

8            Okay, Mr. Leduc.

9            MR. LEDUC:  Your Honor, it's a privilege to be

10   here before you.  Your Honor, I think I've learned as I've

11   grown older that -- and I've written out what I want to say

12   to you.  But I think what I have to say I've said a lot in

13   my sentencing memo.  I think it probably would be most

14   appropriate at this point -- and I've referenced it in my

15   memo, that Mr. Hodgkins has a statement to make.

16           I want you to know, I didn't have anything to do

17   with this statement actually.  It's pretty amazing that he

18   prepared it.  I looked at it, you know, did a little editing

19   in terms of just apostrophes here and stuff like that, but

20   nothing substantive.  I'd like him to be able to speak to

21   you first, and then if I might, I'll make an argument.

22           THE COURT:  I'm happy to proceed however you like,

23   that's fine.

24           MR. LEDUC:  Thank you, your Honor.  Would you like

25   him up here, your Honor?

1          THE COURT:  He can be where you are, that's fine.

2          MR. LEDUC:  Paul, why don't you come up and bring

3     your statement up.

4          THE DEFENDANT:  I am very privileged and very

5     humbled to be able to be here in court.  This being my first

6     time in my life in any situation like this, I ask -- please

7     forgive me if I may come across as nervous and may have some

8     troubling getting things out.

9          THE COURT:  Entirely understandable.

10          THE DEFENDANT:  Your Honor, I thank you for giving

11     me the opportunity to speak on my own behalf.  I can say

12     without a shadow of a doubt that I am truly remorseful and

13     regretful for my actions in Washington, D.C. on January 6th,

14     2021.  I say this not because I face consequence, but

15     because of the damage that day's incident caused and the way

16     that this country that I love has been hurt.

17          While I take some solace in knowing that my

18     actions did not involve any violent or reckless behavior, I

19     realize that my involvement did still contribute to the

20     greater problem that took place.  Although I know that I did

21     not, nor would I ever, engage in acts of assault, vandalism

22     or theft, I have also thought at times that the company of

23     us who remained calmer in our protests may have made others

24     feel emboldened to carry out the destruction that occurred.

25          When I planned to attend President Trump's rally

1    on January 6th, I came to D.C. with the intention of

2    supporting a president I love at his event, and

3    participating in a march on Pennsylvania Avenue.  The

4    storming of the U.S. Capitol building is not something that

5    I had any idea would happen.  Once I had approached the end

6    of the march on Pennsylvania Avenue, I saw much of the crowd

7    entering different parts of the building.  Caught up in an

8    emotional protest, I decided to follow the crowd inside

9    through the doors, brought myself -- brought my protest in

10   the hallways and eventually to the floor of the United

11   States Senate chamber.  This was a foolish decision on my

12   part that I take full responsibility for.  I do not, and I

13   will not, make any excuse, nor will I place any type of

14   blame on any politician, journalist or otherwise.

15        In addition, I wish to state that I completely

16   acknowledge and accept that Joseph R. Biden, Jr. is

17   rightfully and respectfully the President of the United

18   States.  In my defense, I wish to inform you that during my

19   expedition inside the Capitol building, I stopped in the

20   hallway and verbally said to a police officer, "I am sorry

21   that you guys have to deal with this."  Once I had entered

22   the Senate chamber, I saw other protesters gathering towards

23   the center of the room.  At that time, I spoke up and said

24   out loud to them, "Guys, please don't wreck anything in

25   here."

1          I then noticed a protester who was visibly wounded

2    and disoriented with a shot in his face that he was bleeding

3    out from.  I accessed a first aid kit kept inside of my

4    backpack, and attempted to help tend to his injury.

5    Unfortunately, he declined from receiving my help.

6    Eventually a team of police entered the chamber and had told

7    us to start moving out.  I spoke across the room at other

8    protesters and said to them, "Come on guys, let's go."  And

9    before leaving the chamber, I gently held my hand out in

10   front of me and said to the nearest policeman, "I am sorry

11   for the trouble."  I offer this explanation because I wish

12   to outline that while true, I committed trespassing within

13   the Capitol building, my instinct was not to contribute to

14   the chaos and erratic behavior that I saw around me.

15         I realize that there would be several risks taken

16   when I made the choice to protest inside of the Capitol

17   building.  Based on what I have known from instances where

18   persons have carried out nonviolent trespassing and

19   protesting in restricted areas, government buildings,

20   courthouses and the like, it was to my mistaken belief that

21   the consequences would generally be fairly minor.

22   Obviously, I was very mistaken in this assumption in what

23   occurred on January 6th, and that is what brings us here

24   today.

25         If I had any idea that the protests at the Capitol

1    building would escalate to the levels that they did or that

2    the charges would be what I have faced since then, I would

3    have never ventured any further than the sidewalk of

4    Pennsylvania Avenue.  To put things in short, I allowed

5    myself to put passion before my principles.  This resulted

6    in me violating the law for the first time in my life,

7    something which I definitely feel shame for, and something

8    that I vow never to let happen again.

9           Since the time of my arrest on February 16th, I

10   have taken the time and effort to make positive changes in

11   my life.  Since that day, I have made the simple personal

12   choice to not consume any alcohol.  During the country's

13   recent blood donor shortage, I have decided to make multiple

14   donations of my own blood to local blood drives, and I have

15   volunteered 100 hours of work at Tampa, Florida's Humane

16   Society Animal Shelter and the Feeding America Food Bank.

17   Also, I have taken advantage of a program through my place

18   of employment called the Employee Assistance Program which

19   has provided me with several one-on-one sessions with a

20   behavioral health therapist.

21          I understand that these deeds do not erase the

22   crime that I am guilty of.  My reason for making these

23   efforts is because in the wake of my first time breaking the

24   law, I have felt that I want to give back to the community

25   to causes that I believe in.  The incident that took place

1    at the Capitol has weighed heavily on my conscience, and I

2    wanted to do what I could to help make my community a better

3    place.

4            Additionally, since March -- early March of this

5    year, I began attending a congregational church that is only

6    a short walk away from my home in Tampa.  Since then, I have

7    become involved with the church by establishing a good

8    relationship with our pastor; getting to know more neighbors

9    in my community; participating in communion; and

10   contributing to clothing and food drives run by the church.

11   I also attended their morning clinic where I received the

12   COVID-19 vaccination.  I have attended the church

13   consistently every Sunday since my first visit all the way

14   to this weekend.

15           I understand that the events that took place at

16   the Capitol building on January 6th, as well as my

17   involvement, are a serious situation where accountability is

18   necessary.  While I will not victimize myself in the matter,

19   there are some points that I do wish to outline.  The most

20   significant part of my conviction will render me with a

21   felony on my permanent record.  This conviction shall cost

22   me several of my civil rights which I value very much.  I

23   have agreed and abided to the conditions of my pretrial

24   release 100 percent.  And I have also agreed to pay a

25   projected fine -- restitution for my charge in the amount of

1    $2,000, which I will point out that if I am spared a

2    confinement sentence, I will gladly pay the appropriate fine

3    as soon as this week in full.

4            Your Honor, if I am ordered to any confinement, it

5    will cost me far more than my personal time lost while

6    completing the applicable sentence.  Time served in

7    confinement will result in losing my job that I love and

8    have been employed with for the past seven years.  My

9    employers have been very supportive to me during this time.

10   However, if I am kept away from my workplace, I will be

11   dismissed due to absence.  Because of the high demand of our

12   company's outgoing product, my position will quickly need to

13   be filled.

14            Also, I am currently in the middle of an

15   apprenticeship in my workplace where I'm expected to be

16   promoted to a mechanic position upon completion.  This is a

17   great job skill and certification that would be very

18   devastating to both myself and my company if I am denied the

19   ability to serve.  Along with being unemployed, it would

20   also mean that I would most likely lose my home where I

21   rent, dispose of most of my personal belongings and need to

22   find homes for my two cats which I love dearly.

23            In closing, I reiterate that I realize there must

24   be accountability for my actions that occurred from the

25   incident in D.C. on January 6th.  If there is still a debt

1    that I owe society, then I hope that I may be able to pay

2    that debt in a way that affords me the ability to continue

3    to be an otherwise law abiding, working class and tax paying

4    citizen rather than becoming a drain on society.  It is my

5    greatest hope that this Honorable Court, as well as the

6    almighty God, will give grace onto me in this matter.

7            I am gracious for any grace that may be given to

8    me, and I am prepared to take whichever direction God sails

9    me in.

10            **THE COURT:**  All right, thank you.  Mr. Leduc.

11            **MR. LEDUC:**  May it please the Court, I'll try

12    and -- it's hard, I'm a lawyer and I tend to be wordy.  I'll

13    try to be as succinct as I can, your Honor.

14            The Court should know that our sentencing

15    memorandum, we stayed away from politics, we stayed away

16    from other ancillary issues.  It was focused on Paul.  And

17    in addition, we'd like the Court to know we've worked

18    closely with the Department of Justice in this case.  I want

19    this Court to know, it's a great testament to

20    professionalism on each side.  As always, the Department of

21    Justice, specifically Ms. Sedky, have been very professional

22    throughout.  Our country should be proud of the attorneys

23    who work in that office.

24            No comments I make here going forward, your Honor,

25    should be considered as any criticism towards Ms. Sedky who

1    I have come to greatly admire and I've really enjoyed

2    working with.  She's an outstanding lawyer and advocate, and

3    it's been my privilege to work this case with her.

4         We appreciate the Government's position in their

5    sentencing memorandum where they recognize that Paul -- and

6    I'm quoting here, "did not personally engage or espouse in

7    violence or property destruction."  He accepted

8    responsibility early and in a fulsome manner, and that Paul

9    had taken significant steps towards his rehabilitation.  So

10   it's important for me to comment on a few things in the

11   Government's memo.  We think they would have done well to

12   have ended there, and the Court picked up on it.

13        I won't try to rehash, but we think that

14   throughout the sentencing memorandum, there's two

15   fundamental flaws.  And I must address those fundamental

16   flaws up front before I really get to the heart of the

17   matter, which is Paul Hodgkins.  Numerous times in the

18   Government's memorandum -- I'm just looking at page five,

19   they go over and over -- I think they say -- 12 times they

20   used the words "Hodgkins' fellow rioters."  Here at page

21   five in addition, "Hodgkins' fellow rioters."  Moreover,

22   "The rioters inflicted significant emotional distress."  And

23   finally, the rioters stole, vandalized and did all these

24   things.  You picked up on the fact that we don't sentence

25   people collectively, we sentence people individually.

1    We left that behind frankly when we had the

2    internment of the Japanese in World War II where we did

3    collective punishment there.  Now, most certainly there were

4    probably people who were interned who may have been

5    sympathetic to the Japanese cause.  But then what we did as

6    a nation -- which was inexcusable, is we did a collective

7    punishment on a group of people because of their status and

8    not based on their individualized determination of what

9    those people did.

10    And I understand -- I think Ms. Sedky has been

11    wonderful and I think she had a difficult job.  There was

12    this pull and push between what Paul did and what everybody

13    else did.  And I think the Court picked up on it, so I don't

14    want to spend a lot of time on that.  But there is one other

15    rabbit hole -- and you'll forgive me, I just have to go down

16    it.  And maybe it's because I'm deploying away tomorrow for

17    a year.  And incidentally, I thank you for getting this case

18    today.  I actually fly home tonight, and I deploy tomorrow

19    and I'll be gone a year.  I just think I need to address it,

20    because in about a month, I'm going to be putting on

21    45 pounds of body armor.  And I think probably after 33

22    years of being in the Army, I probably have earned the right

23    to say a couple of things here.

24    So first things first, your Honor.  I was thinking

25    about this, I enlisted back in February of -- 20 February of

1      1988.  And through the years, I've been promoted through the

2      ranks and now I'm a colonel.  I've taken an oath multiple

3      times every time I got promoted -- as enlisted soldier into

4      lieutenant, to captain, to major, to lieutenant colonel, to

5      colonel.  I took an oath, like you did, that I would swear

6      to defend and protect the Constitution of the United States

7      against all enemies, foreign and domestic.  Paul Hodgkins is

8      not my enemy.

9              All of this commentary about January 6th being an

10     act of domestic terrorism, I find it to be offensive.  And I

11     think it's gas-lining the country, and it needs to stop for

12     a number of reasons, your Honor.  And I'm speaking for me.

13     First, January 6th was a protest that turned into a riot.

14     And there are 13 occasions in the Government's sentencing

15     memorandum where they refer to it as a riot.  And that's

16     period, full stop.  It was a protest that became a riot.

17     The Government's sentencing memorandum says that time and

18     again.

19              And it's not domestic terrorism for a lot of

20     reasons.  First, to my knowledge, of the 500 folks arrested,

21     no one's been charged specifically with terrorism.  But

22     secondly, when I look at the U.S. Patriot Act of 2001, when

23     I look at the UN Security Council Resolution 1566 in 2004,

24     when I look the federal criminal code at Title 18 United

25     States Code, all of these give definition of terrorism.  And

1    in each, they have a -- they say the same thing essentially.

2    It's the threatening, conspiring or attempting to hijack

3    airplanes, boats, buses, other vehicles; it's any crime

4    committed with the use of a weapon or dangerous device where

5    the intent of the crime is determined to be an endangerment

6    to public safety or substantial property damage for more

7    than just mere personal reasons or monetary gain.  And when

8    I look at the Department of Defense's, a definition I'm very

9    familiar with, we look at it as groups that have

10   organization, leadership, funding and the ability to carry

11   out violence against government or targeted people groups.

12            Let me give you examples.  These are actual acts

13   of domestic terror.  On March 1st, 1954, four Puerto Rican

14   Americans fired guns in the House of Representatives

15   injuring five congressmen.  The attackers said that they

16   acted on a demand for independence of the U.S. territory

17   Puerto Rico.  On March 1st, 1971, a bomb exploded in the

18   Capitol building.  And while the explosion did not injure

19   anyone, it caused 300,000 in 1971 dollars in damage.  A

20   group calling itself the Weather Underground claimed to be

21   behind it because they were against the bombing in Laos.  On

22   November 7, 1983, a bomb tore through the second floor of

23   the Senate wing of the Capitol.  The device detonated late

24   in the evening and no one was harmed, but it caused an

25   estimated $250,000 in damage.  A group calling itself the

1    Armed Resistance Unit later claimed responsibility for the

2    attack saying it was in retaliation for our military actions

3    in Grenada and Lebanon.  The 1993 World Trade Center bombing

4    the Court is familiar with and I won't go on, but the intent

5    of the attack was to use a bomb -- a 606-kilogram urea

6    nitrate hydrogen gas enhanced bomb.  It wanted to bring down

7    one tower and the other.  As the Court may be aware, it

8    killed six people including a pregnant woman; it injured

9    thousands.

10            The Oklahoma City bombing of 1995 by Timothy

11   McVeigh and Terry Nichols which killed 168 people in that

12   federal courthouse.  On that first floor there was a daycare

13   center, and Mr. McVeigh had to know.  The centennial Olympic

14   bombing in 1996, it was a terrorist bombing committed by

15   Eric Rudolph.  He had done four before, and he was a former

16   explosives expert for the Army.  He killed two people and

17   injured 111.  And I'll just leave this last one, the Boston

18   Marathon bombing, April 15th, 2013.  Two homemade bombs

19   detonated 12 seconds apart 210 yards from each other at the

20   finish line, and injured and killed numerous.

21            The point is quite simple, your Honor.  I

22   understand that we live in a divided nation, but words are

23   powerful, words have meaning.  I served with men that are

24   across that river who have been buried based on the actions

25   of real terrorists.  And I may be the only one in this

1      courtroom who could say he's been shot at and bombed by real

2      terrorists, and actually have been involved in killing them.

3      So I just would hope that these words resonate.

4              And just one last point on this, and then I'll

5      move on.  If we're going to label this protest as domestic

6      terrorism, then please consider this:  That's dangerous,

7      because where do we draw that line.  For example, if we're

8      going to label a protest that turns into a riot an act of

9      domestic terrorism, then we ought to be prepared to label a

10     protest that leads and resulted in the death of two people

11     and 604 arrests and an estimated $550,000,000 of property

12     damage to 1,500 separate locations in Minneapolis; or what

13     we see in nightly protests in Portland by Antifa that seek

14     to burn down government courthouses and buildings.  Those

15     are protests that turn into riots, those are not domestic

16     terrorism.  It has an impact on the First Amendment, and we

17     need to be very careful.

18             THE COURT:  Well, let me pause you there, because

19     I don't think that any plausible argument can be made

20     defending what happened in the Capitol on January 6th as the

21     exercise of First Amendment rights.

22             MR. LEDUC:  I agree.

23             THE COURT:  And I am and will not -- I will not

24     consider the actions of others when sentencing Mr. Hodgkins.

25     But there were people who were storming through the halls of

1   the Capitol saying, "Where's Nancy?"  There were people who

2   were threatening the lives of members of Congress.  There

3   were members of Congress who fled fearful for their lives.

4   That is more than a simple riot.  The United States

5   Congress, the chambers of the Congress, were emptied during

6   the most solemn act in our democracy of certifying who the

7   next president will be by an angry mob where people feared

8   for their lives.  That is not an exercise of First Amendment

9   rights by any measure.

10          **MR. LEDUC:**  Inartful, take my apology for it.

11  There's no distance between you and me, and frankly no

12  distance between Mr. Hodgkins and you as well.  I'm not

13  defending it, I'm not excusing it.  I've spent 33 years of

14  my life willing to lay down my life to defend it.  I'm not.

15  It's inexcusable.  It was criminal.  I'm trying to make a

16  very small point.  And it's a small point into a larger

17  point, and I'll move to it because I think it's important.

18  And my sentencing memorandum really addresses it, your

19  Honor, when I talk about the divide that we had and figures

20  in history that we could look to that give us some guidance.

21          Your Honor, you did your own analysis -- and I'm

22  grateful for it, about hey, what do I do with a guy that's

23  at level 14, category one.  The one piece of evidence I got

24  out of that -- and I hope the Court got the same, was that

25  it appears that 70 percent of the time that people who are

1    being sentenced for different crimes -- but they were level

2    14, category one, that in 70 percent of the occasions, those

3    judges -- wherever they were, none of them here in this

4    district, were doing a variance.  And I think that's

5    evidence, your Honor, in this particular case that -- as to

6    where a lot of courts are looking at people that are

7    similarly situated for whatever crimes that they committed

8    that put them in the same sort of sentencing category as

9    Mr. Hodgkins.  I think it was 71.1 percent based on your

10   minute order.

11           I would ask you to consider that Mr. Hodgkins does

12   deserve a significant variance.  His role in the incident

13   was minimal in my opinion.  I heard what you said -- and by

14   the way, legally it was spot on, you're right.  I wasn't

15   making the argument for purposes nor would I have made the

16   argument if I was going to come in and say, oh, I want a

17   downward departure.  I just think that it's -- the beauty of

18   3553 is that it just kind of allows me to argue bigger

19   picture things that suggest why you would vary.

20           I agree that if you look at his actions

21   individually, he was on the floor of the Senate

22   individually, yes.  He was not -- it wasn't -- you could

23   argue if you were going to depart that it wouldn't be minor

24   or it wouldn't be minimal.  But in the larger context, a lot

25   of times when we see these types of things, we're dealing

1    with a large group of people.  You've referred to like -- we

2    get a lot of drug cases in Florida obviously, in Tampa.

3            So you get a group of 10 people, and then -- you

4    know, maybe boat cases where people are building the boat,

5    they're putting the cocaine on the boat and they're sending

6    it out.  And then what was the role of some guy in the

7    village that they said, hey, you get on the boat.  You know,

8    what his role in the big scheme.  He didn't grow it, he

9    didn't distribute it, he didn't put it in.  I mean, was his

10   role minimal or minor.  And sometimes the courts look at

11   that.

12           And my point with Paul is that the evidence and

13   the facts of the case are it was 2:55 I believe, he saw the

14   crowd going in, and he follows the crowd in.  He doesn't

15   even know where he is in the Capitol.  He wanders, and he

16   finds himself on the floor of the Senate.  And he's there

17   not more than five minutes, and he's not in the Capitol more

18   than 15.  And as the Government --

19           THE COURT:  I don't think that's quite right.  I

20   think your numbers are not quite right on that.

21           MR. LEDUC:  It's a best guess, your Honor.  If you

22   want to say 20 --

23           THE COURT:  Well, I'm just going on what's in the

24   statement of offense that your client signed.

25           MR. LEDUC:  I think he entered -- I didn't mean to

1    interrupt you, I think he entered at 2:52.  I think he left

2    somewhere around 3:15, 3:14.  If I say 15 minutes, obviously

3    it could be 21 or 22; it's more colloquial.  It just seems

4    easier just to say 15, 30 whatever it was.  I think

5    everybody would agree he was on the floor of the Senate

6    maybe about five or six or seven minutes give or take.

7            The point is, your Honor, I think more

8    importantly, is he's following the crowd in and he's

9    following the crowd out.  So you're dealing with a guy here

10   who in my opinion, your Honor, I think his role in terms of

11   this huge scheme of what was going on -- and as the Court

12   pointed out, there's going to be people that are going to

13   appear here who are organized, who did communicate with one

14   another, who determined to use this protest as a ways to a

15   larger means for whatever their goals were.  And I'm not

16   going to get into those folks, but they were engaged in

17   violence.  And they had their own goals and methods.  And

18   for whatever reason, they were trying to accomplish whatever

19   it was they thought was what they wanted to do.

20           Paul came to Washington by himself on a bus.  He

21   wasn't here with anybody, he was here by himself.  He was

22   marching up Pennsylvania Avenue and had no planning,

23   premeditation whatsoever.  But then he sees this huge crowd

24   of people walking to the Capitol, and he kind of just

25   follows the crowd in and then he leaves.  So in the context

1    of this larger thing of January 6th, I think it would be --

2    you could vary by saying you know what, I get it, maybe it

3    doesn't meet the legal definition of minimal, but I've got

4    common-sense; I can see that in the big scheme of everything

5    it was minimal.

6            But I'd also ask you to consider that he has no

7    prior record whatsoever.  This is the first time he's ever

8    been in court.  He accepted responsibility early without

9    equivocation.  You asked whether he was the first one.  I

10   think the first one to plead was somebody who was offering

11   substantial assistance against what the Government I think

12   has labeled as an extremist organization.  And they -- I

13   think that particular defendant who entered a plea -- and I

14   think that was way back in March, and I think he's trying to

15   offer cooperation or substantial assistance to the

16   Government.  Leaving aside that individual -- who I think is

17   kind of in a unique sentencing situation given his role and

18   violence and everything else, I think Paul does represent

19   the first person to plead.  But more importantly, he does

20   represent the first felony case to be sentenced.

21           You know, what an amazing weight has been cast

22   upon this humble, quiet, fine man.  I look over and I see

23   the media and the crowd, and it's like I'm blown away by the

24   fact that he's having to carry such a weight.  He becomes

25   the avatar for everything on both sides of the political

1    equation, and all these people are seeing it from both

2    sides.   And I talk about it in my sentencing memorandum,

3    some of the nastiness that's out there that he's receiving.

4    He's become this picture, and he never wanted that.   But it

5    takes an amazing amount of courage to do what he's doing.

6    I'm proud to represent him.   I'm blown away by what an

7    honorable man he is.

8         So I would hope that, your Honor, on that alone,

9    that you would consider a very large variance and consider

10   his words -- and I'll address that here in a minute.   But I

11   think it just takes a huge amount of courage.   Now, a lot of

12   credit goes to my colleague behind me, the Department of

13   Justice.   They've been very honorable throughout.   They had

14   to make decisions about who was going to go first and so on

15   and so forth.   But I think Ms. Sedky would agree, we were

16   jumping up and down to accept responsibility.   We've been

17   given that honor, that privilege.   But don't think for a

18   moment that that doesn't carry with it an incredible amount

19   of pressure and weight on his shoulders.

20        If this Court were to pass a merciful and just

21   sentence today, the other 500 defendants almost certainly

22   will look to resolve their cases sooner rather than later I

23   would hope.   But in order to find a just sentence, the Court

24   really only has two examples from which you might observe,

25   and I'm going to address both that you could address.   I

1    know you did that list, but as the Court noted, none of them

2    are really -- none of them meet this definition.  So we

3    really only have two situations that I have found that you

4    can look to and say, hey, what would be a just sentence.

5            So there's Anna Morgan Lloyd.  She got 36 months

6    probation.  She was in the rotunda, and she got a

7    misdemeanor.  Now, if you consider her conduct and Paul

8    Hodgkins' conduct, it's the same exact conduct.  I'm not

9    talking about findings.  The Department of Justice's

10   position in this case makes sense, I do not argue with it.

11   For findings purposes, it's -- you and I, we can go to the

12   rotunda if we do it the right way.  I don't -- you might,

13   but I don't believe I would ever be allowed to be on the

14   floor of the Senate, okay.

15           And so the difference between Paul and Anna Lloyd

16   is she's in the rotunda and he's a hundred feet to the

17   left -- I think it's to the left depending on which way

18   you're looking.  He's on the floor of the Senate.  So for

19   finding purposes it makes some sense, she gets the

20   misdemeanor and he gets the felony.  But in terms of

21   sentencing, if you look at what these two individuals did,

22   there is not any difference whatsoever between Anna Lloyd

23   and Paul Hodgkins.  They both follow the crowd in.  They

24   didn't commit any property damage.  They didn't engage in

25   any violence with the police.  She ended up with the crowd

1    in the rotunda.  He found himself on the floor of the

2    Senate.  You know, if he had stopped at the door there at

3    the floor of the Senate and never entered that door, it's

4    probably likely he'd have been facing a misdemeanor.

5         But consider the difference for a moment between

6    Anna Lloyd and Paul Hodgkins.  He gets a felony.  He's going

7    to lose his Second Amendment rights.  In Florida, he's not

8    going to have the right to vote.  He gets a $2,000 fine.

9    Ms. Lloyd gets a $500 fine.  They're literally a hundred

10   feet apart in the same building.  They're both in the

11   building about the same amount of time.  They both entered

12   the building long after Congress had recessed.  They're both

13   doing the same thing -- which for anybody that entered the

14   building that day, all 800 people, they all committed a

15   crime.  They all did everything that Ms. Sedky talked about.

16   They interfered with the process.  But for sentencing

17   purposes -- I need someone to help me understand for

18   sentencing purposes -- and I understand he's on the floor of

19   the Senate, I understand she's in the rotunda.  It's a

20   location at this point.

21            THE COURT:  Well, it's more than that.  The Court

22   isn't the one that brings the charges, and the Court isn't

23   the one that decides what to plead to.  And your client pled

24   to a felony, a serious felony, of obstructing the

25   certification of the vote.  Ms. Lloyd did not plead to a

1    felony.  That's what's in front of the Court.  I have in

2    front of me a case in which I have to decide what sentence

3    to impose for that felony.

4         **MR. LEDUC:**  And it was right, it was right.  The

5    Department of Justice is not wrong here.  For findings

6    purposes, for findings purposes, their position is an

7    honorable one.  He was on the floor of the Senate.  That's

8    more serious than Ms. Lloyd being on the rotunda.  And the

9    Department of Justice gets to make these decisions.  They

10   get to decide -- you know, Ms. Lloyd could have gotten the

11   same felony charge.  But the Government, their job is to do

12   justice, and to her they did.

13        I'm just suggesting, your Honor, for sentencing

14   purposes, I'd just like you to consider that Mr. Hodgkins is

15   going to take a much more serious penalty than Ms. Lloyd.  I

16   mean, he's a convicted felon.  When he goes to apply for an

17   apartment five years from now, they're going to do a

18   background check and he may not even get in.  Why?  Because

19   he's a convicted felon.  He's never going to have his Second

20   Amendment rights.  He probably won't get the right to vote

21   back.  He's going to lose a lot.

22        But more than that, too, he's going to carry

23   around this scarlet letter.  I mean, unlike most criminals

24   that you will see and you have seen since you've been on

25   this bench over the years, they don't get all this.  Paul

1    Hodgkins -- I mean, there is a penalty -- and I talk about
2    it in my sentencing memorandum, about the national tradition
3    of putting people in the stock and having kids throw
4    tomatoes at you.  There's going to be a large section of
5    American society that will never forgive this man -- and
6    I'll address that in a minute.  I speak about a lot of that
7    in my sentencing memorandum.  He's going to have to carry
8    that with him too, your Honor.  So again, it's something for
9    you to assess.

10                 There's one other example I can give you, your
11   Honor.  And I did a lot of thinking about it, and I just
12   kind of put a footnote about it.  But the more I started
13   thinking about it, I thought it made an interesting argument
14   to me.  The Article I branch of government not only
15   certifies the leader of the Article II branch, but as we
16   know, the same Senate also provides advice and consent for
17   the nine members of the United States Supreme Court in the
18   Article III branch.  And I looked at this, and when
19   Associate Justice Brett Kavanaugh was going through his
20   three days of hearings at the Judiciary Committee during a
21   live Senate hearing, that hearing was interrupted 227 times.
22   227 people were arrested.  That protest was organized.  It
23   had the same exact intent as what occurred on January 6th,
24   for whatever their reasons were.  And that was to disrupt
25   the Senate and obstruct an official proceeding.  And they

1     succeeded, 227 separate individuals, resulting in 227

2     arrests.  And those people got fines between $35 and $50 as

3     an infraction.  Now again, I get it; I can hear you, there's

4     a big difference here.  I get it.

5          Was what Paul did 10 times worse than any one of

6     those one individuals who were standing up for five minutes

7     and creating a disruption?  Was it a hundred times worse?

8     Was it 200 times worse?  I mean, that's a $7,000 fine and

9     not even a criminal conviction.  To quote someone you know,

10    Justice John Paul Stevens -- and I'm quoting, "After all, a

11    district judge who gives a harsh sentence to a Yankees fan

12    and a lenient sentence to a Red Sox fan would not be acting

13    reasonably, even if her procedural rulings were impeccable."

14         What I'm suggesting, your Honor, is that there's

15    going to be many opportunities for this district court to

16    send messages, but today's about Paul and about sentencing

17    him for what he did.  On this basis alone, doing nothing

18    more to Mr. Hodgkins is far worse punishment than anything

19    those 227 got or Ms. Lloyd got, because he's a convicted

20    felon.  And for the last six months, he's worn an ankle

21    monitor -- which he's presently got on.  And he's had

22    conditions on his -- where he can go and what he could do.

23    For about the first five months, as the Court's aware, he

24    was having to stay either at work or in the house.

25         How much more do we want to nail this man for his

1    15 minutes of bad judgment -- or 22 minutes of bad judgment?

2    Are we going to punish ourselves by making this fine

3    taxpayer and working class American unemployed and homeless

4    for 21 or 22 minutes?  That's what the United States is

5    asking.  But how does disabling Mr. Hodgkins do anything for

6    the citizens of Tampa, Florida where he lives?

7         Let me conclude, your Honor, where my sentencing

8    memorandum started.  We are a nation divided, and we are

9    divided because we've lost our way as a country.  We have

10   lost our way because we each fail to see ourselves for who

11   we truly are.  We live in a culture that seeks to cancel one

12   another over whatever one might perceive as a wrong or

13   injustice, all the while refusing to give one another the

14   grace we ourselves would want if the shoe were on the other

15   foot.  All of us will give an account one day for how we

16   live; judgment awaits all of us.

17        And Lincoln understood this.  We stand a mile away

18   from the Lincoln Memorial.  On the wall, there are 700 plus

19   words inscribed from his second inaugural address.  Given

20   some 40 odd days before his death, Lincoln tried to prepare

21   the nation for how he intended to bring about healing.

22   Nearly 700,000 people dead; untold wounded; large parts of

23   the south totally decimated; harsh feelings and hatred

24   abounded.  And yet Lincoln understood what grace looked

25   like.  He received such grace, and he knew that to achieve

1        healing grace had to be given.

2                I'm quoting from his speech:  "Neither party

3        expected for the war the magnitude or the duration which it

4        has already attained.  Neither anticipated that the cause of

5        the conflict might cease with or even before the conflict

6        itself should cease.  Each looked for an easier triumph, and

7        a result less fundamental and astounding. Both read the same

8        Bible and pray to the same God, and each invokes His aid

9        against the other.  It may seem strange that any men should

10       dare to ask a just God's assistance in wringing their bread

11       from the sweat of other men's faces, but let us judge not,

12       that we not be judged.  The prayers of both could not be

13       answered.  That of neither has been answered fully. The

14       Almighty has His own purposes."

15               And then he concludes, "Yet, if God wills that it

16       continue until all the wealth piled by the bondsman's 250

17       years of unrequited toil shall be sunk, and until every drop

18       of blood drawn with the lash shall be paid by another drawn

19       with the sword, as was said 3,000 years ago, so still it

20       must be said 'the judgments of the Lord are true and

21       righteous altogether.'"  And then he concludes by saying,

22       "With malice toward none, with charity for all, with

23       firmness in the right as God gives us to see the right."

24               The prerequisite, your Honor, for any person to

25       receive grace -- which is what my client is asking for, is

1    repentance.  It's coming in and saying, "I'm wrong," and

2    that's what he's done.  Paul Hodgkins has done that and far

3    more.  He's a courageous man.  He's kind, he's humble, he's

4    honorable, he's decent, he's well-spoken, he's caring, he's

5    thoughtful.  There's so much to admire in him.  Grace is not

6    something that is earned, it is freely given to those who

7    seek it.  Never mistake the man for the moment, your Honor,

8    it's easy to do.  If we miss the beauty of the man who gave

9    us the Ten Commandments but was guilty of murder, or David

10   who had an affair and tried to cover it up with murder, or

11   even Peter who denied Christ -- the list goes on and on,

12   don't mistake the man for the moment, your Honor.

13          The Government would have you send a message that

14   is harsh.  But there are several hundred folks who will be

15   standing here to be judged whose conduct well deserves such

16   punishment, and that message will go forth with that.  I am

17   confident, however, that this Court will give Mr. Hodgkins a

18   sentence that is charitable.  And in doing so, it will send

19   a different message to the nation, and a different one than

20   the Government intends.  At the end of the day, the

21   Government will be okay with it, because they've recognized

22   themselves that Paul deserves some order of leniency.  A

23   charitable sentence from this Court will send to Paul and

24   the larger audience a message that grace is something we all

25   need when we seek it by acknowledging our wrongdoing, and we

1    are set on a clear and certain path to do what is right

2    going forward.

3                 To that end, such a sentence can and will heal the

4    divide of this country.  In that respect, your Honor, the

5    defense humbly requests a sentence that has no confinement

6    whatsoever.

7                 **THE COURT:**  So I guess the question I have for you

8    is really whether the sentence that you're seeking of no

9    confinement at all really will heal the country or whether

10   it will encourage others out there to think that they can

11   engage in conduct like this in the future.  You know, you

12   quote Lincoln.  Lincoln also told us that we have to commit

13   ourselves to the government of the people, by the people and

14   for the people, and ensure that it does not perish from this

15   earth.  And if we allow people to storm the United States

16   Capitol when they don't like what the United States Senate

17   and the United States House of Representatives is doing,

18   what are we doing to preserve our democracy in this country?

19                 **MR. LEDUC:**  I think I have three answers.  The

20   first one that comes to my mind is there's men like myself

21   who have taken an oath and will carry out our oath to defend

22   and protect the Constitution of the United States.  That's

23   number one.  Number two, taking it from the general to the

24   specific -- and that's Paul, you're judging the man, not the

25   moment.  We all have bad judgment.  We all do things that

1    are wrong.  We've all made mistakes.  The question becomes

2    how do you punish him.  And you have ways and you have means

3    available to you to send a message.  I think the general

4    public and I think our friends in the media will tell the

5    story right; that this is a story about a man who followed

6    the crowd; found himself in a place he wishes he never was;

7    he wasn't violent; he didn't engage in misconduct; and he

8    admits fulsomely that he was wrong.  And he's going to be a

9    convicted felon, that's a message.  And you can give him a

10   sentence that gives him house arrest, a year of house

11   arrest.

12          You know, I do a lot of estate law, your Honor.  I

13   always tell my defendants don't do community control, you'll

14   be bouncing off the walls in two months, especially if you

15   live in a place like Florida because we have good weather

16   and you want to go outside.  But he can't.  He'll be allowed

17   to keep his job.  He'll be allowed to work.  But beyond

18   going to work and coming home -- and beyond that, you can

19   give him a period of supervised release -- I mean

20   supervision, your Honor, however you want to fashion that.

21          You said you can't because you're in zone D.  But

22   if you vary downward just a few levels, you get us into zone

23   B or into zone A.  And then you have everything before you,

24   the whole panoply of the means that you find appropriate,

25   whether that's probation or house arrest or otherwise.  I'm

1    asking you to vary down to zone A.  I kind of argued for the

2    minimal, and I suggested those four levels and I talked

3    about -- I threw in a little conversation about First Step

4    Act, which clearly does not apply.  But he would qualify if

5    it was applicable.  And generally you could get another two

6    there.  And I argue to you that zone A is appropriate.

7              Whether he's in zone A or zone B, your Honor --

8    which if you came down three levels he'd be in zone B, you

9    still have available house arrest.  And that's an

10   appropriate punishment actually.  If you really consider it,

11   it's appropriate.  It does all the things that 3553

12   suggests.  I understand the United States' position.  If I

13   were sitting where my colleague was sitting, I'd make the

14   same argument; I get it.  He's first and they've got to make

15   this argument.  But I guarantee you the Department of

16   Justice is not going to run around with their hair on fire

17   saying that Paul Hodgkins got house arrest, oh dear, because

18   they've treated Paul differently than all the other people

19   who are getting felonies to their credit.  Look, they're

20   trying to thread the needle.  I get it, they've got to make

21   an argument.  But there's a real wink and nod here going on,

22   because they have honorably looked at him and said hey, he

23   deserves some charity, some downward departure that they did

24   on their own.  And we're grateful for that.

25              I am simply arguing to you that -- and you've made

1    the point, "I'm sentencing him, and I'm going to sentence

2    that man for what that man did."  So what's appropriate to a

3    38-year-old man with no prior record, who's never done

4    anything wrong in his life, who has since his arrest been

5    totally cooperative.  When he has his weekends off, he's not

6    out partying, he's working at a food clinic for the poor.

7    This man lives in the poorest section of all of Tampa,

8    Sulphur Springs.  It's like Southeast -- or over by Fort

9    McNair before the Nationals built their stadium and D.C.

10    United.  I mean, back 20 years ago, that was probably one of

11    the poorest sections of Washington.

12            That's Sulphur Springs.  He has been working.

13    He's a high school educated man who works a working class

14    job 40 hours a week, from 1:00 in the afternoon until 1:00

15    in the morning Monday through Friday.  And then on his

16    weekends, he's giving food to people poorer than him, and

17    he's poor.  How about the self-imposed fine that comes with

18    having to get a lawyer.  I mean, he has been hit seven ways

19    to Sunday.

20            And then you've got all of these wonderful people

21    from the news media, and they're going to blast him out --

22    this humble and private man, what a nightmare for a guy as

23    quiet and as humble and as private as him to now have the

24    entire nation -- I think I made a reference to Nathaniel

25    Hawthorne and The Scarlet Letter.  He's going to carry a

1    scarlet letter the rest of his life.  He'll always be known

2    as the guy, his picture plastered on the Washington Post as

3    the guy in the Senate.  And that's why I put in my

4    sentencing memorandum two pictures.  There's a picture of

5    him on the floor of the Senate, and there's the picture of

6    the man you see here.  And when I saw that picture of him on

7    the floor of the Senate, I saw a lost soul, I saw a lost

8    man.  And then I get this selfie of him at Easter service,

9    and I see a man who's found.

10           I think that the best thing that ever happened to

11   Paul Hodgkins -- and I want this to come across the right

12   way.  I think the best thing to ever happen for Paul

13   Hodgkins' eternal future was January 6th.  I'm asking you,

14   do justice.  You can do that, and you can serve both sides,

15   the United States and him, by giving him a sentence that

16   allows him to stay gainfully employed, a productive member

17   of my community, a taxpayer.  But you can still sentence him

18   appropriately that sends the right message to him.  He

19   doesn't really need a message, this man's never going to do

20   anything again like this.  But there needs to be punishment,

21   I agree.

22           He's done the honorable thing, he came forward and

23   accepted responsibility.  We trust you.  You didn't get

24   there because you're average, your Honor, and so your

25   judgment's important.  I hope and I pray that you will

1    sentence him in zone B to some form of house arrest.

2    Subject to your questions, your Honor.

3            THE COURT:  Okay, thank you.  Anything further

4    that you wanted to offer?

5            MR. LEDUC:  I'm sorry, your Honor?

6            THE COURT:  Anything else you want to offer,

7    anyone else you want me to hear from?

8            MR. LEDUC:  Unless you have a question, your

9    Honor.  I've done a lot of sentencing memorandums, and

10   usually in your last paragraph you make a recommendation as

11   to things.  I left that alone, if you want to ask me about

12   that later.  I hope that doesn't come up, and I hope you do

13   sentence him to house arrest, and then I'll answer that

14   question.

15           THE COURT:  Okay, thank you.

16           MR. LEDUC:  Thank you, your Honor.

17           THE COURT:  Ms. Sedky.

18           MS. SEDKY:  Thank you, your Honor.  I'll be very

19   brief and address the questions the Court posed earlier

20   unless the Court has additional issues that it would like me

21   to address.  There were approximately 50 people who made

22   it -- out of I guess the 800 or so, who made it all the way

23   to the Senate chamber.  A subset of that went down to the

24   well and were standing near the dais and the platform.

25               And then in terms of the felony plea offers, there

1  were certainly discussions with other defendants who had

2  been charged with felonies.  But I don't have any more

3  details about how many or how far along those negotiations

4  were.  But he clearly was, as we mentioned earlier, the

5  first that we had an authorized plea offer, an accepted

6  offer for in the felony context.

7          **THE COURT:**  That's helpful, thank you.

8          Anything further from anybody else?  Give me just

9  five or 10 minutes, I'm going to step off the bench.  I want

10  to think about this a little bit, and then I will come back

11  and announce my sentence.

12          (Off the record at 11:48 a.m.)

13          (Back on the record at 12:01 p.m.)

14          **THE COURT:**  So I have assessed the particular

15  facts of this case in light of the relevant section 3553(a)

16  factors, including the sentencing guidelines.  I want to

17  provide some remarks for the record and for you,

18  Mr. Hodgkins, about my considerations regarding the nature

19  of the offense, your history and characteristics and what a

20  fair sentence is in your case.

21          I do want to stress at the outset that I am very

22  focused on sentencing you and not sentencing everyone else

23  who was present there that day.  That doesn't mean the

24  offense was not a serious offense, but my focus has to be

25  appropriately on you and what you did.  You've pled guilty

1   to one count of obstruction of an official proceeding in

2   violation of 18 U.S.C. section 1512(c)(2), and have admitted

3   that you unlawfully entered the Capitol on January 6th with

4   the intent to corruptly obstruct Congress in the performance

5   of its constitutional and statutory duty to certify the

6   electoral vote and to declare the person elected president

7   of the United States.

8          On that day, a large mob tore down barricades,

9   overwhelmed the Capitol Police, caused physical -- serious

10  physical injury to the police and the destruction of

11  property, and took over the U.S. Capitol impeding the

12  certification of the presidential election.

13         As to you, Mr. Hodgkins, you entered the Capitol

14  at about 12:50 p.m., and made it to the floor of the Senate

15  by 3:00 p.m.  While on the Senate floor, you carried a large

16  red flag with Trump 2020 in white letters.  You walked among

17  the desks on the Senate floor and took selfies.  You stood

18  beside the dais at the front of the Senate of the United

19  States, and at one point you raised your flag in salute.

20  You left the Senate chamber and the Capitol at about

21  3:15 p.m.

22         Although Mr. Hodgkins was only one member of a

23  larger mob, he actively and intentionally participated in an

24  event that threatened not only the security of the Capitol,

25  but democracy itself.  Because of the actions of

1    Mr. Hodgkins and others that day, the members of the United

2    States Congress were forced to flee their respective

3    chambers.  And I think it's worth pausing for a moment just

4    to think about that.  That is an extraordinary event under

5    any circumstances, that the members of the United States

6    Congress are forced to flee the building fearing for their

7    physical safety.

8              Our elected representatives from both political

9    parties came together that day to perform their

10   constitutional and statutory duty to declare, in the words

11   of the statute, the person elected president.  The mob's

12   objective was to stop that from happening.  And they

13   succeeded in delaying the solemn act of certifying who, in

14   the words of the 12th Amendment of the Constitution, shall

15   be the president.  They did not like what Congress was about

16   to do.  Mr. Hodgkins did not like what Congress was about to

17   do.  And they were prepared to break the law to prevent

18   Congress from performing its constitutional and statutory

19   duty.  That is chilling for many reasons.

20             To start, democracy requires the cooperation of

21   the governed.  When a mob is prepared to attack the Capitol

22   to prevent our elected officials from both parties from

23   performing their constitutional and statutory duty,

24   democracy is in trouble.  The damage that Mr. Hodgkins and

25   others caused that day goes way beyond the several-hour

1    delay in the certification.  It is a damage that will

2    persist in this country for decades.

3         The author, Margaret Bayard Smith, attended Thomas

4    Jefferson's inauguration.  That same day, after attending

5    Thomas Jefferson's inauguration, this is what she had to

6    say:  "I have this morning witnessed one of the most

7    interesting scenes, a free people can ever witness. The

8    changes of administration, which in every government and in

9    every age have most generally been epochs of confusion,

10   villainy and bloodshed, in this our happy country take place

11   without any species of distraction, or disorder."  Almost

12   200 years later, President Reagan made essentially the same

13   observation, noting that, "In the eyes of many in the world,

14   this every-four-year ceremony we accept as normal is nothing

15   less than a miracle."

16        The attack on the Capitol on January 6th to which

17   Mr. Hodgkins actively participated at the very least

18   tarnished that happy history.  It means that it will be

19   harder today than it was seven months ago for the United

20   States and our diplomats to convince other nations to pursue

21   democracy.  It means that it will be harder for all of us to

22   convince our children and our grandchildren that democracy

23   stands as the immutable foundation of this nation.  It means

24   that we are now all fearful about the next attack in a way

25   that we never were.  And it makes us question whether our

1    democracy is less secure than what we had previously

2    believed just seven months ago.  Those are all enormous

3    harms that were caused by the events that day.

4         In addition, I think Ms. Sedky accurately observes

5    that there are people who were present in that building who

6    were traumatized.  There were people who were killed that

7    day, but there were people who were traumatized that day by

8    the events.  And that's trauma that many of them will

9    probably carry for the rest of their lives by what happened

10   there that day.  That was not, by any stretch of the

11   imagination, a protest.  It was an assault on the Capitol,

12   and it was an assault on democracy.  It may be that the

13   attack on the Capitol was never going to succeed in

14   preventing the certification of the election, but it did

15   succeed in delaying the democratic process.  And it left a

16   stain that will remain on us and on this country for years

17   to come.

18        According to Mr. Hodgkins, he is less culpable

19   than many others who attacked the Capitol that day.  The

20   Court agrees to a point.  Significantly, Mr. Hodgkins did

21   not personally engage in any acts of violence or destruction

22   of property.  He did not threaten anyone nor is there any

23   reason to believe that he was a leader or an organizer of

24   the attack.  Of course, had Mr. Hodgkins engaged in that

25   type of conduct, as Ms. Sedky points out, his guidelines

1   range would have been far higher.  There's an eight-point

2   enhancement for violence or destruction of property.

3            The fact that Mr. Hodgkins was not one of the

4   first people to breach the Capitol also weighs comparatively

5   in his favor.  He didn't enter the Capitol until 50 minutes

6   after it was first breached, and about a half an hour after

7   members of the House and Senate, including the Vice

8   President of the United States, were forced to find safe

9   refuge from an angry mob.  But his presence, along with the

10  others, prevented the Congress from reconvening until

11  8:00 p.m.

12           There's no reason to believe that Mr. Hodgkins

13  knew at the time he decided to join in the assault that the

14  members had already fled.  The fact that Mr. Hodgkins did

15  not engage in any incendiary behavior on social media or

16  otherwise, such as writing threatening posts or planning the

17  attack, also weighs in his favor.  I'm less convinced that

18  Mr. -- by Mr. Hodgkins' contention that he merely lost his

19  bearings for one hour of one day; or perhaps as Mr. Leduc

20  suggested at times, for 15 or 20 minutes.

21           To the contrary, he got on a bus and came to

22  Washington from Florida.  He brought protective goggles and

23  a rope with him.  Fortunately he did not bring a weapon.

24  But the goggles that he brought shows that he came prepared

25  for a conflict.  I don't know whether he thought there was

1    going to be an assault on the Capitol or not, but he came

2    that day prepared to defend his position and to engage in

3    whatever needed to be done, even if it placed him at the

4    center of a conflict.  He then left the Stop the steal rally

5    and came to the Capitol.  As he did so, he had to have seen,

6    as Ms. Sedky I think correctly observes, the mayhem outside

7    and inside the Capitol.  He didn't end up there by accident

8    or curiosity.  It was obvious, as he approached the Capitol,

9    that he was participating in an ongoing attack.  He came to

10   impede the certification of the election, and he's admitted

11   that he did so.

12          To make matters worse, Mr. Hodgkins stood next to

13   the dais of the United States Senate in the well of the

14   Senate, and he raised a red flag with Trump 2020 in large

15   white letters.  The symbolism of that act is unmistakable.

16   He was staking a claim on the floor of the United States

17   Senate, not with the American flag, but with a flag

18   declaring his loyalty to a single individual over the

19   nation.  In that act, he captured the threat to democracy

20   that we all witnessed that day.

21          Mr. Hodgkins is 38 years old.  He knew better, but

22   he still came to Washington prepared for a conflict.  He

23   entered the Capitol in the midst of an attack, and he took

24   the Senate floor to impede the certification of the

25   election.  The defense asserts that the likelihood that

1    Mr. Hodgkins -- of Mr. Hodgkins ever re-offending is as

2    close to zero as one might come.  And Mr. Hodgkins has

3    nodded his head at me, and I heard him speak and I believe

4    that to be the case.  I believe that what happened was an

5    aberration in his life.  I appreciate Mr. Leduc's statement,

6    and I appreciate Mr. Hodgkins' statement to the Court.

7         But I also have to consider the need to promote

8    respect for the law; and more importantly, to deter others

9    from ever, ever again engaging in anything like what

10   happened on January 6th.  People have to know that

11   assaulting the United States Capitol and impeding the

12   democratic process, even if you don't come bearing arms,

13   will have severe consequences.

14        So my bottom line with respect to the first

15   sentencing factor, which is the nature of the offense, is

16   that Mr. Hodgkins actively and intentionally participated in

17   an attack on the Capitol, on democracy and on the peaceful

18   transition of power.  And all of that calls for significant

19   punishment.  But he did not engage in any violent threats or

20   actions; was not one of the first to breach the Capitol; did

21   not post threatening material online; and did not lead or

22   coordinate the attack.  I think as Mr. Hodgkins put it to

23   me -- or perhaps it was Mr. Leduc, I think it was Mr. Leduc,

24   this was an example of perhaps passion before principle.

25   But it was one that carried grave consequences for the

1    nation.

2            Turning to the characteristics of the offender,

3    this factor weighs decidedly in Mr. Hodgkins' favor.  He has

4    no criminal record of any kind.  He's employed.  He has

5    fully complied with the conditions of his release pending

6    sentencing.  And the Government acknowledges that he's made

7    significant steps towards rehabilitation.  Significantly,

8    Mr. Hodgkins took responsibility from the outset.  If he

9    wasn't the very first to plead guilty to a felony -- and he

10   may have been the very first, but in any event, he was one

11   of the very first to do so.  And I think that weighs in his

12   favor.  According to the defense, Mr. Hodgkins has

13   contributed over a hundred hours of unpaid community service

14   since January 1st.  And all of that together, in the Court's

15   view, weighs in Mr. Hodgkins' favor.

16           Turning to the types of sentences available and

17   the need to avoid unwarranted sentencing disparity, as I've

18   explained, Mr. Hodgkins' guidelines sentencing range is 15

19   to 21 months.  The probation office recommends that the

20   Court impose a sentence of 15 months, which is at the bottom

21   end of the range.  The Government asks the Court to sentence

22   Mr. Hodgkins at the midpoint of the guidelines range, and

23   thus seeks a sentence of 18 months.  The defense asks that

24   the Court vary downward to zone A and impose a non-custodial

25   sentence.

1          With respect to avoiding unwarranted sentencing

2     disparity, there is no existing benchmark for the Court to

3     apply.  That makes this a particularly challenging case for

4     sentencing.  This is the first felony sentencing for the

5     January 6th cases.  And as the Government correctly

6     observes, this case defies comparison to any garden variety

7     obstruction cases.

8          The data that the Court obtained from the

9     sentencing commission and then posted on the docket is thus

10    of only limited value.  But for what it's worth, that data

11    shows that there have been 31 cases since 2014 within the

12    same guidelines profile.  Twenty-three of those cases were

13    within the guidelines range.  Six and a half percent -- I'm

14    sorry, 23 percent of those cases were within the guidelines

15    range.  Six and a half percent were above guidelines, and

16    71 percent were below guidelines.  And of the 13 below

17    guidelines variances where there wasn't substantial

18    assistance to the Government, the average sentence was seven

19    months and the median was six months.

20         Before I impose sentence, does either side want to

21    say anything with respect to any conditions that the Court

22    ought to impose, Ms. Sedky?

23         **MS. SEDKY:**  No, your Honor.

24         **THE COURT:**  Mr. Leduc?

25         **MR. LEDUC:**  No, your Honor.

1          **THE COURT:**  Well, in imposing sentence, the Court

2     has concluded that a downward variance is warranted in this

3     case, but not a variance as substantial as the variance that

4     the defense seeks.  In my view, a downward variance is

5     appropriate because Mr. Hodgkins has no criminal record of

6     any type.  This is, as far as I can tell, his first brush

7     with the law in any way.  He also accepted responsibility

8     and pled guilty exceptionally early in the process.  He

9     didn't threaten or engage in any acts of violence; didn't

10    damage any property; did not encourage anyone else to engage

11    in acts of violence or destruction.  And in the words of the

12    Government, he has taken significant steps towards his

13    rehabilitation.

14         I also listened very carefully to Mr. Hodgkins'

15    statement to the Court, which I have to say I took to be

16    sincere, and I very much appreciated that statement.  And

17    Mr. Hodgkins describes his role that day, and does indicate

18    that there were at least times in which he attempted to

19    exert a calming influence for those who were engaged in the

20    mayhem.  And it bears emphasis that my job today is only to

21    fashion a fair and just sentence for Mr. Hodgkins.  Each

22    case is different, and each case requires the judge to weigh

23    a variety of factors.

24         As the January 6th cases go forward, some

25    defendants who are convicted will likely receive higher

1    sentences than the sentence I'm going to impose today, and

2    others who will likely receive lower sentences.  But each

3    case has to be decided on its own facts based on the

4    individual that is before the Court, both that person's

5    history, that person's life and what that person actually

6    did on the day in question.

7              So it is the judgment of the Court that you, Paul

8    Hodgkins, are hereby committed to the custody of the Bureau

9    of Prisons for a term of eight months on count one, which is

10   to run consecutively to any other term of imprisonment.  You

11   are further sentenced to a term of 24 months of supervised

12   release.  In addition, you are ordered to pay a special

13   assessment of $100 in accordance with 18 U.S.C. section

14   3013.  The special assessment is payable to the Clerk of the

15   United States District Court for the District of Columbia.

16             While on supervision, you shall abide by the

17   following mandatory conditions as well as the standard

18   conditions of supervision.  The mandatory conditions provide

19   that you must not commit another federal, state or local

20   crime.  You must not unlawfully possess a controlled

21   substance.  You must refrain from any lawful use of a

22   controlled substance.  You must submit to one drug test

23   within 15 days of placement on supervision, and at least two

24   periodic drug tests thereafter as determined by your

25   probation officer.  You must cooperate in the collection of

1   DNA as directed by the probation officer.  You are ordered

2   to make restitution in the amount of $2,000.  The Court has

3   determined that you do not have the ability to pay interest,

4   and therefore waives any interest or penalty that may accrue

5   on the balance.  The restitution payments shall be made to

6   the Clerk of the Court for the United States District Court

7   for the District of Columbia for disbursement to the

8   following victim:  The United States Treasury at 1500

9   Pennsylvania Avenue, Northwest, Washington, D.C. 20220.

10          You also shall comply with the following special

11   conditions:  You must pay the balance of any restitution

12   owed at a rate of no less than $100 each month.  You must

13   provide the probation officer access to any requested

14   financial information, and authorize the release of any

15   financial information.  The probation office may share

16   financial information with the United States Attorney's

17   Office.  You must not incur new credit charges or open

18   additional lines of credit without the approval of the

19   probation officer.  If the judgment imposes a financial

20   penalty, you must pay the financial penalty in accordance

21   with the schedule of payments sheet of the judgment.  You

22   must also notify the Court of any change in economic

23   circumstances that might affect your ability to pay the

24   financial penalty.  Having assessed the defendant's ability

25   to pay, payment of the total criminal monetary penalty is as

1    follows:  Payment is equal to installments of $100 over a

2    period of 20 months to commence after the date of this

3    judgment.

4            Within 45 days of release from incarceration, you

5    will appear before the Court for a reentry progress hearing.

6    The United States Probation Office in the district in which

7    you are supervised will submit a progress report to the

8    Court within 30 days of the commencement of supervision.

9    And upon receipt of the progress report, the Court will

10   determine if your appearance is required.  The Court finds

11   that you do not have the ability to pay a fine and therefore

12   waives the imposition of a fine in this case.  Your

13   financial obligation -- that is, the $100 special

14   assessment, is immediately payable to the Clerk of the Court

15   for the United States District Court at 333 Constitution

16   Avenue, Northwest, Washington, D.C. 20001.

17           Within 30 days of any change of address, you shall

18   notify the Clerk of the Court of the change until such time

19   as the financial obligation is paid in full.  The probation

20   office shall release the presentence investigation report to

21   all appropriate agencies, which include the United States

22   Probation Office in the approved district of residence, in

23   order to execute the sentence of the Court.  Treatment

24   agencies shall return the presentence report to the

25   probation office upon the defendant's completion or

1    termination from treatment.

2              Pursuant to 18 U.S.C. section 3742 and under the

3    terms of your plea agreement, you have the right to appeal

4    the sentence imposed by the Court if the period of

5    imprisonment is longer than the statutory maximum or the

6    sentence departs upward from the applicable sentencing

7    guidelines range.  If you choose to appeal, you must file an

8    appeal within 14 days after the Court enters judgment.  You

9    also have a right under 28 U.S.C. section 2255 to challenge

10   the conviction entered or sentence imposed if new and

11   currently unavailable information becomes available to you

12   or on a claim that you received ineffective assistance of

13   counsel in entering a plea of guilty to the offense of

14   conviction or in connection with sentencing.  If you're

15   unable to afford the cost of an appeal, you may request

16   permission from the Court to file an appeal without cost to

17   you.

18             Pursuant to the D.C. Circuit's opinion in the

19   United States vs. Hunter, I need to ask, starting with

20   Ms. Sedky, are there any objections to the sentence imposed

21   that have not already been note for the record?

22        **MS. SEDKY:**  No, your Honor.

23        **THE COURT:**  And Mr. Leduc?

24        **MR. LEDUC:**  No objection, your Honor.  You

25   probably do want to pose one question to me at your

1    convenience about where -- my recommendation as to where he

2    should do his --

3            THE COURT:  Well, we can get to that in a moment.

4    Ms. Sedky, is there anything else that the Government would

5    like to raise today?

6            MS. SEDKY:  Nothing from the Government.

7            THE COURT:  What is the Government's position with

8    respect to whether I should step Mr. Hodgkins back today or

9    whether we should permit self-surrender?

10           MS. SEDKY:  The Government will permit

11   self-surrender, we would recommend self-surrender.

12           THE COURT:  So I'm going to then order that he

13   self-surrender at the direction of the probation office.

14           Ms. Sedky, does the Government have a motion with

15   respect to the remaining counts?

16           MS. SEDKY:  Yes, your Honor.  The Government would

17   move to dismiss the four remaining misdemeanor counts, and

18   those are --

19           DEPUTY CLERK:  Can you come to the podium, please.

20           MS. SEDKY:  Sure.  The Government moves to dismiss

21   the remaining misdemeanor counts.  Count two is a violation

22   of 18 U.S.C. 1752(a)(1).  Count three is a violation of

23   1752(a)(2).  Count four is the violation of 40 U.S.C.

24   5104(e)(2)(D).  And count five of the indictment was the

25   violation of section 40 U.S.C. 5104(e)(2)(G), like George.

1          **THE COURT:**  Without objection, that motion is

2    granted.

3          And Mr. Leduc, was there anything you wanted to

4    raise with the Court?  If you can come to the podium.

5          **MR. LEDUC:**  Thank you, your Honor.  I apologize

6    for getting out in front of you, your Honor.  My

7    recommendation, your Honor, is Coleman.  Federal Correction

8    Institute Coleman is located just north of Tampa where my

9    client lives.  And we would ask that the Court would make

10   the recommendation that the time he would serve would be

11   there at Coleman since it's in the area.

12         **THE COURT:**  Any objection from the Government?

13         **MS. SEDKY:**  No, your Honor.

14         **THE COURT:**  So I will just include that

15   recommendation.  It obviously will be the Bureau of Prisons'

16   decision to do so.

17         Anything else from either party this morning?

18         **MS. SEDKY:**  Nothing from the Government.

19         **MR. LEDUC:**  Nothing more from the defense.

20         **THE COURT:**  And then Mr. Hodgkins will remain

21   subject to the same conditions of his release pending his

22   surrender.  And just as a parting word, let me just say

23   sentencing is always a very challenging task.  The Court

24   here had to consider both what I think are the extremely

25   damaging events that occurred that day, but also who

1    Mr. Hodgkins is as an individual.  As I think reflected by

2    the sentence I imposed, I tried to strike that balance.  I

3    think it's essential to send a message that this type of

4    conduct is utterly unacceptable, and that grave damage was

5    done to our country that day.

6         But at the same time, I do not believe that

7    Mr. Hodgkins, other than having made some very bad decisions

8    that day and done some really bad things that day that

9    caused real damage to this country, that he is a threat or

10   that he is inherently an evil person.  I am hopeful that

11   this is a bad episode in his life, and it is a very bad

12   episode in the history of this country.  Each case is going

13   to have to be judged on its own facts.  And as I said

14   earlier, some cases I'm confident the sentences will be far

15   higher and some will be far lower.  This case, this is what

16   I believe is a fair sentence as it applies to Mr. Hodgkins.

17         I wish you well, Mr. Hodgkins.  I'm sure that you

18   are not looking forward to going to prison, but I hope that

19   you can put that behind you after you serve your time and

20   live a productive life, a law abiding life, and one that

21   abides not just by the laws, but by the Constitution, the

22   principles of this country.

23         Well, thank you all.

24        (Proceedings adjourned at 12:27 p.m.)

25

1                              **C E R T I F I C A T E**

2

3                  I, **Jeff M. Hook, Official Court Reporter**,

4       certify that the foregoing is a true and correct transcript

5       of the record of proceedings in the above-entitled matter.

6

7

8

9       _____              _____
        **July 19, 2021**

10              **DATE**                          **Jeff M. Hook**

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

**$**

**$100 [6]** 12/6 12/23 78/13 79/12 80/1 80/13
**$2,000 [6]** 12/3 12/22 14/2 39/1 54/8 79/2
**$250,000 [2]** 11/18 44/25
**$35 [1]** 57/2
**$4,000 [1]** 11/23
**$40,000 [1]** 11/23
**$50 [1]** 57/2
**$500 [1]** 54/9
**$550,000,000 [1]** 46/11
**$7,000 [1]** 57/8
**$7,500 [2]** 11/20 12/1
**$75,000 [2]** 11/20 12/1

**'**

**'the [1]** 59/20

**0**

**0188 [1]** 1/4

**1**

**1,500 [1]** 46/12
**10 [3]** 49/3 57/5 67/9
**100 [1]** 37/15
**100 percent [1]** 38/24
**10:13 [1]** 1/6
**111 [1]** 45/17
**11:48 a.m [1]** 67/12
**12 [2]** 41/19 45/19
**12-level [1]** 28/8
**12:01 p.m [1]** 67/13
**12:27 p.m [1]** 84/24
**12:50 p.m [1]** 68/14
**12th [3]** 4/9 5/18 69/14
**13 [2]** 43/14 76/16
**14 [7]** 6/9 6/10 6/23 10/23 47/23 48/2 81/8
**1400 [1]** 1/15
**15 [11]** 10/24 12/20 29/9 49/18 50/2 50/4 58/1 72/20 75/18 75/20 78/23
**15-minute [1]** 19/15
**1500 [1]** 79/8
**1512 [4]** 2/15 6/3 6/9 68/2
**1566 [1]** 43/23
**15th [1]** 45/18
**168 [1]** 45/11
**16th [1]** 37/9
**1752 [2]** 82/22 82/23
**18 [14]** 2/14 4/4 6/2 6/9 11/6 11/11 13/2 13/23 43/24 68/2 75/23 78/13 81/2 82/22

**18-month [5]** 23/1 23/14 25/24 29/22 30/10
**188 [1]** 2/2
**19 [2]** 1/5 38/12
**1954 [1]** 44/13
**1971 [2]** 44/17 44/19
**1983 [1]** 44/22
**1988 [1]** 43/1
**1993 [1]** 45/3
**1995 [1]** 45/10
**1996 [1]** 45/14
**1:00 [2]** 64/14 64/14
**1:21-cr-0188 [1]** 1/4
**1st [3]** 44/13 44/17 75/14

**2**

**20 [6]** 6/3 42/25 49/12 64/10 72/20 80/2
**200 [2]** 57/8 70/12
**20001 [2]** 1/25 80/16
**2001 [1]** 43/22
**2004 [1]** 43/23
**2012 [1]** 4/9
**2013 [1]** 45/18
**2014 [1]** 76/11
**2015 [1]** 9/5
**2020 [2]** 68/16 73/14
**2021 [4]** 1/5 5/18 12/5 34/14
**20220 [1]** 79/9
**204 [1]** 1/18
**20530 [1]** 1/15
**21 [5]** 10/24 29/9 50/3 58/4 75/19
**21-188 [1]** 2/2
**210 yards [1]** 45/19
**22 [3]** 50/3 58/1 58/4
**2255 [1]** 81/9
**227 [5]** 56/21 56/22 57/1 57/1 57/19
**23 percent [1]** 76/14
**24 [1]** 78/11
**250 [1]** 59/16
**28 [1]** 81/9
**2:00 [1]** 16/9
**2:50 p.m [1]** 21/13
**2:52 [1]** 50/1
**2:55 [1]** 49/13
**2D1.1B18 [2]** 7/7 7/8
**2J1.2 [2]** 6/7 15/10

**3**

**3,000 [1]** 59/19
**30 [5]** 18/23 21/11 50/4 80/8 80/17
**300,000 [1]** 44/19
**3013 [1]** 78/14
**31 [1]** 76/11
**33 [2]** 42/21 47/13

**333 [2]** 1/24 80/15
**33647 [1]** 1/18
**3553 [14]** 4/4 8/7 13/2 13/20 14/3 23/2 23/13 25/14 25/21 30/7 31/25 48/18 63/11 67/15
**3561 [1]** 11/11
**3571 [1]** 11/19
**3583 [1]** 11/7
**36 [1]** 53/5
**3661 [1]** 31/14
**3742 [1]** 81/2
**38 [1]** 73/21
**38-year-old [1]** 64/3
**3:00 [1]** 17/4
**3:00 p.m [1]** 68/15
**3:14 [1]** 50/2
**3:15 [2]** 21/13 50/2
**3:15 p.m [1]** 68/21
**3A1.4 [6]** 27/12 28/1 28/4 28/24 29/2 29/3
**3B1.2 [3]** 7/6 7/15 8/20
**3D1.2A2 [1]** 11/9
**3E1.1A [1]** 6/18
**3E1.1B [1]** 6/21

**4**

**40 [6]** 16/24 19/3 58/20 64/14 82/23 82/25
**45 [1]** 80/4
**45 pounds [1]** 42/21
**4700-C [1]** 1/24
**4809 [1]** 1/18

**5**

**50 [2]** 66/21 72/5
**500 [2]** 43/20 52/21
**5104 [2]** 82/24 82/25
**5B1.1 [1]** 11/14

**6**

**604 [1]** 46/11
**606-kilogram [1]** 45/5
**6th [22]** 12/5 15/23 23/24 30/3 31/13 32/3 34/13 35/1 36/23 38/16 39/25 43/9 43/13 46/20 51/1 56/23 65/13 68/3 70/16 74/10 76/5 77/24

**7**

**70 percent [2]** 47/25 48/2
**700 [1]** 58/18
**700,000 [1]** 58/22
**71 percent [1]** 76/16
**71.1 percent [1]** 48/9
**7113 [1]** 1/15

**8**

**800 [2]** 54/14 66/22
**8:00 a.m [1]** 17/4
**8:00 p.m [1]** 72/11

**A**

**a.m [3]** 1/6 17/4 67/12
**aberration [1]** 74/5
**abide [1]** 78/16
**abided [1]** 38/23
**abides [1]** 84/21
**abiding [2]** 40/3 84/20
**ability [7]** 39/19 40/2 44/10 79/3 79/23 79/24 80/11
**able [5]** 22/10 32/1 33/20 34/5 40/1
**abounded [1]** 58/24
**above [2]** 76/15 85/5
**above-entitled [1]** 85/5
**absence [1]** 39/11
**Absolutely [1]** 5/1
**accept [4]** 5/14 35/16 52/16 70/14
**acceptance [5]** 6/16 23/11 23/12 25/23 26/1
**accepted [7]** 24/18 26/9 41/7 51/8 65/23 67/5 77/7
**access [1]** 79/13
**accessed [1]** 36/3
**accident [1]** 73/7
**accomplish [3]** 26/25 30/11 50/18
**accomplishes [1]** 25/14
**accordance [2]** 78/13 79/20
**According [2]** 71/18 75/12
**account [2]** 18/11 58/15
**accountability [2]** 38/17 39/24
**accountable [2]** 29/24 30/2
**accrue [1]** 79/4
**accurately [1]** 71/4
**achieve [2]** 14/8 58/25
**acknowledge [2]** 14/14 35/16
**acknowledges [2]** 14/18 75/6
**acknowledging [1]** 60/25
**across [5]** 30/21 34/7 36/7 45/24 65/11
**act [11]** 16/5 23/24 24/2 43/10 43/22 46/8 47/6 63/4 69/13 73/15 73/19
**acted [2]** 9/21

**A**

acted... [1]  44/16
acting [1]  57/12
action [4]  1/3 2/2
19/11 32/18
actions [10]  8/8
34/13 34/18 39/24
45/2 45/24 46/24
48/20 68/25 74/20
actively [3]  68/23
70/17 74/16
activities [1]  9/18
activity [3]  8/25
9/1 10/2
acts [5]  34/21
44/12 71/21 77/9
77/11
actual [2]  17/18
44/12
actually [9]  4/5
26/13 27/1 29/1
33/17 42/18 46/2
63/10 78/5
add [2]  3/3 12/7
addition [7]  13/11
17/17 35/15 40/17
41/21 71/4 78/12
additional [3]  6/21
66/20 79/18
Additionally [1]
38/4
address [12]  13/19
13/20 41/15 42/19
52/10 52/25 52/25
56/6 58/19 66/19
66/21 80/17
addresses [1]  47/18
adequate [1]  13/9
adjective [1]  14/23
adjourned [1]  84/24
adjustment [11]
7/18 7/19 7/21 8/14
8/18 8/20 9/12 9/25
9/25 10/15 29/3
administration [2]
6/12 70/8
admire [2]  41/1
60/5
admits [1]  62/8
admitted [4]  9/20
20/12 68/2 73/10
admittedly [1]  22/5
adopt [1]  7/6
advantage [1]  37/17
advice [1]  56/16
advisory [2]  5/20
11/17
advocate [1]  41/2
affair [1]  60/10
affect [3]  27/16
28/11 79/23
affidavits [1]  2/19
afford [2]  13/8
81/15
affords [1]  40/2
afternoon [2]  16/9
64/14
again [15]  4/17 7/5
8/13 15/21 22/1

27/25 30/6 30/6
30/6 37/8 43/18
56/8 57/3 65/20
74/9
against [5]  43/7
44/11 44/21 51/11
59/9
age [1]  70/9
agencies [2]  80/21
80/24
agent [1]  21/10
agents [1]  23/6
aggravating [1]
3/23
ago [4]  59/19 64/10
70/19 71/2
agree [7]  14/24
16/17 46/22 48/20
50/5 52/15 65/21
agreed [8]  5/22 6/6
6/11 12/3 26/5 32/9
38/23 38/24
agreement [12]  2/16
3/13 3/15 5/22 6/6
11/22 11/24 12/2
12/11 14/2 16/8
81/3
agrees [1]  71/20
ahead [1]  30/6
aid [3]  21/22 36/3
59/8
airplanes [1]  44/3
alcohol [1]  37/12
ALLARD [2]  1/6 2/3
allow [1]  61/15
allowed [4]  37/4
53/13 62/16 62/17
allows [2]  48/18
65/16
almighty [2]  40/6
59/14
almost [4]  19/25
27/8 52/21 70/11
alone [5]  18/17
21/25 52/8 57/17
66/11
along [5]  4/6 5/16
39/19 67/3 72/9
although [9]  9/9
14/24 15/7 17/24
27/20 28/15 29/18
34/20 68/22
altogether.' [1]
59/21
always [4]  40/20
62/13 65/1 83/23
amazing [3]  33/17
51/21 52/5
amended [3]  7/12
8/1 9/4
Amendment [6]  46/16
46/21 47/8 54/7
55/20 69/14
AMERICA [3]  1/3 2/3
37/16
American [3]  56/5
58/3 73/17
Americans [1]  44/14
among [5]  9/14
13/16 16/11 26/7

68/16
amount [7]  15/3
38/25 52/5 52/11
52/18 54/11 79/2
analogy [1]  8/15
analysis [1]  47/21
ancillary [1]  40/16
angry [2]  47/7 72/9
Animal [1]  37/16
ankle [1]  57/20
Anna [4]  53/5 53/15
53/22 54/6
announce [1]  67/11
answered [2]  59/13
59/13
anticipated [1]
59/4
Antifa [1]  46/13
anxious [1]  3/11
apart [2]  45/19
54/10
apartment [1]  55/17
apologize [2]  4/17
83/5
apology [1]  47/10
apostrophes [1]
33/19
appeal [5]  81/3
81/7 81/8 81/15
81/16
appear [2]  50/13
80/5
appearance [1]
80/10
APPEARANCES [1]
1/13
appearing [3]  2/4
2/4 2/5
appears [1]  47/25
applicable [5]
10/19 11/15 39/6
63/5 81/6
application [8]
10/3 28/1 28/7
28/17 28/18 28/20
28/21 29/4
applies [6]  9/15
10/1 27/13 28/16
28/17 84/16
apply [21]  3/14
3/21 3/21 5/21 7/17
8/20 10/16 11/6
24/7 24/8 25/2 25/7
25/11 28/9 28/24
29/3 29/5 32/8
55/16 63/4 76/3
appreciate [3]  41/4
74/5 74/6
appreciated [1]
77/16
apprenticeship [1]
39/15
approached [3]  23/7
35/5 73/8
appropriate [14]
7/21 8/19 9/12
10/18 32/2 33/14
39/2 62/24 63/6
63/10 63/11 64/2
77/5 80/21

appropriately [2]
65/18 67/25
approval [1]  79/18
approved [1]  80/22
approximately [5]
16/9 17/1 21/5
21/13 66/21
April [2]  4/9 45/18
April 12th [1]  4/9
April 15th [1]
45/18
Architect [1]  18/17
area [1]  83/11
areas [1]  36/19
arguably [2]  7/17
26/2
argue [4]  48/18
48/23 53/10 63/6
argued [1]  63/1
argues [2]  7/5 24/5
arguing [2]  8/15
63/25
argument [8]  33/21
46/19 48/15 48/16
56/13 63/14 63/15
63/21
arguments [3]  9/9
10/16 30/13
armed [2]  19/21
45/1
armor [1]  42/21
arms [1]  74/12
Army [2]  42/22
45/16
around [15]  15/17
15/20 17/20 20/2
20/10 20/18 21/15
21/23 21/25 24/3
31/20 36/14 50/2
55/23 63/16
arrest [9]  37/9
62/10 62/11 62/25
63/9 63/17 64/4
66/1 66/13
arrested [2]  43/20
56/22
arrests [2]  46/11
57/2
Article [3]  56/14
56/15 56/18
artifacts [2]  18/15
18/18
artwork [2]  18/16
18/18
aside [1]  51/16
aspects [1]  14/5
assault [5]  34/21
71/11 71/12 72/13
73/1
assaulting [1]
74/11
assemble [1]  20/3
asserting [1]  24/1
asserts [1]  73/25
assess [1]  56/9
assessed [2]  67/14
79/24
assessment [5]  12/6
12/22 78/13 78/14
80/14

**A**

assistance [9]   5/5
23/10 23/13 37/18
51/11 51/15 59/10
76/18 81/12
Associate [1]   56/19
associated [1]
29/21
assume [1]   17/11
assuming [1]   30/21
assumption [1]
36/22
astounding [1]   59/7
attack [17]   10/7
15/23 30/3 31/13
32/3 45/2 45/5
69/21 70/16 70/24
71/13 71/24 72/17
73/9 73/23 74/17
74/22
attacked [2]   16/12
71/19
attackers [2]   18/12
44/15
attained [1]   59/4
attempted [2]   36/4
77/18
attempting [1]   44/2
attend [1]   34/25
attended [3]   38/11
38/12 70/3
attending [2]   38/5
70/4
attention [3]   15/19
27/22 27/23
attorney [1]   26/21
Attorney's [1]
79/16
attorneys [1]   40/22
audience [3]   21/10
26/14 60/24
author [1]   70/3
authorize [1]   79/14
authorized [2]   26/8
67/5
available [5]   13/18
62/3 63/9 75/16
81/11
avatar [1]   51/25
Ave [1]   1/15
Avenue [7]   1/24
35/3 35/6 37/4
50/22 79/9 80/16
average [2]   65/24
76/18
avoid [2]   13/15
75/17
avoiding [1]   76/1
awaits [1]   58/16
aware [2]   45/7
57/23
away [11]   18/25
20/19 20/25 38/6
39/10 40/15 40/15
42/16 51/23 52/6
58/17

**B**

back [18]   4/16 7/4

19/19 20/6 22/1
26/17 27/5 30/5
30/14 32/25 37/24
42/25 51/14 55/21
64/10 67/10 67/13
82/8
background [2]
15/25 55/18
backpack [4]   15/2
19/8 19/22 36/4
bad [7]   58/1 58/1
61/25 84/7 84/8
84/11 84/11
balance [1]   79/5
79/11 84/2
balancing [2]   25/23
25/25
Bank [1]   37/16
Bankruptcy [1]   1/23
barricaded [1]   18/6
barricades [2]   20/7
68/8
base [2]   6/7 6/10
based [11]   3/22
8/21 12/23 14/16
21/12 32/7 36/17
42/8 45/24 48/9
78/3
basically [2]   18/13
23/20
basis [2]   12/14
57/17
Bayard [1]   70/3
bear [2]   9/10 18/9
bearing [1]   74/12
bearings [1]   72/19
bears [1]   77/20
beauty [2]   48/17
60/8
became [1]   43/16
become [2]   38/7
52/4
becomes [3]   51/24
62/1 81/11
becoming [1]   40/4
beforehand [1]
16/24
began [1]   38/5
beginning [1]   19/19
behalf [1]   34/11
behavior [6]   10/13
32/12 32/13 34/18
36/14 72/15
behavioral [1]
37/20
behind [4]   42/1
44/21 52/12 84/19
belief [1]   36/20
belongings [1]
39/21
below [2]   76/16
76/16
bench [2]   55/25
67/9
benchmark [1]   76/2
benchmarks [1]   24/6
benefit [3]   15/11
25/22 26/23
benefitted [1]   22/8
berth [1]   31/15

beside [1]   68/18
best [4]   24/8 49/21
65/10 65/12
better [5]   16/5
19/21 21/10 38/2
73/21
beyond [3]   62/17
62/18 69/25
Bible [1]   59/8
Biden [1]   35/16
big [5]   15/1 28/8
49/8 51/4 57/4
bigger [3]   31/5
31/7 48/18
binding [1]   11/17
bit [5]   3/11 24/14
24/25 25/1 67/10
blah [3]   28/12
28/12 28/12
blame [1]   35/14
blast [1]   64/21
bleeding [1]   36/2
blood [4]   37/13
37/14 37/14 59/18
bloodshed [1]   70/10
blown [2]   51/23
52/6
bluntly [1]   14/6
Blvd [1]   1/18
boat [2]   49/4 49/4
49/5 49/7
boats [1]   44/3
body [1]   42/21
bomb [4]   44/17
44/22 45/5 45/6
bombed [1]   46/1
bombing [6]   44/21
45/3 45/10 45/14
45/14 45/18
bombs [1]   45/18
bondsman's [1]
59/16
Boston [1]   45/17
both [18]   5/13 22/9
25/17 39/18 51/25
52/1 52/25 53/23
54/10 54/11 54/12
59/7 59/12 65/14
69/8 69/22 78/4
83/24
bottom [4]   3/12
12/20 74/14 75/20
bouncing [1]   62/14
branch [3]   56/14
56/15 56/18
breach [2]   72/4
74/20
breached [1]   72/6
bread [1]   59/10
break [1]   69/17
breaking [1]   37/23
Brett [1]   56/19
brief [2]   15/21
66/19
bring [4]   34/2 45/6
58/21 72/23
brings [2]   36/23
54/22
broad [1]   30/22
broadly [1]   28/17

brought [4]   35/9
35/9 72/22 72/24
brush [1]   77/6
building [23]   17/14
18/5 18/22 18/23
19/16 20/16 20/20
21/25 35/4 35/7
35/19 36/13 36/17
37/1 38/16 44/18
49/4 54/10 54/11
54/12 54/14 69/6
71/5
buildings [2]   36/19
46/14
built [1]   64/9
bullet [1]   21/21
bullhorn [1]   19/2
Bureau [2]   78/8
83/15
buried [1]   45/24
burn [1]   46/14
bus [3]   19/24 50/20
72/21
Busch [1]   1/18
buses [1]   44/3

**C**

calculated [2]
27/16 28/10
calculation [1]
11/25
called [2]   28/5
37/18
calling [2]   44/20
44/25
calls [1]   74/18
calmer [1]   34/23
calming [1]   77/19
came [13]   19/6
19/24 35/1 50/20
63/8 65/22 69/9
72/21 72/24 73/1
73/5 73/9 73/22
can [34]   2/23 4/16
5/3 5/13 7/22 8/12
14/11 18/19 21/7
26/14 27/25 34/1
34/11 40/13 46/19
51/4 53/4 53/11
56/10 57/3 57/22
61/3 61/10 62/9
62/18 65/14 65/14
65/17 70/7 77/6
82/3 82/19 83/4
84/19
cancel [1]   58/11
candid [1]   26/20
Capitol [45]   10/7
12/5 17/9 17/13
17/14 18/17 18/22
19/15 20/16 35/4
35/19 36/13 36/16
36/25 38/1 38/16
44/18 44/23 46/20
47/1 49/15 49/17
50/24 61/16 68/3
68/9 68/11 68/13
68/20 68/24 69/21
70/16 71/11 71/13
71/19 72/4 72/5

**C**

Capitol... [8]   73/1
73/5 73/7 73/8
73/23 74/11 74/17
74/20
captain [1]   43/4
captured [1]   73/19
care [1]   27/11
careful [2]   32/6
46/17
carefully [1]   77/14
caring [1]   60/4
carried [3]   36/18
68/15 74/25
carry [9]   34/24
44/10 51/24 52/18
55/22 56/7 61/21
64/25 71/9
carrying [1]   17/22
carve [1]   28/15
case [35]   3/15 3/21
5/6 5/21 9/7 9/16
9/19 14/15 14/16
14/17 21/9 29/17
30/14 30/15 31/5
40/18 41/3 42/17
48/5 49/13 51/20
53/10 55/2 67/15
67/20 74/4 76/3
76/6 77/3 77/22
77/22 78/3 80/12
84/12 84/15
cases [19]   9/2
16/12 24/22 27/9
28/9 28/13 30/17
30/21 32/14 49/2
49/4 52/22 76/5
76/7 76/11 76/12
76/14 77/24 84/14
cast [1]   51/21
catch [1]   22/15
category [8]   10/20
10/22 10/23 23/4
23/5 47/23 48/2
48/8
cats [1]   39/22
caught [2]   30/1
35/7
cause [3]   16/18
42/5 59/4
caused [10]   12/5
16/16 16/22 34/15
44/19 44/24 68/9
69/25 71/3 84/9
causes [1]   37/25
CCTV [2]   21/8 21/13
cease [2]   59/5 59/6
centennial [1]
45/13
center [5]   21/24
35/23 45/3 45/13
73/4
ceremony [1]   70/14
certain [1]   61/1
certainly [7]   16/19
26/24 27/23 32/1
42/3 52/21 67/1
certification [7]
39/17 54/25 68/12

70/1 71/14 73/10
73/24
certifies [1]   56/15
certify [4]   9/23
20/23 68/5 85/4
certifying [2]   47/6
69/13
challenge [1]   81/9
challenging [2]
76/3 83/23
chamber [11]   16/25
18/24 19/5 19/8
20/24 35/11 35/22
36/6 36/9 66/23
68/20
chambers [3]   17/10
47/5 69/3
chance [2]   26/16
32/25
change [3]   79/22
80/17 80/18
changes [2]   37/10
70/8
chaos [1]   36/14
characteristics [5]
13/13 23/3 31/17
67/19 75/2
charge [2]   38/25
55/11
charged [2]   43/21
67/2
charges [3]   37/2
54/22 79/17
charitable [2]
60/18 60/23
charity [2]   59/22
63/23
check [1]   55/18
cheering [1]   19/2
chemical [2]   17/23
18/1
Chief [1]   2/9
children [1]   70/22
chilling [1]   69/19
choice [2]   36/16
37/12
choose [1]   81/7
chose [1]   15/22
Christ [1]   60/11
church [4]   38/5
38/7 38/10 38/12
Circuit [1]   22/19
Circuit's [1]   81/18
circumscribed [1]
28/5
circumstances [13]
12/24 13/12 14/4
15/15 15/25 22/24
25/6 29/7 29/8
31/22 31/24 69/5
79/23
citation [1]   27/25
citizen [1]   40/4
citizens [1]   58/6
City [1]   45/10
civil [2]   38/22
claim [2]   73/16
81/12
claimed [2]   44/20
45/1

clarification [1]
17/7
clarifications [1]
10/25
clarified [1]   7/13
clarifying [1]
28/19
class [4]   11/13
40/3 58/3 64/13
clear [8]   8/2 9/5
28/2 28/14 29/5
29/25 31/8 61/1
clearly [3]   28/6
63/4 67/4
Clerk [4]   78/14
79/6 80/14 80/18
client [4]   49/24
54/23 59/25 83/9
clinic [2]   38/11
64/6
close [1]   74/2
closely [1]   40/18
closer [1]   9/23
closing [1]   39/23
clothing [1]   38/10
co [1]   9/7
co-conspirators [1]
9/7
cocaine [1]   49/5
code [2]   43/24
43/25
coercion [2]   27/14
28/12
Coleman [3]   83/7
83/8 83/11
colleague [2]   52/12
63/13
collection [1]
78/25
collective [2]   42/3
42/6
collectively [1]
41/25
colloquial [1]   50/3
colonel [3]   43/2
43/4 43/5
COLUMBIA [3]   1/1
78/15 79/7
combat [2]   17/21
18/8
coming [2]   60/1
62/18
Commandments [1]
60/9
commence [1]   80/2
commencement [1]
80/8
comment [1]   41/10
commentary [1]   43/9
comments [1]   40/24
commission [3]   9/4
27/22 76/9
commit [3]   53/24
61/12 78/19
committed [6]   36/12
44/4 45/14 48/7
54/14 78/8
Committee [1]   56/20
common [2]   11/14
51/4

common-sense [1]
51/4
communicate [1]
50/13
communion [1]   38/9
community [7]   31/20
37/24 38/2 38/9
62/13 65/17 75/13
company [2]   34/22
39/18
company's [1]   39/12
comparatively [1]
72/4
comparison [1]   76/6
completely [1]
35/15
completing [1]   39/6
completion [2]
39/16 80/25
complied [1]   75/5
comply [2]   13/4
79/10
concede [2]   23/25
conceded [1]   23/3
concerned [2]   31/3
32/11
conclude [1]   58/7
concluded [1]   77/2
concludes [4]   8/19
10/15 59/15 59/21
conclusion [1]   3/5
concur [1]   7/9
conditions [9]
38/23 57/22 75/5
76/21 78/17 78/18
78/18 79/11 83/21
conduct [29]   9/14
13/9 13/17 14/5
14/21 15/12 16/23
18/11 19/14 20/5
27/13 27/15 27/16
27/24 28/11 29/15
29/16 29/21 29/24
30/18 31/9 31/17
53/7 53/8 53/8
60/15 61/11 71/25
84/4
confession [1]   23/6
confidence [1]   31/6
confident [2]   60/17
84/14
confinement [5]
39/2 39/4 39/7 61/5
61/9
conflict [8]   19/9
19/21 25/1 59/5
59/5 72/25 73/4
73/22
confrontation [1]
19/6
confusion [1]   70/9
congregational [1]
38/5
Congress [17]   4/3
5/24 9/22 13/2 17/2
47/2 47/3 47/5 47/5
54/12 68/4 69/2
69/6 69/15 69/16
69/18 72/10
congressional [1]

**C**

congressional... [1]
20/1
congressmen [1]
44/15
connection [1]
81/14
conscience [1]  38/1
consecutively [1]
78/10
consent [2]  56/16
consequence [1]
34/14
consequences [4]
4/6 36/21 74/13
74/25
consider [23]  2/22
8/4 8/5 8/18 9/6
9/11 10/4 10/16
13/1 13/12 31/15
46/6 46/24 48/11
51/6 52/9 52/9 53/7
54/5 55/14 63/10
74/7 83/24
consideration [1]
6/22
considerations [1]
67/18
considered [2]  10/6
40/25
considering [2]
3/22 29/15
consistently [1]
38/13
conspirators [1]
9/7
conspiring [1]  44/2
Constitution [6]
1/24 43/6 61/22
69/14 80/15 84/21
constitutional [5]
9/22 68/5 69/10
69/18 69/23
consume [1]  37/12
contemplating [2]
16/4 30/3
contention [1]
72/18
context [15]  9/11
10/17 15/16 15/24
16/1 24/3 24/14
27/6 27/9 28/3
29/18 31/19 48/24
50/25 67/6
continue [4]  22/10
22/11 40/2 59/16
contours [1]  15/12
contrary [1]  72/21
contribute [2]
34/19 36/13
contributed [1]
75/13
contributing [2]
17/14 38/10
control [2]  17/13
62/13
controlled [2]
78/20 78/22
convenience [1]

82/1
conversation [3]
7/25 26/21 63/3
convicted [6]  30/17
55/16 55/19 57/19
62/9 77/25
conviction [5]
38/20 38/21 57/9
81/10 81/14
convictions [2]
10/21 30/22
convince [2]  70/20
70/22
convinced [1]  72/17
cooperate [1]  78/25
cooperation [2]
51/15 69/20
cooperative [1]
64/5
coordinate [1]
74/22
core [3]  20/22
22/21 23/17
Correction [1]  83/7
correctly [4]  14/18
17/25 73/6 76/5
corrupt [1]  19/12
corruptly [2]  9/21
68/4
cost [4]  38/21 39/5
81/15 81/16
Council [1]  43/23
counsel [2]  4/1
81/13
count [9]  2/13
16/14 17/3 68/1
78/9 82/21 82/22
82/23 82/24
country [14]  34/16
40/22 43/11 58/9
61/4 61/9 61/18
70/2 70/10 71/16
84/5 84/9 84/12
84/22
country's [1]  37/12
counts [3]  82/15
82/17 82/21
couple [2]  24/12
42/23
courage [2]  52/5
52/11
courageous [1]  60/3
course [2]  11/17
71/24
court [97]
Court's [5]  2/9
15/18 27/22 57/23
75/14
courthouse [1]
45/12
courthouses [2]
36/20 46/14
courtroom [1]  46/1
courts [7]  1/23
29/15 29/20 31/18
32/15 48/6 49/10
cover [2]  12/4
60/10
COVID [1]  38/12
COVID-19 [1]  38/12

cowering [1]  18/5
cr [1]  1/4
creating [1]  57/7
credit [6]  21/21
26/24 52/12 63/19
79/17 79/18
crime [9]  23/17
23/23 28/5 28/5
37/22 44/3 44/5
54/15 78/20
crimes [5]  9/9
13/20 28/16 48/1
48/7
criminal [20]  1/3
2/2 3/22 8/24 9/1
10/2 10/19 10/21
10/22 10/23 13/9
23/4 23/5 29/24
43/24 47/15 57/9
75/4 77/5 79/25
criminals [2]  31/19
55/23
critically [1]
16/19
criticism [1]  40/25
crowd [13]  19/15
35/6 35/8 49/14
49/14 50/8 50/9
50/23 50/25 51/23
53/23 53/25 62/6
cues [1]  29/4
cuing [1]  29/14
culpability [1]  9/6
culpable [4]  9/14
10/1 10/8 71/18
culture [1]  58/11
curiosity [1]  73/8
curious [2]  26/16
26/17
currently [2]  39/14
81/11
custodial [1]  75/24
custody [2]  13/24
78/8

**D**

D.C [10]  19/21
19/24 22/19 34/13
35/1 39/25 64/9
79/9 80/16 81/18
dais [3]  66/24
68/18 73/13
damage [16]  12/4
18/13 18/15 18/16
18/18 34/15 44/6
44/19 44/25 46/12
53/24 69/24 70/1
77/10 84/4 84/9
damaging [1]  83/25
danger [2]  22/21
22/24
dangerous [3]  17/22
44/4 46/6
dare [1]  59/10
data [2]  76/8 76/10
date [2]  80/2 85/10
David [1]  60/9
day [28]  15/16 16/6
16/21 18/9 37/11
54/14 58/15 60/20

67/23 68/8 69/1
69/9 69/25 70/4
71/3 71/7 71/7
71/10 71/19 72/19
73/2 73/20 77/17
78/6 83/25 84/5
84/8 84/8
day's [1]  34/15
daycare [1]  45/12
days [8]  7/11 56/20
58/20 78/23 80/4
80/8 80/17 81/8
DC [3]  1/5 1/15
1/25
dead [1]  58/22
deal [2]  7/22 35/21
dealing [2]  48/25
50/9
deals [1]  7/15
dear [1]  63/17
dearly [1]  39/22
death [2]  46/10
58/20
debt [2]  39/25 40/2
decades [1]  70/2
decent [1]  60/4
decide [2]  55/2
55/10
decided [4]  35/8
37/13 72/13 78/3
decidedly [1]  75/3
decides [3]  20/8
21/21 54/23
deciding [3]  10/4
10/17 24/4
decimated [1]  58/23
decision [11]  3/16
19/16 19/20 19/24
20/14 20/15 20/17
20/20 20/24 35/11
83/16
decisions [4]  10/9
52/14 55/9 84/7
declare [2]  68/6
69/10
declaring [1]  73/18
declined [1]  36/5
decrease [5]  8/22
8/25 9/2 9/3 12/13
deeds [1]  37/21
defend [4]  43/6
47/14 61/21 73/2
defendant [15]  1/7
1/17 2/5 2/12 8/24
9/1 9/15 10/1 11/11
13/10 13/14 23/4
26/12 31/16 51/13
defendant's [6]
8/21 9/6 10/5 23/3
79/24 80/25
defendants [5]
13/16 52/21 62/13
67/1 77/25
defending [2]  46/20
47/13
defense [11]  7/5
8/13 9/9 9/25 35/18
61/5 73/25 75/12
75/23 77/4 83/19
Defense's [1]  44/8

**D**

defies [1]   76/6
defined [1]   8/7
definitely [1]   37/7
definition [6]   8/9
  24/1 43/25 44/8
  51/3 53/2
delay [1]   70/1
delaying [2]   69/13
  71/15
demand [2]   39/11
  44/16
democracy [16]
  16/20 17/6 17/18
  22/21 22/24 47/6
  61/18 68/25 69/20
  69/24 70/21 70/22
  71/1 71/12 73/19
  74/17
democratic [3]
  16/14 71/15 74/12
demonstrated [1]
  6/16
denied [2]   39/18
  60/11
depart [2]   12/15
  48/23
Department [10]
  1/14 12/3 40/18
  40/20 44/8 52/12
  53/9 55/5 55/9
  63/15
departs [1]   81/6
departure [18]   3/24
  12/12 12/14 25/12
  25/15 25/19 27/12
  27/13 27/15 27/21
  28/13 28/22 28/25
  29/5 29/6 29/11
  48/17 63/23
departures [2]   6/22
  25/11
depending [1]   53/17
deploy [1]   42/18
deployed [2]   7/10
  14/8
deploying [1]   42/16
describes [3]   5/19
  24/15 77/17
description [1]
  5/21
deserve [1]   48/12
deserves [3]   60/15
  60/22 63/23
desk [1]   19/3
desks [3]   21/17
  21/18 68/17
desperately [1]
  29/17
destroy [2]   14/19
  22/5
destruction [15]
  14/10 14/25 15/8
  15/19 20/13 20/18
  22/23 24/18 30/19
  34/24 41/7 68/10
  71/21 72/2 77/11
destructive [3]
  10/13 16/10 32/12

details [2]   16/6
  67/3
deter [2]   29/21
  74/8
determination [1]
  42/8
determine [3]   3/18
  3/20 80/10
determined [5]   8/8
  44/5 50/14 78/24
  79/3
deterred [2]   29/17
  32/13
deterrence [13]
  13/9 15/5 16/2
  23/16 23/23 27/5
  27/7 29/19 30/9
  30/13 31/20 31/25
  32/11
deterrent [1]   31/4
deterring [1]   32/17
detonated [2]   44/23
  45/19
devastating [1]
  39/18
device [2]   44/4
  44/23
difference [4]
  53/15 53/22 54/5
  57/4
different [6]   16/16
  35/7 48/1 60/19
  60/19 77/22
differently [1]
  63/18
difficult [1]   42/11
diplomats [1]   70/20
directed [1]   79/1
direction [2]   40/8
  82/13
disabling [1]   58/5
disbursement [1]
  79/7
discuss [2]   12/15
  12/17
discussed [1]   11/21
discussions [1]
  67/1
dismiss [2]   82/17
  82/20
dismissed [1]   39/11
disorder [1]   70/11
disoriented [1]
  36/2
disparities [1]
  13/15
disparity [2]   75/17
  76/2
dispose [1]   39/21
disputes [1]   3/16
disrespecting [1]
  23/17
disrupt [2]   14/7
  56/24
disruption [2]
  22/11 57/7
distance [2]   47/11
  47/12
distraction [1]
  70/11

distress [1]   41/22
distribute [1]   49/9
distribution [1]
  9/16
district [14]   1/1
  1/1 1/10 1/23 48/4
  57/11 57/15 78/15
  78/15 79/6 79/7
  80/6 80/15 80/22
disturbing [1]   14/5
divide [2]   47/19
  61/4
divided [3]   45/22
  58/8 58/9
DNA [1]   79/1
do his [1]   82/2
docket [1]   76/9
documents [2]   2/21
  21/18
dollars [1]   44/19
domestic [15]   23/24
  24/1 24/2 27/6 27/9
  27/14 27/18 29/21
  43/7 43/10 43/19
  44/13 46/5 46/9
  46/15
donations [1]   37/14
done [11]   5/2 41/11
  45/15 60/2 60/2
  64/3 65/22 66/9
  73/3 84/5 84/8
donned [2]   19/7
  19/9
donor [1]   37/13
door [3]   21/1 54/2
  54/3
doors [2]   20/16
  35/9
doubt [1]   34/12
down [15]   7/5 16/21
  17/3 18/24 21/1
  30/4 42/15 45/6
  46/14 47/14 52/16
  63/1 63/8 66/23
  68/8
downward [8]   8/11
  24/23 48/17 62/22
  63/23 75/24 77/2
  77/4
drain [1]   40/4
draw [1]   46/7
drawing [1]   15/18
drawn [2]   59/18
  59/18
drives [2]   37/14
  38/10
drop [1]   59/17
drug [4]   9/16 49/2
  78/22 78/24
drugs [1]   9/16
due [1]   39/11
duration [1]   59/3
during [7]   6/5 21/8
  35/18 37/12 39/9
  47/5 56/20
duty [5]   9/22 68/5
  69/10 69/19 69/23

**E**

earlier [5]   19/4

22/20 66/19 67/4
  84/14
early [6]   24/18
  26/19 38/4 41/8
  51/8 77/8
earned [2]   42/22
  60/6
earth [1]   61/15
easier [2]   50/4
  59/6
Easter [1]   65/8
easy [1]   60/8
economic [1]   79/22
editing [1]   33/18
educated [1]   64/13
effectuate [1]   27/7
effort [1]   37/10
efforts [1]   37/23
eight [4]   15/10
  22/7 72/1 78/9
eight-level [1]
  22/7
eight-point [1]
  72/1
either [5]   24/23
  31/24 57/24 76/20
  83/17
elected [4]   68/6
  69/8 69/11 69/22
election [7]   9/23
  14/7 20/23 68/12
  71/14 73/10 73/25
electoral [1]   68/6
eligible [1]   11/12
else [13]   3/7 4/1
  12/7 13/20 42/13
  51/18 66/6 66/7
  67/8 67/22 77/10
  82/4 83/17
else's [1]   14/17
emboldened [1]
  34/24
emerge [1]   31/7
emotional [4]   18/3
  18/9 35/8 41/22
emphasis [1]   77/20
employed [3]   39/8
  65/16 75/4
Employee [1]   37/18
employers [1]   39/9
employment [1]
  37/18
emptied [1]   47/5
encapsulate [1]
  22/16
encourage [2]   61/10
  77/10
end [15]   12/20
  24/11 24/24 25/4
  25/9 25/20 26/3
  26/17 30/23 30/24
  35/5 60/20 61/3
  73/7 75/21
endangerment [1]
  44/5
ended [3]   21/5
  41/12 53/25
ends [1]   25/24
enemies [1]   43/7
enemy [1]   43/8

**E**

enforce [1]   23/20
enforcement [4]
17/19 18/7 23/6
23/18
engage [18]   14/18
14/25 15/8 24/17
31/8 32/12 32/20
34/21 41/6 53/24
61/11 62/7 71/21
72/15 73/2 74/19
77/9 77/10
engaged [4]   22/9
50/16 71/24 77/19
engaging [3]   10/12
30/17 74/9
enhanced [3]   27/11
27/11 45/6
enhancement [7]
15/10 22/7 28/8
28/8 28/9 28/21
72/2
enhancements [2]
10/12 28/4
enjoyed [1]   41/1
enlisted [2]   42/25
43/3
enormous [1]   71/2
enough [3]   5/9 25/8
32/5
ensure [2]   13/3
61/14
enter [3]   6/20 26/5
72/5
entered [15]   11/25
17/9 18/22 35/21
36/6 49/25 50/1
51/13 54/3 54/11
54/13 68/3 68/13
73/23 81/10
entering [2]   35/7
81/13
enterprise [1]   9/18
enters [1]   81/8
entire [1]   64/24
Entirely [1]   34/9
entitled [2]   26/3
85/5
entitles [1]   6/17
entitling [1]   6/20
environment [1]
31/23
episode [2]   84/11
84/12
epitome [1]   23/17
epochs [1]   70/9
equal [1]   80/1
equally [1]   29/25
equation [1]   52/1
equivocation [1]
51/9
erase [1]   37/21
Eric [1]   45/15
erratic [1]   36/14
error [1]   7/8
escalate [1]   37/1
especially [3]   27/8
27/8 62/14
espouse [2]   24/17

41/6
essence [2]   8/15
25/7
essential [1]   84/3
essentially [5]
16/14 28/13 29/19
44/1 70/12
establishing [1]
38/7
estate [1]   62/12
estimate [1]   21/12
estimated [2]   44/25
46/11
eternal [1]   65/13
evacuate [1]   18/5
evacuated [3]   17/1
17/2 17/11
evacuation [4]
16/22 17/8 17/12
22/12
evaluating [1]
19/18
even [10]   27/11
28/7 49/15 55/18
57/9 57/13 59/5
60/11 73/3 74/12
evening [1]   44/24
event [5]   22/16
35/2 68/24 69/4
75/10
events [5]   32/18
38/15 71/3 71/8
83/25
eventually [2]
35/10 36/6
every-four-year [1]
70/14
everybody [4]   2/7
2/8 42/12 50/5
everyone [1]   2/24
67/22
evidence [3]   47/23
48/5 49/12
evil [1]   84/10
exact [2]   53/8
56/23
exactly [2]   6/25
33/4
example [4]   9/15
46/7 56/10 74/24
examples [2]   44/12
52/24
exceptionally [1]
77/8
exclusive [1]   10/4
excuse [1]   35/13
excusing [1]   47/13
execute [1]   80/23
executing [1]   23/7
exercise [2]   46/21
47/8
exert [1]   77/19
exhibits [1]   2/19
existing [1]   76/2
expected [2]   39/15
59/3
expedition [1]
35/19
expert [1]   45/16
explained [1]   75/18

explanation [1]
36/11
explicitly [1]   8/2
exploded [1]   44/17
explosion [1]   44/18
explosives [1]
45/16
extensive [1]   18/14
extent [3]   8/17
31/3 32/10
extraordinary [1]
69/4
extremely [1]   83/24
extremist [1]   51/12
eye [2]   19/7 19/22
eyes [1]   70/13

**F**

face [5]   10/11
30/20 31/10 34/14
36/2
faced [2]   19/16
37/2
faces [1]   59/11
facing [1]   54/4
fact [17]   5/15
10/11 15/4 15/7
15/9 15/11 16/20
21/19 24/11 25/21
26/11 26/25 27/22
41/24 51/24 72/3
72/14
factor [6]   14/12
23/2 23/13 31/21
74/15 75/3
factors [14]   3/23
4/3 10/4 10/6 12/18
13/1 13/20 14/3
24/10 25/21 30/7
31/16 67/16 77/23
facts [12]   3/14
5/14 12/23 14/16
14/17 29/8 31/6
32/7 49/13 67/15
78/3 84/13
factual [2]   4/11
5/16
factually [1]   4/25
fail [1]   58/10
fair [8]   4/3 25/8
25/25 26/20 32/5
67/20 77/21 84/16
fairly [1]   36/21
falling [1]   9/2
familiar [2]   44/9
45/4
family [1]   7/9
fan [2]   57/11 57/12
far [9]   23/2 39/5
57/18 60/2 67/3
72/1 77/6 84/14
84/15
fashion [3]   4/2
62/20 77/21
fashioning [1]   32/4
favor [5]   72/5
72/17 75/3 75/12
75/15
feared [1]   47/7
fearful [2]   47/3

70/24
fearing [1]   69/6
February [3]   37/9
42/25 42/25
February 16th [1]
37/9
February of [1]
42/25
federal [6]   28/5
28/16 43/24 45/12
78/19 83/7
Feeding [1]   37/16
feel [3]   5/8 34/24
37/7
feelings [1]   58/23
feels [1]   24/25
feet [3]   18/25
53/16 54/10
fellow [3]   20/3
41/20 41/21
felon [4]   55/16
55/19 57/20 62/9
felonies [2]   63/19
67/2
felony [15]   11/13
26/5 38/21 51/20
53/20 54/6 54/24
54/24 55/1 55/3
55/11 66/25 67/6
75/9 76/4
felt [1]   37/24
few [3]   3/4 41/10
62/22
figures [1]   47/19
file [2]   81/7 81/16
filed [4]   4/9 5/11
7/25 8/1
filled [1]   39/13
final [2]   4/2 4/8
finalized [1]   17/4
finally [1]   41/23
financial [9]   13/25
79/14 79/15 79/16
79/19 79/20 79/24
80/13 80/19
find [5]   39/22
43/10 52/23 62/24
72/8
finding [3]   7/20
27/14 53/19
findings [5]   5/15
53/9 53/11 55/5
55/6
finds [2]   49/16
80/10
fine [18]   3/6 11/18
11/19 11/23 12/22
13/25 33/23 34/1
38/25 39/2 51/22
54/8 54/9 57/8 58/2
64/17 80/11 80/12
fines [1]   57/2
finish [1]   45/20
fire [1]   63/16
fired [1]   44/14
firmness [1]   59/23
first [44]   3/17
5/24 14/23 16/19
23/6 24/21 26/12
26/21 26/23 28/2

**F**

first... [34]   33/21
34/5 36/3 37/6
37/23 38/13 42/24
42/24 43/13 43/20
45/12 46/16 46/21
47/8 51/7 51/9
51/10 51/19 51/20
52/14 57/23 61/20
63/3 63/14 67/5
72/4 72/6 74/14
74/20 75/9 75/10
75/11 76/4 77/6
fits [2]   27/13
30/15
five [11]   11/12
41/18 41/21 44/15
49/17 50/6 55/17
57/6 57/23 67/9
82/24
FL [1]   1/18
flag [9]   15/2 18/25
21/3 21/16 68/16
68/19 73/14 73/17
73/17
flaws [2]   41/15
41/16
fled [2]   47/3 72/14
flee [2]   69/2 69/6
floor [24]   9/19
10/11 17/10 21/6
33/2 35/10 44/22
45/12 48/21 49/16
50/5 53/14 53/18
54/1 54/3 54/18
55/7 65/5 65/7
68/14 68/15 68/17
73/16 73/24
Florida [5]   49/2
54/7 58/6 62/15
72/22
Florida's [1]   37/15
flouting [1]   23/18
fly [1]   42/18
focus [2]   27/21
67/24
focused [3]   28/3
40/16 67/22
focusing [1]   15/24
folks [3]   43/20
50/16 60/14
follow [2]   35/8
53/23
followed [2]   13/24
62/5
following [5]   50/8
50/9 78/17 79/8
79/10
follows [5]   5/23
8/23 49/14 50/25
80/1
food [4]   37/16
38/10 64/6 64/16
foolish [1]   35/11
foot [1]   58/15
footage [2]   21/8
21/13
footnote [1]   56/12
For the Defendant [1]

1/17
force [1]   14/9
forced [3]   69/2
69/6 72/8
foregoing [1]   85/4
foreign [1]   43/7
forever [1]   18/10
forgive [3]   34/7
42/15 56/5
form [3]   8/3 8/4
66/1
form of [1]   8/3
formalized [1]   27/3
former [1]   45/15
Fort [1]   64/8
forth [6]   4/11 5/17
13/22 16/7 52/15
60/16
Fortunately [1]
72/23
forward [7]   15/22
20/14 40/24 61/2
65/22 77/24 84/18
found [5]   13/16
53/3 54/1 62/6 65/9
foundation [1]
70/23
four [14]   3/10 8/25
16/16 18/16 27/12
28/2 28/7 29/2
44/13 45/15 63/2
70/14 82/17 82/23
framing [1]   27/6
frankly [5]   18/4
22/7 26/7 42/1
47/11
fray [1]   22/2
free [1]   70/7
freely [1]   60/6
Friday [1]   64/15
friends [2]   19/11
62/4
front [7]   20/7
36/10 41/16 55/1
55/2 68/18 83/6
full [5]   23/6 35/12
39/3 43/16 80/19
fully [3]   5/5 59/13
75/5
fulsome [2]   24/19
41/8
fulsomely [1]   62/8
fundamental [3]
41/15 41/15 59/7
funding [1]   44/10
furniture [1]   18/15
further [6]   6/18
32/22 37/3 66/3
67/8 78/11
future [6]   13/10
15/6 30/16 31/9
61/11 65/13

**G**

gain [1]   44/7
gainfully [1]   65/16
garden [1]   76/6
gas [3]   20/10 43/11
45/6
gas-lining [1]

43/11
gathering [1]   35/22
gave [2]   23/9 60/8
gear [1]   17/22
general [9]   15/5
16/1 23/15 27/7
30/9 31/25 32/11
61/23 62/3
generally [5]   28/4
29/20 36/21 63/5
70/9
generating [1]
23/14
gently [1]   36/9
George [1]   82/25
get to [1]   55/10
gets [7]   20/7 53/19
53/20 54/6 54/8
54/9 55/9
given [8]   8/9 10/23
40/7 51/17 52/17
58/19 59/1 60/6
gives [4]   31/14
57/11 59/23 62/10
giving [3]   34/10
64/16 65/15
gladly [1]   39/2
gloves [3]   15/3
19/9 19/23
goal [3]   14/6 16/13
16/13
goals [5]   14/9
25/14 30/11 50/15
50/17
God [5]   40/6 40/8
59/8 59/15 59/23
God's [1]   59/10
goes [5]   21/1 52/12
55/16 60/11 69/25
goggles [6]   15/2
19/7 19/23 21/2
72/22 72/24
good [4]   2/7 24/6
38/7 62/15
governed [1]   69/21
government [49]
1/14 2/4 2/18 3/7
3/8 3/25 4/10 5/10
6/15 6/18 12/12
14/14 14/18 22/25
24/5 24/9 24/16
24/22 24/25 27/17
28/11 32/10 32/14
36/19 44/11 46/14
49/18 51/11 51/16
55/11 56/14 60/13
60/20 60/21 61/13
70/8 75/6 75/21
76/5 76/18 77/12
82/4 82/6 82/10
82/14 82/16 82/20
83/12 83/18
Government's [8]
13/22 24/12 41/4
41/11 41/18 43/14
43/17 82/7
grace [9]   40/6 40/7
58/14 58/24 58/25
59/1 59/25 60/5
60/24

gracious [1]   40/7
grandchildren [1]
70/22
granted [1]   83/2
grateful [2]   47/22
63/24
grave [5]   22/21
22/23 31/10 74/25
84/4
great [2]   39/17
40/19
greater [3]   13/4
30/10 34/20
greatest [1]   40/5
greatly [1]   41/1
Grenada [1]   45/3
grounds [4]   20/1
20/1 20/8 27/15
group [6]   9/15 42/7
44/20 44/25 49/1
49/3
groups [2]   44/9
44/11
grow [1]   49/8
grown [1]   33/11
guarantee [1]   63/15
guess [5]   30/13
32/6 49/21 61/7
66/22
guidance [2]   8/5
47/20
guideline [4]   28/16
28/19 28/21 29/10
guidelines [50]
3/14 3/21 3/24 5/20
6/5 6/7 6/14 6/18
7/7 7/18 8/18 8/19
9/5 10/24 11/9
11/14 11/15 11/17
11/19 12/13 12/15
12/21 13/11 13/14
13/23 24/7 24/8
24/11 24/24 25/2
25/3 25/4 25/7
25/10 25/13 25/20
27/10 29/9 31/13
67/16 71/25 75/18
75/22 76/12 76/13
76/14 76/15 76/16
76/17 81/7
guilty [15]   2/13
6/1 6/11 6/20 10/14
13/17 19/12 26/14
26/22 37/22 60/9
67/25 75/9 77/8
81/13
guns [1]   44/14
guy [7]   26/22 47/22
49/6 50/9 64/22
65/2 65/3
guys [3]   35/21
35/24 36/8

**H**

hair [1]   63/16
half [4]   21/24 72/6
76/13 76/15
halls [1]   46/25
hallway [1]   35/20
hallways [1]   35/10

**H**

hand [6]   9/7 17/21
17/21 18/8 18/8
36/9
hand-to-hand [2]
17/21 18/8
happen [3]   35/5
37/8 65/12
happened [6]   7/24
46/20 65/10 71/9
74/4 74/10
happening [3]   9/20
17/19 69/12
happy [3]   33/22
70/10 70/18
hard [2]   23/16
40/12
harder [2]   70/19
70/21
harmed [1]   44/24
harms [1]   71/3
harrowing [1]   16/6
harsh [3]   57/11
58/23 60/14
hatred [1]   58/23
Hawthorne [1]   64/25
head [2]   8/16 74/3
heal [2]   61/3 61/9
healing [2]   58/21
59/1
health [1]   37/20
hear [6]   3/25 4/1
4/18 25/15 57/3
66/7
heard [2]   48/13
74/3
hearing [7]   3/17
6/6 11/21 22/14
56/21 56/21 80/5
hearings [1]   56/20
heart [2]   20/22
41/16
heavily [1]   38/1
held [2]   30/2 36/9
help [4]   36/4 36/5
38/2 54/17
helpful [1]   67/7
hereby [1]   78/8
hey [4]   47/22 49/7
53/4 63/22
high [5]   25/9 25/20
26/3 39/11 64/13
higher [5]   27/8
30/24 72/1 77/25
84/15
hijack [1]   44/2
himself [13]   15/8
15/11 15/18 16/17
17/25 19/4 19/11
23/25 49/16 50/20
50/21 54/1 62/6
history [13]   3/22
10/20 10/21 10/22
10/23 13/13 23/4
23/5 47/20 67/19
70/18 78/5 84/12
hit [1]   64/18
HODGKINS [94]
Hodgkins' [21]   6/23

10/19 13/25 14/15
15/15 18/11 18/20
19/14 19/18 29/8
32/4 41/20 41/21
53/8 65/13 72/18
74/6 75/3 75/15
75/18 77/14
hold [1]   29/23
holding [2]   15/1
18/25
holds [1]   30/16
hole [1]   42/15
home [4]   38/6 39/20
42/18 62/18
homeless [1]   58/3
homemade [1]   45/18
homes [1]   39/22
honestly [2]   22/13
22/18
honor [66]   3/2 3/8
4/13 4/15 4/22 5/1
5/7 5/12 6/25 7/3
7/9 7/14 11/2 11/4
12/8 12/10 13/21
22/14 26/6 29/3
33/9 33/10 33/24
33/25 34/10 39/4
40/13 40/24 42/24
43/12 45/21 47/19
47/21 48/5 49/21
50/7 50/10 52/8
52/17 55/13 56/8
56/11 57/14 58/7
59/24 60/7 60/12
61/4 62/12 62/20
63/7 65/24 66/2
66/5 66/9 66/16
66/18 76/23 76/25
81/22 81/24 82/16
83/5 83/6 83/7
83/13
honorable [7]   1/9
40/5 52/7 52/13
55/7 60/4 65/22
honorably [1]   63/22
HOOK [3]   1/22 85/3
85/10
hope [10]   40/1 40/5
46/3 47/24 52/8
52/23 65/25 66/12
66/12 84/18
hopeful [1]   84/10
horrible [1]   25/6
horrific [1]   22/16
hour [4]   21/24
69/25 72/6 72/19
hours [8]   16/10
17/2 17/21 18/6
22/16 37/15 64/14
75/13
hours-long [1]
17/21
house [14]   16/12
16/13 18/14 44/14
57/24 61/17 62/10
62/10 62/25 63/9
63/17 66/1 66/13
72/7
hovering [1]   19/3
huge [3]   50/11

50/23 52/11
Humane [1]   37/15
humble [4]   51/22
60/3 64/22 64/23
humbled [1]   34/5
humbly [1]   61/5
hundred [7]   16/11
18/22 53/16 54/9
57/7 60/14 75/13
hundreds [3]   17/18
26/5 26/8
Hunter [1]   81/19
hurt [2]   21/21
34/16
hydrogen [1]   45/6

**I**

idea [2]   35/5 36/25
II [2]   42/2 56/15
III [1]   56/18
illegally [1]   18/21
imagination [1]
71/11
immediately [1]
80/14
immutable [1]   70/23
impact [2]   17/6
46/16
impeccable [1]
57/13
impede [3]   9/22
73/10 73/24
impeding [2]   68/11
74/11
imperiling [1]
16/20
imperilment [1]
17/18
important [8]   15/16
18/3 20/17 27/21
29/25 41/10 47/17
65/25
importantly [3]
50/8 51/19 74/8
impose [10]   4/5
11/7 12/19 13/3
55/3 75/20 75/24
76/20 76/22 78/1
imposed [8]   5/25
13/6 13/14 64/17
81/4 81/10 81/20
84/2
imposes [1]   79/19
imposing [2]   29/22
77/1
imposition [1]
80/12
imprisonment [4]
6/4 12/20 78/10
81/5
Inartful [1]   47/10
inaugural [1]   58/19
inauguration [2]
70/4 70/5
incarceration [3]
31/1 31/2 80/4
incendiary [1]
72/15
incident [4]   34/15
37/25 39/25 48/12

incidentally [1]
42/17
inclined [1]   32/2
include [3]   13/5
80/21 83/14
included [1]   14/9
including [4]   16/23
45/8 67/16 72/7
incorporated [1]
16/8
increase [2]   6/13
12/13
increasing [1]
27/23
incredible [1]
52/18
incur [1]   79/17
independence [1]
44/16
indicate [2]   26/13
77/17
indicated [1]   9/10
indicates [1]   6/10
indictment [1]
82/24
individual [5]
31/19 51/16 73/18
78/4 84/1
individualized [1]
42/8
individually [3]
41/25 48/21 48/22
individuals [4]
18/8 53/21 57/1
57/6
ineffective [1]
81/12
ineligible [1]
11/15
inexcusable [2]
42/6 47/15
inflicted [1]   41/22
influence [3]   27/16
28/10 77/19
inform [1]   35/18
information [4]
79/14 79/15 79/16
81/11
infraction [1]   57/3
inherently [1]
84/10
injure [2]   22/6
44/18
injured [6]   17/19
21/20 21/22 45/8
45/17 45/20
injuries [8]   15/4
16/17 16/18 17/20
18/4 18/10 20/12
20/13
injuring [1]   44/15
injury [4]   16/20
18/2 36/4 68/10
injustice [1]   58/13
inscribed [1]   58/19
inside [7]   16/13
18/23 35/8 35/19
36/3 36/16 73/7
installments [1]
80/1

**I**

instances [1]   36/17
instead [1]   30/5
instinct [1]   36/13
Institute [1]   83/8
intended [2]   14/6
 58/21
intends [1]   60/20
intent [7]   6/20
 9/21 19/12 44/5
 45/4 56/23 68/4
intention [1]   35/1
intentionally [2]
 68/23 74/16
interest [3]   26/13
 79/3 79/4
interested [2]
 27/23 32/25
interesting [2]
 56/13 70/7
interfered [1]
 54/16
interference [1]
 6/12
interned [1]   42/4
internment [1]   42/2
interrupt [1]   50/1
interrupted [1]
 56/21
intimidation [5]
 14/9 14/23 15/3
 27/17 28/11
into [14]   16/8
 18/11 19/8 19/17
 22/9 30/15 43/3
 43/13 46/8 46/15
 47/16 50/16 62/22
 62/23
investigation [1]
 80/20
invokes [1]   59/8
involve [1]   34/18
involved [5]   9/14
 16/19 30/18 38/7
 46/2
involvement [2]
 34/19 38/17
involving [1]   27/9
irritants [2]   17/23
 18/1
issue [1]   12/1
issues [2]   40/16
 66/20

**J**

January [23]   12/5
 15/23 23/24 30/3
 31/13 32/3 34/13
 35/1 36/23 38/16
 39/25 43/9 43/13
 46/20 51/1 56/23
 65/13 68/3 70/16
 74/10 75/14 76/5
 77/24
January 1st [1]
 75/14
January 6th [22]
 12/5 15/23 23/24
 30/3 31/13 32/3

34/13 35/1 36/23
 38/16 39/25 43/9
 43/13 46/20 51/1
 56/23 65/13 68/3
 70/16 74/10 76/5
 77/24
Japanese [2]   42/2
 42/5
jeering [1]   19/2
JEFF [3]   1/22 85/3
 85/10
Jefferson's [2]
 70/4 70/5
job [7]   39/7 39/17
 42/11 55/11 62/17
 64/14 77/20
John [1]   57/10
join [1]   72/13
joined [1]   22/2
joining [3]   32/18
 32/19 32/19
Joseph [1]   35/16
journalist [1]
 35/14
Jr [1]   35/16
judge [5]   1/10 25/2
 57/11 59/11 77/22
Judge's [1]   2/9
judged [3]   59/12
 60/15 84/13
judges [1]   48/3
judging [1]   61/24
judgment [9]   58/1
 58/1 58/16 61/25
 78/7 79/19 79/21
 80/3 81/8
judgment's [1]
 65/25
judgments [1]   59/20
Judiciary [1]   56/20
July [2]   1/5 5/18
July 12th [1]   5/18
jumping [1]   52/16
justice [12]   1/14
 6/13 40/18 40/21
 52/13 55/5 55/9
 55/12 56/19 57/10
 63/16 65/14
Justice's [1]   53/9
justify [1]   28/25

**K**

Kavanaugh [1]   56/19
keep [2]   3/1 62/17
keeps [1]   20/4
kept [2]   36/3 39/10
key [5]   19/16 19/24
 20/14 20/15 23/13
kids [1]   56/3
killed [5]   45/8
 45/11 45/16 45/20
 71/6
killing [1]   46/2
kilogram [1]   45/5
kind [10]   7/12
 19/20 27/24 48/18
 50/24 51/17 56/12
 60/3 63/1 75/4
kinds [1]   16/16
kit [1]   36/3

knew [3]   58/25
 72/13 73/21
knowing [1]   34/17
knowledge [2]   9/17
 43/20
known [2]   36/17
 65/1

**L**

label [3]   46/5 46/8
 46/9
labeled [1]   51/12
lack [1]   16/5
lacked [1]   9/17
Laos [1]   44/21
large [14]   15/4
 15/23 22/3 25/12
 29/6 31/13 32/3
 49/1 52/9 56/4
 58/22 68/8 68/15
 73/14
larger [8]   15/24
 30/15 47/16 48/24
 50/15 51/1 60/24
 68/23
lash [1]   59/18
last [6]   4/5 18/13
 45/17 46/4 57/20
 66/10
late [1]   44/23
later [6]   7/22
 12/16 45/1 52/22
 66/12 70/12
latex [1]   19/23
law [20]   1/17 3/14
 13/7 17/18 18/7
 23/6 23/15 23/18
 23/18 23/22 29/17
 30/9 37/6 37/24
 40/3 62/12 69/17
 74/8 77/7 84/20
lawful [1]   78/21
lawmakers [1]   23/18
laws [2]   23/19
 84/21
lawyer [4]   5/6
 40/12 41/2 64/18
lay [1]   47/14
lead [1]   74/21
leader [2]   56/15
 71/23
leadership [1]
 44/10
leading [1]   22/13
leads [1]   46/10
learned [1]   33/10
least [8]   8/20 9/14
 24/13 24/24 26/2
 70/17 77/18 78/23
leave [1]   45/17
leaves [1]   50/25
leaving [2]   36/9
 51/16
Lebanon [1]   45/3
LEDUC [21]   1/17
 1/17 2/5 2/21 4/14
 4/16 6/24 7/4 8/16
 9/10 10/17 11/3
 12/9 33/8 40/10
 72/19 74/23 74/23

76/24 81/23 83/3
Leduc's [1]   74/5
left [10]   18/5
 21/23 42/1 50/1
 53/17 53/17 66/11
 68/20 71/15 73/4
legal [2]   23/25
 51/3
legally [1]   48/14
leniency [1]   60/22
lenient [1]   57/12
less [7]   10/1 59/7
 70/15 71/1 71/18
 72/17 79/12
letter [3]   55/23
 64/25 65/1
letters [1]   68/16
 73/15
level [12]   6/8 6/13
 6/14 6/17 6/21 6/23
 8/23 10/23 22/7
 28/8 47/23 48/1
levels [7]   8/25 9/2
 9/3 37/1 62/22 63/2
 63/8
lieutenant [2]   43/4
 43/4
life [12]   34/6 37/6
 37/11 47/14 47/14
 64/4 65/1 74/5 78/5
 84/11 84/20 84/20
light [4]   4/3 13/25
 25/21 67/15
likelihood [1]
 73/25
likely [5]   32/14
 39/20 54/4 77/25
 78/2
limited [1]   76/10
Lincoln [6]   58/17
 58/18 58/20 58/24
 61/12 61/12
line [14]   3/12 45/20
 46/7 74/14
lines [1]   79/18
lining [1]   43/11
list [3]   10/3 53/1
 60/11
listed [1]   11/23
listened [1]   77/14
literally [2]   28/24
 54/9
little [7]   7/10
 24/14 24/25 25/1
 33/18 63/3 67/10
live [6]   45/22
 56/21 58/11 58/16
 62/15 84/20
lives [7]   47/2 47/3
 47/8 58/6 64/7 71/9
 83/9
Lloyd [10]   53/5
 53/15 53/22 54/6
 54/9 54/25 55/8
 55/10 55/15 57/19
local [2]   37/14
 78/19
located [1]   83/8
location [1]   54/20
locations [1]   46/12

**L**

long [6]   17/13
17/21 19/25 20/4
30/20 54/12
longer [1]   81/5
look [18]   9/8 25/21
29/7 31/5 31/5
43/22 43/23 43/24
44/8 44/9 47/20
48/20 49/10 51/22
52/22 53/4 53/21
63/19
looked [5]   33/18
56/18 58/24 59/6
63/22
looking [9]   15/14
21/15 30/7 31/22
31/25 41/18 48/6
53/18 84/18
Lord [1]   59/20
lose [3]   39/20 54/7
55/21
losing [1]   39/7
lost [6]   39/5 58/9
58/10 65/7 65/7
72/18
lot [12]   33/12
42/14 43/19 48/6
48/24 49/2 52/11
55/21 56/6 56/11
62/12 66/9
loud [2]   29/25
35/24
love [4]   34/16 35/2
39/7 39/22
low [3]   24/10 24/24
25/4
lower [3]   30/23
78/2 84/15
loyalty [1]   73/18

**M**

magnitude [1]   59/3
maintained [1]
17/12
major [1]   43/4
makes [6]   28/2
28/14 53/10 53/19
70/25 76/3
making [7]   3/16
15/17 32/6 32/11
37/22 48/15 58/2
malice [1]   59/22
man [19]   51/22 52/7
56/5 57/25 60/3
60/7 60/8 60/12
61/24 62/5 64/2
64/2 64/3 64/7
64/13 64/22 65/6
65/8 65/9
man's [1]   65/19
mandatory [3]   12/6
78/17 78/18
manner [3]   6/16
24/19 41/8
manual [1]   3/24
many [17]   18/7 18/8
18/9 21/5 21/16
21/25 31/1 31/15

31/15 31/15 33/2
57/15 67/3 69/19
70/13 71/8 71/19
Marathon [1]   45/18
march [7]   35/3 35/6
38/4 38/4 44/13
44/17 51/14
March 1st [2]   44/13
44/17
marching [1]   50/22
Margaret [1]   70/3
masks [1]   2/25
material [1]   74/21
materials [2]   2/22
5/16
matter [5]   4/9
38/18 40/6 41/17
85/5
matters [2]   4/11
73/12
maximum [4]   5/25
6/3 11/18 81/5
may [25]   3/10 3/23
7/8 9/10 10/11 11/7
12/12 21/10 28/9
34/7 34/7 34/23
40/1 40/7 40/11
42/4 45/7 45/25
55/18 59/9 71/12
75/10 79/4 79/15
81/15
maybe [4]   42/16
49/4 50/6 51/2
mayhem [3]   18/20
73/6 77/20
McNair [1]   64/9
McVeigh [2]   45/11
45/13
mean [12]   10/13
39/20 49/9 49/25
55/16 55/23 56/1
57/8 62/19 64/10
64/18 67/23
meaning [1]   45/23
meaningful [2]   17/5
22/17
means [6]   50/15
62/2 62/24 70/18
70/21 70/23
meant [1]   28/4
measure [1]   47/9
mechanic [1]   39/16
mechanical [1]   3/11
media [4]   51/23
62/4 64/21 72/15
median [1]   76/19
meet [2]   51/3 53/2
member [2]   65/16
68/22
members [9]   17/2
18/4 47/2 47/3
56/17 69/1 69/5
72/7 72/14
memo [4]   13/23
33/13 33/15 41/11
memoranda [1]   2/18
memorandum [17]
5/19 7/5 7/25 24/6
24/13 40/15 41/5
41/14 41/18 43/15

43/17 47/18 52/2
56/2 56/7 58/8 65/4
memorandums [1]
66/9
Memorial [1]   58/18
men [3]   45/23 59/9
61/20
men's [1]   59/11
mentioned [1]   67/4
merciful [1]   52/20
mere [1]   44/7
merely [1]   72/18
message [12]   16/3
29/25 31/8 60/13
60/16 60/19 60/24
62/3 62/9 65/18
65/19 84/3
messages [1]   57/16
met [1]   8/9
methods [2]   14/8
50/17
microphone [2]   4/17
4/18
middle [1]   39/14
midpoint [4]   13/23
24/21 25/5 75/22
midrange [1]   22/4
midst [1]   73/23
might [14]   16/4
19/20 22/18 25/11
27/1 28/25 30/2
33/21 52/24 53/12
58/12 59/5 74/2
79/23
Mike [1]   19/3
mile [1]   58/17
miles [2]   19/25
20/4
military [1]   45/2
million [1]   18/16
million-four worth [1]
18/16
mind [5]   4/24 21/14
26/18 30/14 61/20
mindful [4]   15/3
15/7 15/13 25/16
minimal [12]   7/16
8/7 8/23 8/24 9/13
10/5 48/13 48/24
49/10 51/3 51/5
63/2
Minneapolis [1]
46/12
minor [8]   7/16 9/1
9/24 10/6 10/14
36/21 48/23 49/10
minus [2]   23/9
25/22
minute [4]   19/15
48/10 52/10 56/6
minutes [13]   16/24
18/23 19/4 49/17
50/2 50/6 57/6 58/1
58/1 58/4 67/9 72/5
72/20
miracle [1]   70/15
misconduct [1]   62/7
misdemeanor [5]
53/7 53/20 54/4
82/17 82/21

miss [1]   60/8
mistake [3]   11/22
60/7 60/12
mistaken [2]   36/20
36/22
mistakes [1]   62/1
mitigating [2]   3/23
10/15
mob [8]   16/11 18/21
20/3 47/7 68/8
68/23 69/21 72/9
mob's [1]   69/11
moment [7]   52/18
54/5 60/7 60/12
61/25 69/3 82/3
MONA [2]   1/14 2/4
Monday [1]   64/15
monetary [2]   44/7
79/25
monitor [1]   57/21
month [8]   23/1
23/14 25/24 29/9
29/22 30/10 42/20
79/12
months [17]   10/24
12/20 13/23 53/5
57/20 57/23 62/14
70/19 71/2 75/19
75/20 75/23 76/19
76/19 78/9 78/11
80/2
more [25]   3/3 10/8
11/8 28/17 29/18
38/8 39/5 44/6 47/4
49/17 49/17 50/3
50/7 51/19 54/21
55/8 55/15 55/22
56/12 57/18 57/25
60/3 67/2 74/8
83/19
Moreover [1]   41/21
Morgan [1]   53/5
morning [6]   2/7
17/5 38/11 64/15
70/6 83/17
MOSS [1]   1/9
most [11]   10/1
24/21 33/13 38/19
39/20 39/21 42/3
47/6 55/23 70/6
70/9
motion [2]   82/14
83/1
mouth [1]   25/17
move [3]   46/5 47/17
82/17
moves [1]   82/20
moving [1]   36/7
Mr. [113]
Mr. Hodgkins [77]
2/18 2/19 3/3 3/9
4/5 4/20 5/3 6/1
6/11 6/15 6/19 9/19
9/24 10/8 11/14
11/24 12/2 12/12
14/16 14/25 15/8
16/3 16/8 16/17
17/9 17/20 17/23
19/6 19/16 21/15
22/22 23/25 24/15

**M**

Mr. Hodgkins... [44]
25/22 26/2 27/14
33/15 46/24 47/12
48/9 48/11 55/14
57/18 58/5 60/17
67/18 68/13 68/22
69/1 69/16 69/24
70/17 71/18 71/20
71/24 72/3 72/12
72/14 73/12 73/21
74/1 74/1 74/2
74/16 74/22 75/8
75/12 75/22 77/5
77/17 77/21 82/8
83/20 84/1 84/7
84/16 84/17
Mr. Hodgkins' [16]
6/23 10/19 13/25
14/15 15/15 18/11
19/14 19/18 29/8
32/4 72/18 74/6
75/3 75/15 75/18
77/14
Mr. Leduc [18]   2/21
4/14 4/16 6/24 7/4
8/16 9/10 10/17
11/3 12/9 33/8
40/10 72/19 74/23
74/23 76/24 81/23
83/3
Mr. Leduc's [1]
74/5
Mr. McVeigh [1]
45/13
Ms. [26]   3/7 4/10
7/2 7/11 10/25 12/7
13/19 40/21 40/25
42/10 52/15 54/9
54/15 54/25 55/8
55/10 55/15 57/19
66/17 71/4 71/25
73/6 76/22 81/20
82/4 82/14
Ms. Lloyd [6]   54/9
54/25 55/8 55/10
55/15 57/19
Ms. Sedky [20]   3/7
4/10 7/2 7/11 10/25
12/7 13/19 40/21
40/25 42/10 52/15
54/15 66/17 71/4
71/25 73/6 76/22
81/20 82/4 82/14
much [8]   17/24
31/12 35/6 38/22
55/15 57/25 60/5
77/16
multiple [3]   19/16
37/13 43/2
murder [2]   60/9
60/10
must [17]   9/5 13/3
13/12 39/23 41/15
59/20 78/19 78/20
78/21 78/22 78/25
79/11 79/12 79/17
79/20 79/22 81/7
myself [6]   25/16

35/9 37/5 38/18
39/18 61/20

**N**

nail [1]   57/25
Nancy [1]   47/1
nastiness [1]   52/3
Nathaniel [1]   64/24
nation [9]   42/6
45/22 58/8 58/21
60/19 64/24 70/23
73/19 75/1
national [1]   56/2
Nationals [1]   64/9
nations [1]   70/20
nature [11]   13/12
14/4 15/14 15/25
22/24 29/7 31/16
31/21 31/24 67/18
74/15
near [1]   66/24
nearest [1]   36/10
Nearly [1]   58/22
necessary [3]   13/4
30/11 38/18
need [32]   3/12 3/15
4/18 13/1 13/5
13/14 13/15 14/15
15/5 23/15 23/21
23/23 25/14 27/5
27/7 27/10 29/20
30/9 31/20 31/25
32/6 32/16 39/12
39/21 42/19 46/17
54/17 60/25 65/19
74/7 75/17 81/19
needed [1]   73/3
needle [1]   63/20
needs [3]   29/17
43/11 65/20
negotiations [2]
27/3 67/3
neighbors [1]   38/8
neither [4]   12/12
59/2 59/4 59/13
nervous [1]   34/7
nevertheless [1]
21/22
new [3]   1/15 79/17
81/10
news [1]   64/21
next [9]   16/10
19/24 20/15 23/2
24/22 30/4 47/7
70/24 73/12
Nichols [1]   45/11
nightly [1]   46/13
nightmare [1]   64/22
nine [1]   56/17
nitrate [1]   45/6
nobody [1]   2/11
nod [1]   63/21
nodded [1]   74/3
nodding [1]   8/16
non [3]   10/3 24/14
75/24
non-custodial [1]
75/24
none [5]   5/1 48/3
53/1 53/2 59/22

nonetheless [2]
8/17 24/16
nonviolent [1]
36/18
nor [5]   12/12 34/21
35/13 48/15 71/22
normal [2]   24/13
70/14
north [1]   83/8
Northwest [2]   79/9
80/16
note [13]   10/3
11/14 27/12 27/15
28/1 28/7 28/17
28/18 28/21 28/22
29/2 29/4 81/21
noted [4]   14/1
25/10 31/19 53/1
notes [1]   10/20
notice [1]   6/19
noticed [1]   36/1
notify [2]   79/22
80/18
noting [1]   70/13
November [1]   44/22
November 7 [1]
44/22
number [4]   10/10
43/12 61/23 61/23
numbers [1]   49/20
numerous [2]   41/17
45/20
NW [1]   1/24

**O**

o'clock [2]   16/9
17/5
oath [4]   43/2 43/5
61/21 61/21
objection [5]   4/10
6/24 81/24 83/1
83/12
objections [4]   3/19
7/3 10/25 81/20
objective [1]   69/12
obligation [3]   8/17
80/13 80/19
observation [1]
70/13
observe [1]   52/24
observes [3]   71/4
73/6 76/6
obstruct [4]   9/21
19/13 56/25 68/4
obstructing [1]
54/24
obstruction [5]
2/14 6/1 6/8 68/1
76/7
obtained [1]   76/8
obvious [1]   73/8
obviously [4]   36/22
49/2 50/2 83/15
occasions [2]   43/14
48/2
occurred [8]   8/9
32/18 32/19 34/24
36/23 39/24 56/23
83/25
odd [1]   58/20

off [5]   2/25 62/14
64/5 67/9 67/12
offender [1]   75/2
offending [1]   74/1
offense [37]   5/17
5/25 6/7 6/10 6/11
6/14 6/23 7/16 8/22
8/22 10/5 10/14
10/23 11/13 11/18
13/6 13/8 13/13
14/4 14/5 15/15
16/1 16/7 19/19
22/25 27/18 28/10
29/8 30/8 31/22
31/24 49/24 67/19
67/24 67/24 74/15
81/13
offensive [1]   43/10
offer [7]   26/8
36/11 51/15 66/4
66/6 67/5 67/6
offering [1]   51/10
offers [3]   33/6
33/7 66/25
office [11]   2/17
5/18 40/23 75/19
79/15 79/17 80/6
80/20 80/22 80/25
82/13
office's [2]   5/9
12/19
officer [5]   35/20
78/25 79/1 79/13
79/19
officers [3]   17/19
18/7 23/19
offices [5]   1/17
16/22 16/23 17/11
18/6
official [8]   1/23
2/14 6/2 6/8 19/13
56/25 68/1 85/3
officials [1]   69/22
often [2]   18/2
31/23
Oklahoma [1]   45/10
old [2]   64/3 73/21
older [1]   33/11
older that [1]
33/11
Olympic [1]   45/13
on the [1]   15/1
Once [2]   35/5 35/21
one [56]   2/13 6/21
8/1 10/9 10/22
10/24 11/10 11/12
14/6 23/5 23/21
26/23 31/4 37/19
37/19 42/14 44/24
45/7 45/17 45/25
46/4 47/23 47/23
48/2 50/13 51/9
51/10 54/22 54/23
55/7 56/10 57/5
57/6 58/11 58/12
58/13 58/15 60/19
61/20 61/23 64/10
68/1 68/19 68/22
70/6 72/3 72/19
72/19 74/2 74/20

**O**

one... [6]   74/25 75/10 78/9 78/22 81/25 84/20
one's [1]   43/21
one-level [1]   6/21
one-on-one [1] 37/19
ones [1]   26/23
ongoing [1]   73/9
online [1]   74/21
only [15]   7/21 8/3 8/14 9/6 16/4 28/16 38/5 45/25 52/24 53/3 56/14 68/22 68/24 76/10 77/20
onto [1]   40/6
open [1]   79/17
opens [1]   21/1
opinion [3]   48/13 50/10 81/18
opportunities [2] 21/25 57/15
opportunity [3] 32/15 32/16 34/11
order [7]   2/10 2/11 48/10 52/23 60/22 80/23 82/12
ordered [3]   39/4 78/12 79/1
ordinarily [1] 24/10
organization [2] 44/10 51/12
organized [2]   50/13 56/22
organizer [1]   71/23
originally [1]   7/24
others [14]   9/18 10/11 19/1 30/5 32/8 34/23 46/24 61/10 69/1 69/25 71/19 72/10 74/8 78/2
otherwise [4]   35/14 40/3 62/25 72/16
ought [5]   24/7 24/8 25/5 46/9 76/22
ourselves [4]   58/2 58/10 58/14 61/13
out [31]   13/2 15/20 17/25 20/21 22/11 25/16 26/4 28/15 31/18 33/11 34/8 34/24 35/24 36/3 36/7 36/9 36/18 39/1 44/11 47/24 49/6 50/9 50/12 52/3 61/10 61/21 64/6 64/21 66/22 71/25 83/6
outgoing [1]   39/12
outline [2]   36/12 38/19
outset [1]   67/21 75/8
outside [2]   62/16 73/6
outstanding [2]

3/19 41/2
over [14]   2/23 18/16 19/3 20/9 41/19 41/19 51/22 55/25 58/12 64/8 68/11 73/18 75/13 80/1
overwhelmed [1] 68/9
owe [1]   40/1
owed [1]   79/12
own [11]   8/17 10/9 25/1 34/11 37/14 47/21 50/17 59/14 63/24 78/3 84/13

**P**

p.m [7]   21/13 67/13 68/14 68/15 68/21 72/11 84/24
packed [1]   19/22
page [2]   41/18 41/20
paid [2]   59/18 80/19
panoply [1]   62/24
papers [2]   5/10 21/18
paragraph [1]   66/10
parcel [3]   16/22 18/10 24/2
part [17]   4/4 15/18 16/21 17/24 18/10 18/21 18/21 19/11 22/2 22/3 24/2 25/13 28/2 29/6 31/21 35/12 38/20
participant [5] 7/16 8/24 9/1 9/13 9/24
participants [1] 10/2
participate [1] 22/22
participated [5] 10/7 22/23 68/23 70/17 74/16
participating [4] 9/8 35/3 38/9 73/9
participation [1] 16/21
particular [4]   31/6 48/5 51/13 67/14
particularly [3] 14/5 32/25 76/3
parties [6]   5/22 6/6 6/10 12/25 69/9 69/22
parties' [1]   2/16
parting [1]   83/22
partly [1]   25/12
parts [2]   35/7 58/22
party [2]   59/2 83/17
partying [1]   64/6
pass [1]   52/20
passion [2]   37/5 74/24
passwords [1]   23/8

past [1]   39/8
pastor [1]   38/8
path [1]   61/1
PATRICK [3]   1/17 1/17 2/5
Patriot [1]   43/22
PAUL [31]   1/6 2/3 2/13 21/9 34/2 40/16 41/5 41/8 41/17 42/12 43/7 49/17 50/20 51/18 53/7 53/15 53/23 54/6 55/25 57/5 57/10 57/16 60/2 60/22 60/23 61/24 63/17 63/18 65/11 65/12 78/7
pause [1]   46/18
pausing [1]   69/3
pay [11]   12/3 38/24 39/2 40/1 78/12 79/3 79/11 79/20 79/23 79/25 80/11
payable [2]   78/14 80/14
paying [1]   40/3
payment [2]   79/25 80/1
payments [2]   79/5 79/21
peaceful [2]   14/7 74/17
peek [2]   20/21 20/25
penalties [2]   27/23 31/10
penalty [7]   55/15 56/1 79/4 79/20 79/20 79/24 79/25
Pence's [1]   19/3
pending [2]   75/5 83/21
Pennsylvania [5] 35/3 35/6 37/4 50/22 79/9
people [53]   10/7 10/10 16/4 16/11 16/12 21/3 21/5 21/11 22/8 30/2 30/17 32/12 33/2 41/25 41/25 42/4 42/7 42/9 44/11 45/8 45/11 45/16 46/10 46/25 47/1 47/7 47/25 48/6 49/1 49/3 49/4 50/12 50/24 52/1 54/14 56/3 56/22 57/2 58/22 61/13 61/13 61/14 61/15 63/18 64/16 64/20 66/21 70/7 71/5 71/6 71/7 72/4 74/10
People's [2]   16/12 18/14
per [1]   14/1
perceive [1]   58/12
percent [8]   38/24 47/25 48/2 48/9

76/13 76/14 76/15 76/16
perform [1]   69/9
performance [1] 68/4
performing [3]   9/22 69/18 69/23
perhaps [4]   17/11 72/19 74/23 74/24
period [6]   30/25 31/1 43/16 62/19 80/2 81/4
periodic [1]   78/24
perish [1]   61/14
permanent [1]   38/21
permission [1] 81/16
permit [2]   82/9 82/10
permitted [2]   2/10
persist [1]   70/2
person [8]   21/22 26/4 51/19 59/24 68/6 69/11 78/5 84/10
person's [2]   78/4 78/5
personal [6]   15/12 15/15 37/11 39/5 39/21 44/7
personally [6] 16/18 22/15 24/17 32/20 41/6 71/21
persons [2]   9/8 36/18
Peter [1]   60/11
photographs [1] 21/17
phrase [2]   22/15 22/17
physical [5]   20/13 22/22 68/9 68/10 69/7
picked [3]   41/12 41/24 42/13
picture [8]   31/5 31/7 48/19 52/4 65/2 65/4 65/5 65/6
pictures [1]   65/4
piece [1]   47/23
piled [1]   59/16
pillaging [1]   21/17
pinnacle [1]   23/22
pithy [1]   22/17
place [10]   20/23 34/20 35/13 37/17 37/25 38/3 55/20 62/6 62/15 70/10
placed [1]   73/3
placement [1]   78/23
places [1]   10/22
plainly [1]   9/13
Plaintiff [1]   1/4
plan [1]   20/5
planned [1]   34/25
planning [2]   50/22 72/16
plastered [1]   65/2
platform [3]   19/1 21/4 66/24

**P**

plausible [1]   46/19
plays [1]   16/2
plea [20]   2/16 5/22
  6/5 6/6 6/20 11/21
  11/22 11/25 12/2
  12/11 16/8 26/5
  26/8 33/6 33/7
  51/13 66/25 67/5
  81/3 81/13
plead [7]   26/13
  26/22 51/10 51/19
  54/23 54/25 75/9
pleaded [4]   2/13
  6/1 10/14 19/12
please [5]   34/6
  35/24 40/11 46/6
  82/19
pled [4]   6/11 54/23
  67/25 77/8
plus [2]   15/10
  58/18
podium [5]   2/23
  2/25 5/4 82/19 83/4
point [23]   17/10
  17/12 19/24 20/15
  25/3 28/23 32/6
  32/15 32/16 33/14
  39/1 45/21 46/4
  47/16 47/16 47/17
  49/12 50/7 54/20
  64/1 68/19 71/20
  72/1
pointed [4]   15/20
  17/25 22/11 50/12
points [5]   10/21
  19/16 24/9 38/19
  71/25
police [6]   17/13
  35/20 36/6 53/25
  68/9 68/10
policeman [1]   36/10
policy [1]   13/11
political [2]   51/25
  69/8
politician [1]
  35/14
politics [1]   40/15
poor [2]   64/6 64/17
poorer [1]   64/16
poorest [2]   64/7
  64/11
portion [1]   12/4
Portland [1]   46/13
pose [2]   14/24
  81/25
posed [2]   19/10
  66/19
position [10]   8/6
  25/1 39/12 39/16
  41/4 53/10 55/6
  63/12 73/2 82/7
positive [2]   21/7
  37/10
possess [1]   78/20
post [2]   65/2 74/21
posted [1]   76/9
posts [1]   72/16
potential [1]   25/11

pounds [1]   42/21
power [3]   14/7
  23/20 74/18
powerful [1]   45/23
pray [2]   59/8 65/25
prayers [1]   59/12
precedent [1]   31/18
prefer [1]   3/1
pregnant [1]   45/8
premeditation [1]
  50/23
prepare [1]   58/20
prepared [9]   19/6
  33/18 40/8 46/9
  69/17 69/21 72/24
  73/2 73/22
prerequisite [1]
  59/24
presence [2]   15/1
  72/9
present [3]   22/18
  67/23 71/5
presentence [13]
  2/16 3/18 4/7 4/8
  4/11 4/21 4/24 5/10
  5/15 10/20 12/25
  80/20 80/24
presently [1]   57/21
preserve [1]   61/18
president [13]   19/3
  19/4 23/21 23/21
  34/25 35/2 35/17
  47/7 68/6 69/11
  69/15 70/12 72/8
presidential [1]
  68/12
press [2]   15/22
  20/14
pressing [1]   30/6
pressure [1]   52/19
pretrial [1]   38/23
pretty [2]   31/7
  33/17
prevent [2]   69/17
  69/22
prevented [1]   72/10
preventing [1]
  71/14
previously [1]   71/1
primarily [2]   15/5
  16/1
principle [1]   74/24
principles [3]
  28/24 37/5 84/22
prior [4]   6/22
  10/21 51/7 64/3
prison [1]   84/18
Prisons [1]   78/9
Prisons' [1]   83/15
private [2]   64/22
  64/23
privilege [3]   33/9
  41/3 52/17
privileged [1]   34/4
probably [11]   20/8
  30/25 33/13 42/4
  42/21 42/22 54/4
  55/20 64/10 71/9
  81/25
probation [20]   2/5

2/17 5/9 5/18 11/12
  11/15 12/18 53/6
  62/25 75/19 78/25
  79/1 79/13 79/15
  79/19 80/6 80/19
  80/22 80/25 82/13
problem [1]   34/20
procedural [1]
  57/13
proceed [2]   3/10
  33/22
proceeding [7]   2/14
  6/2 6/8 7/23 19/13
  56/25 68/1
proceedings [3]
  2/11 84/24 85/5
process [5]   16/15
  54/16 71/15 74/12
  77/8
product [2]   7/11
  39/12
productive [2]
  65/16 84/20
professional [1]
  40/21
professionalism [1]
  40/20
profile [1]   76/12
program [2]   37/17
  37/18
progress [3]   80/5
  80/7 80/9
projected [1]   38/25
prolong [1]   22/12
promote [5]   13/7
  13/10 23/15 23/22
  74/7
promoted [3]   39/16
  43/1 43/3
promoting [1]   30/8
property [16]   14/19
  15/8 18/13 18/16
  20/13 22/5 24/18
  30/19 41/7 44/6
  46/11 53/24 68/11
  71/22 72/2 77/10
protect [4]   13/9
  23/19 43/6 61/22
protective [3]   19/7
  19/22 72/22
protest [11]   35/8
  35/9 36/16 43/13
  43/16 46/5 46/8
  46/10 50/14 56/22
  71/11
protester [1]   36/1
protesters [2]
  35/22 36/8
protesting [1]
  36/19
protests [4]   34/23
  36/25 46/13 46/15
proud [2]   40/22
  52/6
proudly [1]   19/10
provide [5]   13/7
  23/8 67/17 78/18
  79/13
provided [2]   6/19
  37/19

provides [3]   8/21
  10/3 56/16
provision [1]   8/21
provisions [2]   5/19
  11/6
PSR [3]   3/19 6/9
  16/7
public [3]   13/9
  44/6 62/4
Puerto [2]   44/13
  44/17
pull [1]   42/12
punish [2]   58/2
  62/2
punishment [10]
  13/8 27/11 29/23
  42/3 42/7 57/18
  60/16 63/10 65/20
  74/19
purposes [13]   5/15
  8/15 13/4 13/5
  48/15 53/11 53/19
  54/17 54/18 55/6
  55/6 55/14 59/14
pursuant [3]   12/11
  81/2 81/18
pursue [1]   70/20
push [2]   20/8 42/12
put [9]   12/18 37/4
  37/5 48/8 49/9
  56/12 65/3 74/22
  84/19
putting [3]   42/20
  49/5 56/3
puzzle [1]   30/15

**Q**

qualifies [1]   27/18
qualify [2]   9/24
  63/4
quickly [1]   39/12
quiet [2]   51/22
  64/23
quite [8]   14/6 16/6
  18/4 22/7 26/7
  45/21 49/19 49/20
quote [2]   57/9
  61/12
quoting [3]   41/6
  57/10 59/2

**R**

rabbit [1]   42/15
raise [2]   82/5 83/4
raised [4]   9/10
  19/1 68/19 73/14
raises [2]   4/24
  8/14
rally [3]   19/25
  34/25 73/4
RANDOLPH [1]   1/9
range [18]   5/20
  10/24 11/16 11/23
  12/13 12/21 13/15
  13/23 29/9 29/10
  30/22 72/1 75/18
  75/21 75/22 76/13
  76/15 81/7
ranks [1]   43/2
ransacking [1]

**R**

ransacking... [1]  18/14

ranting [1]  19/2

rate [1]  79/12

rather [2]  40/4  52/22

re [1]  74/1

re-offending [1]  74/1

reached [1]  11/24

read [4]  24/13  24/21 28/20 59/7

ready [2]  19/9  19/21

Reagan [1]  70/12

real [4]  45/25 46/1  63/21 84/9

realize [3]  34/19  36/15 39/23

really [25]  17/12  18/3 20/17 22/14  23/14 23/22 25/7  27/8 29/20 29/20  31/15 32/3 32/13  32/13 41/1 41/16  47/18 52/24 53/2  53/3 61/8 61/9  63/10 65/19 84/8

reason [5]  15/24  37/22 50/18 71/23  72/12

reasonably [1]  57/13

reasons [5]  43/12  43/20 44/7 56/24  69/19

rebroadcast [1]  2/10

receipt [1]  80/9

receive [3]  59/25  77/25 78/2

received [4]  2/15  38/11 58/25 81/12

receiving [2]  36/5  52/3

recent [1]  37/13

recessed [1]  54/12

reckless [1]  34/18

recognition [1]  26/3

recognize [2]  27/10  41/5

recognized [1]  60/21

recognizes [2]  24/16 29/18

recommend [3]  24/20  24/23 82/11

recommendation [11]  2/17 4/8 12/19  12/23 13/22 23/14  66/10 82/1 83/7  83/10 83/15

recommended [4]  11/9 11/19 23/1  29/22

recommending [2]  8/5 25/24

recommends [1]  75/19

reconvening [1]  72/10

record [12]  2/10  12/18 38/21 51/7  64/3 67/12 67/13  67/17 75/4 77/5  81/21 85/5

records [2]  13/16  21/16

red [3]  57/12 68/16  73/14

reduction [2]  6/17  6/21

reentry [1]  80/5

refer [1]  43/15

reference [4]  7/7  7/15 9/6 64/24

referenced [1]  33/14

referred [1]  49/1

reflect [1]  13/6

reflected [1]  84/1

refrain [1]  78/21

refuge [1]  72/9

refusing [1]  58/13

regard [1]  5/11

regarding [2]  3/13  67/18

regretful [1]  34/13

rehabilitation [5]  13/11 24/20 41/9  75/7 77/13

rehash [1]  41/13

reiterate [1]  39/23

relationship [1]  38/8

release [12]  11/8  11/10 12/21 13/24  38/24 62/19 75/5  78/12 79/14 80/4  80/20 83/21

relevant [6]  5/20  13/1 14/21 24/4  26/18 67/15

remain [2]  71/16  83/20

remained [2]  22/2  34/23

remaining [3]  82/15  82/17 82/21

remarks [1]  67/17

remind [1]  2/8

remorseful [1]  34/12

removing [1]  21/16

render [2]  21/22  38/20

rent [1]  39/21

repaired [1]  18/19

repentance [1]  60/1

report [16]  2/16  3/18 4/7 4/8 4/12  4/21 4/24 5/2 5/10  5/15 10/20 12/25  80/7 80/9 80/20  80/24

Reporter [3]  1/22  1/23 85/3

represent [3]  51/18  51/20 52/6

representatives [3]  44/14 61/17 69/8

represented [2]  6/15 6/19

request [2]  2/22  81/15

requested [1]  79/13

requesting [1]  8/14

requests [1]  61/5

require [1]  27/14

required [1]  80/10

requires [2]  69/20  77/22

residence [1]  80/22

Resistance [1]  45/1

Resolution [1]  43/23

resolve [2]  3/15  52/22

resonate [2]  22/18  46/3

respect [17]  5/24  6/5 8/20 13/7 17/8  23/15 23/22 27/17  30/8 30/13 61/4  74/8 74/14 76/1  76/21 82/8 82/15

respectfully [1]  35/17

respective [1]  69/2

response [1]  25/9

responsibility [14]  6/16 23/11 23/12  24/18 25/23 26/1  35/12 41/8 45/1  51/8 52/16 65/23  75/8 77/7

rest [21]  65/1 71/9

restarted [1]  17/3

restitution [7]  12/3 12/22 14/2  38/25 79/2 79/5  79/11

restricted [1]  36/19

result [2]  39/7  59/7

resulted [3]  6/12  37/5 46/10

resulting [2]  6/13  57/1

resumed [1]  17/4

resumed at [1]  17/4

retaliation [1]  45/2

return [1]  80/24

revealed [1]  12/24

reverse [1]  29/2

reviewed [2]  2/15  3/18

Rican [1]  44/13

Rico [1]  44/17

right [20]  21/24  31/11 40/10 42/22  48/14 49/19 49/20  53/12 54/8 55/4  55/4 55/20 59/23  59/23 61/1 62/5

65/11 65/18 81/3  81/9

righteous [1]  59/21

rightfully [1]  35/17

rights [5]  38/22  46/21 47/9 54/7  55/20

riot [5]  43/13  43/15 43/16 46/8  47/4

rioter [1]  21/20

rioters [10]  14/8  16/16 17/22 18/23  30/1 30/5 41/20  41/21 41/22 41/23

riots [1]  46/15

risks [1]  36/15

river [1]  45/24

Robert [1]  2/6

role [16]  8/6 8/22  10/5 10/13 10/15  15/16 16/2 18/20  19/18 48/12 49/6  49/8 49/10 50/10  51/17 77/17

room [4]  1/15 1/24  35/23 36/7

rope [15]  15/2 19/9  19/23 72/23

rotunda [6]  53/6  53/12 53/16 54/1  54/19 55/8

rough [1]  21/12

roughly [1]  21/11

rubber [2]  19/9  21/21

Rudolph [1]  45/15

rules [2]  2/9 3/20

ruling [1]  22/20

rulings [1]  57/13

run [3]  38/10 63/16  78/10

**S**

safe [1]  72/8

safety [2]  44/6  69/7

sails [1]  40/8

salute [1]  68/19

saluting [2]  19/1  21/3

same [20]  5/21 25/4  44/1 47/24 48/8  53/8 54/10 54/11  54/13 55/11 56/16  56/23 59/7 59/8  63/14 70/4 70/12  76/12 83/21 84/6

satisfied [1]  5/5

saw [9]  9/20 21/20  35/6 35/22 36/14  49/13 65/6 65/7  65/7

saying [12]  25/2  25/5 25/7 25/15  28/23 29/1 45/2  47/1 51/2 59/21  60/1 63/17

scarlet [3]  55/23

**S**

scarlet... [2]
64/25 65/1
scars [1]  18/9
scene [1]  18/9
scenes [1]  70/7
schedule [1]  79/21
scheme [3]  49/8
50/11 51/4
school [1]  64/13
scope [1]  9/17
search [1]  23/7
seated [2]  5/13
8/12
second [10]  3/20
14/11 16/5 26/4
26/7 26/12 44/22
54/7 55/19 58/19
secondly [1]  43/22
seconds [1]  45/19
section [23]  2/15
4/4 6/2 6/7 6/9
6/17 6/21 7/6 11/7
11/9 11/11 11/13
11/19 13/2 13/19
56/4 64/7 67/15
68/2 78/13 81/2
81/9 82/25
sections [1]  64/11
secure [1]  71/1
security [2]  43/23
68/24
SEDKY [22]  1/14 2/4
3/7 4/10 7/2 7/11
10/25 12/7 13/19
40/21 40/25 42/10
52/15 54/15 66/17
71/4 71/25 73/6
76/22 81/20 82/4
82/14
seeing [4]  20/11
20/13 20/17 52/1
seek [6]  12/12 22/6
25/14 46/13 60/7
60/25
seeking [20]  7/18
7/19 7/20 7/22 8/2
9/25 14/1 15/9 22/3
22/4 25/9 25/12
25/18 25/19 25/20
27/12 27/20 29/6
29/11 61/8
seeks [3]  58/11
75/23 77/4
seem [2]  3/10 59/9
seems [2]  26/2 50/3
sees [3]  20/4 21/19
50/23
self [5]  64/17 82/9
82/11 82/11 82/13
self-imposed [1]
64/17
self-surrender [4]
82/9 82/11 82/11
82/13
selfie [1]  65/8
selfies [4]  19/10
21/2 21/15 68/17
Senate [48]  9/20

10/10 15/1 16/21
16/24 16/25 17/10
18/24 19/5 19/8
19/17 20/1 20/22
20/24 21/2 21/6
22/10 33/3 35/11
35/22 44/23 48/21
49/16 50/5 53/14
53/18 54/2 54/3
54/19 55/7 56/16
56/21 56/25 61/16
65/3 65/5 65/7
66/23 68/14 68/15
68/17 68/18 68/20
72/7 73/13 73/14
73/17 73/24
Senators [1]  19/5
Senators' [2]  21/16
21/18
send [8]  16/3 29/25
57/16 60/13 60/18
60/23 62/3 84/3
sending [1]  49/5
sends [1]  65/18
sense [3]  51/4
53/10 53/19
sent [1]  31/8
sentence [66]  4/3
4/6 5/25 6/3 12/19
13/3 13/6 13/8
13/14 22/4 23/1
24/4 24/11 24/12
24/21 24/21 24/22
25/4 25/5 25/10
25/13 25/20 25/24
29/15 29/23 30/10
32/4 39/2 39/6
41/24 41/25 52/21
52/23 53/4 55/2
57/11 57/12 60/18
60/23 61/3 61/5
61/8 62/10 64/1
65/15 65/17 66/1
66/13 67/11 67/20
75/20 75/21 75/23
75/25 76/18 76/20
77/1 77/21 78/1
80/23 81/4 81/6
81/10 81/20 84/2
84/16
sentenced [4]  31/18
48/1 51/20 78/11
sentences [9]  13/17
24/12 30/20 30/22
30/25 75/16 78/1
78/2 84/14
sentencing [64]  1/9
2/12 2/17 2/18 3/9
3/21 3/24 4/8 5/11
5/16 5/20 7/5 7/25
9/4 11/16 12/8
13/5 13/15 13/23
14/16 14/22 22/14
24/13 24/22 29/20
30/11 32/7 32/7
33/13 40/14 41/5
41/14 43/14 43/17
46/24 47/18 48/8
51/17 52/2 53/21
54/16 54/18 55/13

56/2 56/7 57/16
58/7 64/1 65/4 66/9
67/16 67/22 67/22
74/15 75/6 75/17
75/18 76/1 76/4
76/4 76/9 81/6
81/14 83/23
separate [2]  46/12
57/1
sequel [1]  30/3
sequitur [1]  24/14
series [1]  30/21
serious [9]  17/20
29/16 29/24 38/17
54/24 55/8 55/15
67/24 68/9
seriousness [2]
13/6 30/8
serve [4]  39/19
65/14 83/10 84/19
served [2]  39/6
45/23
service [2]  65/8
75/13
sessions [1]  37/19
set [7]  4/11 5/16
13/2 13/22 16/7
25/6 61/1
seven [6]  39/8 50/6
64/18 70/19 71/2
76/18
several [7]  16/11
18/22 36/15 37/19
38/22 60/14 69/25
several-hour [1]
69/25
severe [1]  74/13
shadow [1]  34/12
shall [10]  38/21
59/17 59/18 69/14
78/16 79/5 79/10
80/17 80/20 80/24
shame [1]  37/7
share [1]  79/15
shared [1]  16/13
sheet [1]  79/21
Shelter [1]  37/16
shoe [1]  58/14
short [4]  9/16 16/9
37/4 38/6
shortage [1]  37/13
shot [2]  36/2 46/1
shoulders [1]  52/19
shows [2]  72/24
76/11
shut [1]  17/3
sic [1]  4/9
side [2]  40/20
76/20
sides [4]  25/17
51/25 52/2 65/14
sidewalk [1]  37/3
signed [1]  49/24
significant [12]
10/11 15/4 16/2
19/18 24/19 38/20
41/9 41/22 48/12
74/18 75/7 77/12
Significantly [2]
71/20 75/7

signs [2]  15/21
21/23
similar [3]  9/9
13/16 13/17
similarly [1]  48/7
simple [3]  37/11
45/21 47/4
simply [2]  28/18
63/25
sincere [1]  77/16
single [1]  73/18
sit [1]  7/4
sitting [1]  19/4
21/18 63/13 63/13
situated [1]  48/7
situation [4]  14/1
34/6 38/17 51/17
situations [1]  53/3
six [9]  16/10 17/1
18/6 45/8 50/6
57/20 76/13 76/15
76/19
skill [1]  39/17
slightly [1]  9/23
small [4]  10/10
12/4 47/16 47/16
smelling [1]  20/10
Smith [1]  70/3
smoke [1]  20/11
social [1]  72/15
society [4]  37/16
40/1 40/4 56/5
solace [1]  34/17
soldier [1]  43/3
solemn [2]  47/6
69/13
somebody [2]  32/17
51/10
someone [2]  9/13
54/17 57/9
sometimes [1]  49/10
somewhere [1]  50/2
soon [1]  39/3
sooner [1]  52/22
sorry [4]  35/20
36/10 66/5 76/14
sort [8]  25/16
27/10 28/14 30/7
31/6 31/12 31/23
48/8
soul [1]  65/7
south [1]  58/23
Southeast [1]  64/8
Sox [1]  57/12
spared [1]  39/1
speak [4]  33/20
34/11 56/6 74/3
speaking [2]  25/16
43/12
special [6]  12/6
12/22 78/12 78/14
79/10 80/13
species [1]  70/11
specific [4]  29/19
30/9 31/16 61/24
specifically [2]
40/21 43/21
specified [1]  4/4
speech [1]  59/2
spend [1]  42/14

**S**

spent [3]   18/23
22/16 47/13
spoke [2]   35/23
36/7
spoken [1]   60/4
spot [1]   48/14
spraying [1]   17/23
Springs [2]   64/8
64/12
squarely [1]   27/13
stadium [1]   64/9
staff [2]   17/2 18/4
stain [1]   71/16
staking [1]   73/16
stand [2]   30/3
58/17
standard [1]   78/17
standing [8]   2/9
19/1 19/2 20/16
21/3 57/6 60/15
66/24
stands [1]   70/23
start [4]   4/7 19/19
36/7 69/20
started [2]   56/12
58/8
starting [3]   14/3
20/3 81/19
state [2]   35/15
78/19
stated [2]   5/14
21/20
statement [11]   3/4
5/17 16/7 33/15
33/17 34/3 49/24
74/5 74/6 77/15
77/16
statements [1]
13/12
STATES [33]   1/1 1/3
1/10 2/3 35/11
35/18 43/6 43/25
47/4 56/17 58/4
61/15 61/16 61/17
61/22 65/15 68/7
68/19 69/2 69/5
70/20 72/8 73/13
73/16 74/11 78/15
79/6 79/8 79/16
80/6 80/15 80/21
81/19
States' [1]   63/12
status [1]   42/7
statute [3]   5/24
31/14 69/11
statutes [1]   27/19
statutory [9]   3/20
5/19 5/25 6/3 68/5
69/10 69/18 69/23
81/5
stay [2]   57/24
65/16
stayed [2]   40/15
40/15
steadfastly [1]
22/2
steal [1]   73/4
step [8]   3/17 3/20

3/25 4/2 4/5 63/3
67/9 82/8
steps [6]   3/10 3/13
24/19 41/9 75/7
77/12
Stevens [1]   57/10
stick [1]   25/2
still [6]   34/19
39/25 59/19 63/9
65/17 73/22
stock [1]   56/3
stole [1]   41/23
stood [3]   18/25
68/17 73/12
stop [5]   16/14
43/11 43/16 69/12
73/4
stopped [2]   35/19
54/2
stored [1]   9/16
storm [1]   61/15
storming [2]   35/4
46/25
story [2]   62/5 62/5
strange [1]   59/9
stress [1]   67/21
stretch [1]   71/10
strike [1]   84/2
strong [1]   27/9
structure [1]   9/18
struggle [1]   32/17
struggling [2]
22/15 31/12
stuff [1]   33/19
subject [2]   66/2
83/21
subjected [1]   18/7
submit [3]   22/25
78/22 80/7
submitted [2]   2/20
5/18
subset [1]   66/23
substance [2]   78/21
78/22
substantial [9]
6/12 23/9 23/10
23/13 44/6 51/11
51/15 76/17 77/3
substantive [1]
33/20
subvert [1]   14/6
succeed [2]   71/13
71/15
succeeded [2]   57/1
69/13
succinct [1]   40/13
suffered [1]   17/20
sufficient [3]   13/3
29/10 30/10
suggest [3]   8/10
24/10 48/19
suggested [2]   63/2
72/20
suggesting [2]
55/13 57/14
suggestion [1]
28/22
suggests [1]   63/12
Suite [1]   1/18
Sulphur [2]   64/8

64/12
summarize [1]   5/23
summary [1]   3/5
Sunday [2]   38/13
64/19
sunk [1]   59/17
supervised [7]   11/8
11/10 12/21 13/24
62/19 78/11 80/7
supervision [5]
62/20 78/16 78/18
78/23 80/8
supervisors [1]
26/14
supporting [1]   35/2
supportive [1]   39/9
supports [1]   22/25
suppose [1]   31/4
supposed [1]   9/8
Supreme [1]   56/17
sure [10]   3/13 7/13
14/13 14/15 26/6
27/1 32/11 32/17
82/20 84/17
surely [1]   22/23
surprised [2]   26/12
30/16
surrender [5]   82/9
82/11 82/11 82/13
83/22
surrounded [2]   19/5
22/8
surrounding [2]
17/24 31/23
swear [1]   43/5
sweat [1]   59/11
sword [1]   59/19
symbolism [1]   73/15
sympathetic [2]
30/12 42/5

**T**

table [1]   11/16
tactical [1]   17/22
talk [5]   5/9 11/5
47/19 52/2 56/1
talked [2]   54/15
63/2
talking [2]   30/18
53/9
Tampa [9]   1/18
19/19 19/20 37/15
38/6 49/2 58/6 64/7
83/8
targeted [1]   44/11
tarnished [1]   70/18
task [1]   83/23
tax [1]   40/3
taxpayer [2]   58/3
65/17
team [1]   36/6
tear [1]   20/10
teeing [1]   29/19
Ten [1]   60/9
tend [2]   36/4 40/12
term [6]   11/7 11/9
12/2 78/9 78/10
78/11
termination [1]
81/1

terms [9]   15/5 15/6
15/23 31/23 33/19
50/10 53/20 66/25
81/3
terrified [1]   18/6
territory [1]   44/16
terror [1]   44/13
terrorism [16]
23/24 24/3 27/6
27/9 27/15 27/18
28/5 28/16 29/21
43/10 43/19 43/21
43/25 46/6 46/9
46/16
terrorist [2]   24/1
45/14
terrorists [2]
45/25 46/2
Terry [1]   45/11
test [1]   78/22
testament [1]   40/19
tests [1]   78/24
texted [1]   19/10
theft [2]   18/15
34/22
therapist [1]   37/20
thereafter [1]
78/24
therefore [5]   6/22
24/20 24/23 79/4
80/11
thinking [5]   15/6
23/16 42/24 56/11
56/13
third [3]   3/24 18/2
23/13
Thomas [2]   70/3
70/5
though [2]   5/8
27/11
thought [6]   21/20
27/2 34/22 50/19
56/13 72/25
thoughtful [1]   60/5
thousands [1]   45/9
thread [1]   63/20
threat [3]   17/18
73/19 84/9
threaten [3]   14/20
71/22 77/9
threatened [1]
68/24
threatening [6]
10/12 32/13 44/2
47/2 72/16 74/21
threats [2]   30/19
74/19
three [13]   6/13 9/3
11/8 11/10 13/24
14/4 23/9 25/22
56/20 61/19 63/8
76/12 82/22
three-level [1]
6/13
threw [1]   63/3
throughout [3]
40/22 41/14 52/13
throw [1]   56/3
thus [3]   24/7 75/23
76/9

**T**

thwart [1]   16/13
timeframe [1]   21/9
timely [2]   6/19
  23/5
times [11]   34/22
  41/17 41/19 43/3
  48/25 56/21 57/5
  57/7 57/8 72/20
  77/18
Timothy [1]   45/10
Title [1]   43/24
to like [1]   49/1
today [11]   2/23 3/9
  3/12 36/24 42/18
  52/21 70/19 77/20
  78/1 82/5 82/8
today's [4]   3/17
  5/16 7/23 57/16
together [3]   4/21
  69/9 75/14
toil [1]   59/17
told [3]   27/1 36/6
  61/12
tomatoes [1]   56/4
tomorrow [2]   42/16
  42/18
tonight [1]   42/18
took [9]   34/20
  37/25 38/15 43/5
  68/11 68/17 73/23
  75/8 77/15
toppled [1]   20/9
tore [2]   44/22 68/8
total [2]   6/23
  79/25
totally [2]   58/23
  64/5
toward [3]   20/19
  24/20 59/22
towards [7]   25/3
  30/23 35/22 40/25
  41/9 75/7 77/12
tower [1]   45/7
Trade [1]   45/3
tradition [1]   56/2
transcript [2]   1/9
  85/4
transfer [2]   14/7
  23/20
transition [1]
  74/18
trauma [1]   71/8
traumatized [2]
  71/6 71/7
travelers [1]   20/3
Treasury [2]   12/4
  79/8
treated [1]   63/18
treatment [2]   80/23
  81/1
trespassing [2]
  36/12 36/18
tried [3]   58/20
  60/10 84/2
triumph [1]   59/6
trouble [2]   36/11
  69/24
troubling [1]   34/8

true [3]   36/12
  59/20 85/4
truly [4]   15/25
  23/18 34/12 58/11
Trump [2]   68/16
  73/14
Trump's [1]   34/25
trust [1]   65/23
try [5]   7/11 22/15
  40/11 40/13 41/13
trying [7]   22/17
  23/20 26/25 47/15
  50/18 51/14 63/20
turn [6]   3/16 20/6
  20/19 21/25 30/5
  46/15
turned [1]   43/13
turning [4]   10/19
  23/2 75/2 75/16
turns [1]   46/8
Twenty [1]   76/12
Twenty-three [1]
  76/12
two [23]   6/17 7/10
  9/2 11/14 12/21
  14/8 19/25 19/25
  20/4 39/22 41/14
  45/16 45/18 46/10
  52/24 53/3 53/21
  61/23 62/14 63/5
  65/4 78/23 82/21
two-level [1]   6/17
type [6]   16/19
  30/18 35/13 71/25
  77/6 84/3
types [5]   13/17
  16/18 24/10 48/25
  75/16
typo [1]   7/14
typographical [1]
  7/8
typos [1]   7/12

**U**

U.S [9]   1/14 1/23
  18/22 19/15 20/16
  35/4 43/22 44/16
  68/11
U.S.C [14]   2/15 4/4
  6/2 6/9 11/6 11/11
  13/2 68/2 78/13
  81/2 81/9 82/22
  82/23 82/25
UN [1]   43/23
unable [1]   81/15
unacceptable [1]
  84/4
unavailable [1]
  81/11
unaware [1]   12/14
under [25]   2/9 3/24
  6/7 6/14 6/17 6/21
  7/6 7/18 8/7 8/10
  8/19 11/6 11/8
  11/11 11/13 11/18
  11/19 15/10 23/25
  27/12 27/19 31/25
  69/4 81/2 81/9
Underground [1]
  44/20

underlie [1]   28/25
underlooked [1]
  18/2
underscore [1]   18/3
understandable [1]
  34/9
understood [3]   10/8
  58/17 58/24
Undoubtedly [1]
  10/6
unemployed [2]
  39/19 58/3
unfolding [4]   15/17
  20/2 20/5 20/5
Unfortunately [1]
  36/5
unique [2]   31/21
  51/17
Unit [1]   45/1
UNITED [35]   1/1 1/3
  1/10 2/3 35/10
  35/17 43/6 43/24
  47/4 56/17 58/4
  61/15 61/16 61/17
  61/22 63/12 64/10
  65/15 68/7 68/18
  69/1 69/5 70/19
  72/8 73/13 73/16
  74/11 78/15 79/6
  79/8 79/16 80/6
  80/15 80/21 81/19
universe [1]   9/8
unlawfully [2]   68/3
  78/20
unless [2]   66/8
  66/20
unlike [1]   55/23
unmistakable [1]
  73/15
unpaid [1]   75/13
unpersuaded [1]
  9/11
unquantifiable [1]
  18/18
unrequited [1]
  59/17
untold [1]   58/22
unwarranted [3]
  13/15 75/17 76/1
up [27]   4/16 19/1
  21/3 21/5 22/13
  22/17 22/19 25/24
  26/17 29/19 32/25
  33/25 34/2 34/3
  35/7 35/23 41/12
  41/16 41/24 42/13
  50/22 52/16 53/25
  57/6 60/10 66/12
  73/7
upon [4]   39/16
  51/22 80/9 80/25
upward [12]   25/11
  25/12 25/15 25/18
  25/19 27/20 28/13
  28/22 29/4 29/6
  29/11 81/6
urea [1]   45/5
use [6]   8/11 22/15
  44/4 45/5 50/14
  78/21

used [1]   41/20
using [2]   8/3 23/10
usually [1]   66/10
utterly [1]   84/4

**V**

vacation [1]   7/10
vaccination [1]
  38/12
value [3]   31/4
  38/22 76/10
vandalism [1]   34/21
vandalized [1]
  41/23
vandalizing [1]
  18/15
variance [17]   7/6
  7/19 7/22 8/2 8/4
  8/15 9/10 10/18
  24/23 25/19 48/4
  48/12 52/9 77/2
  77/3 77/3 77/4
variances [3]   6/23
  12/16 76/17
variety [2]   76/6
  77/23
vary [7]   8/8 8/11
  48/19 51/2 62/22
  63/1 75/24
vehicle [1]   8/11
vehicles [1]   44/3
ventured [1]   37/3
verbally [1]   35/20
versus [1]   2/3
Vice [3]   19/3 19/4
  72/7
victim [2]   28/3
  79/8
victim-focused [1]
  28/3
victimize [1]   38/18
victims [1]   28/4
view [3]   15/16
  75/15 77/4
viewed [1]   21/8
viewing [1]   21/12
village [1]   49/7
villainy [1]   70/10
violating [1]   37/6
violation [8]   2/14
  6/2 6/8 68/2 82/21
  82/22 82/23 82/25
violence [20]   14/9
  14/19 14/25 15/9
  15/19 20/18 22/22
  24/17 30/19 32/12
  32/20 41/7 44/11
  50/17 51/18 53/25
  71/21 72/2 77/9
  77/11
violent [5]   10/12
  16/10 34/18 62/7
  74/19
visibly [1]   36/1
visit [1]   38/13
volunteered [1]
  37/15
vote [6]   16/14 17/3
  54/8 54/25 55/20
  68/6

**V**

vow [1]   37/8

**W**

waives [2]   79/4
80/12
waiving [1]   13/25
wake [1]   37/23
walk [6]   19/15 20/1
20/21 20/24 20/25
38/6
walked [3]   19/8
19/17 68/16
walking [2]   20/4
50/24
walks [3]   20/19
20/20 21/1
wall [1]   58/18
walls [1]   62/14
Walters [1]   2/6
wanders [1]   49/15
wants [2]   26/22
26/22
war [2]   42/2 59/3
warning [2]   15/21
21/23
warrant [1]   3/23
warranted [2]   28/14
77/2
warrants [1]   23/8
Washington [11]   1/5
1/15 1/25 34/13
50/20 64/11 65/2
72/22 73/22 79/9
80/16
waving [1]   21/15
way [21]   10/10
14/20 18/24 25/24
31/1 31/7 32/19
34/15 38/13 40/2
48/14 51/14 53/12
53/17 58/9 58/10
65/12 66/22 69/25
70/24 77/7
ways [3]   50/14 62/2
64/18
we're seeking [1]
22/3
wealth [1]   59/16
weapon [2]   44/4
72/23
weapons [2]   17/23
17/25
wearing [1]   17/22
weather [2]   44/20
62/15
week [2]   39/3 64/14
weekend [1]   38/14
weekends [2]   64/5
64/16
weeks [1]   22/13
weigh [3]   31/12
32/3 77/22
weighed [1]   38/1
weighing [1]   31/24
weighs [5]   72/4
72/17 75/3 75/11
75/15
weight [3]   51/21

51/24 52/19
welcome [3]   2/24
3/1 3/6
well-spoken [1]
60/4
what's [4]   20/2
49/23 55/1 64/2
whatsoever [4]
50/23 51/7 53/22
61/6
Where's [1]   47/1
wherever [1]   48/3
whichever [2]   3/1
40/8
white [2]   68/16
73/15
who's [2]   64/3 65/9
whole [1]   62/24
whose [1]   60/15
wide [1]   31/15
wielding [1]   17/25
willing [1]   47/14
willingly [2]   15/17
22/2
willingness [1]
26/13
wills [1]   59/15
window [1]   20/25
wing [1]   44/23
wink [1]   63/21
wish [5]   35/15
35/18 36/11 38/19
84/17
wishes [1]   62/6
within [10]   15/12
36/12 76/11 76/13
76/14 78/23 80/4
80/8 80/17 81/8
without [8]   25/14
27/17 34/12 51/8
70/11 79/18 81/16
83/1
witness [1]   70/7
witnessed [2]   70/6
73/20
woman [1]   45/8
wonderful [2]   42/11
64/20
word [3]   16/5 23/10
83/22
words [9]   41/20
45/22 45/23 46/3
52/10 58/19 69/10
69/14 77/11
wordy [1]   40/12
work [7]   20/22
37/15 40/23 41/3
57/24 62/17 62/18
worked [1]   40/17
working [6]   40/3
41/2 58/3 64/6
64/12 64/13
workplace [2]   39/10
39/15
works [1]   64/13
world [3]   42/2 45/3
70/13
worn [1]   57/20
worse [5]   57/5 57/7
57/8 57/18 73/12

worth [3]   18/16
69/3 76/10
wounded [2]   36/1
58/22
wreck [1]   35/24
wringing [1]   59/10
writ [4]   15/4 15/23
31/13 32/3
writing [1]   72/16
written [1]   33/11
wrong [8]   23/10
26/15 55/5 58/12
60/1 62/1 62/8 64/4
wrongdoing [1]
60/25

**Y**

Yankees [1]   57/11
yards [1]   45/19
year [8]   11/10
11/12 38/5 42/17
42/19 62/10 64/3
70/14
years [20]   6/3 11/8
11/10 11/12 12/21
13/24 18/9 31/1
39/8 42/22 43/1
47/13 55/17 55/25
59/17 59/19 64/10
70/12 71/16 73/21
York [1]   1/15

**Z**

zero [1]   74/2
zone [11]   11/16
62/21 62/22 62/23
63/1 63/6 63/7 63/7
63/8 66/1 75/24