UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| v. | ) Case No. 21-cr-00188-RDM |
| PAUL ALLARD HODGKINS | ) |
| Defendant. | ) |

### NOTICE OF APPEARANCE

Please enter the appearance of Carolyn A. Stewart in the above referenced matter as counsel for the Defendant Paul Allard Hodgkins, pursuant to LCvR 83.2(g).

Dated: August 25, 2021

Respectfully submitted,

/s/ Carolyn A. Stewart

Carolyn A. Stewart, FL Bar ID #1025715
Counsel for Defendant
Stewart Country Law PA
1204 Swilley Rd.
Plant City, FL 33567
email: carolstewart_esq@protonmail.com
Phone:(813) 659-5178
Fax: (813) 946-8066

# CERTIFICATE OF SERVICE

On this 25th day of August 2021, a copy of the foregoing was served upon all parties as forwarded through the Electronic Case Filing (ECF) System.

*/s/ Carolyn A. Stewart*
Carolyn A. Stewart
Attorney
